Regina Jacobson (CA Bar No. 233127)
LAW OFFICE OF REGINA JACOBSON
155 Montgomery Street, Suite 1405
San Francisco, CA 94104
Telephone: (415) 765-0443
regie_j@hotmail.com

Attorney for Petitioner
VLADIMIR M. TROYKALO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **VLADIMIR M. TROYKALO,**<br>(A 216 007 248),<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA ARMANT, Facility Administrator, Adelanto ICE Processing Center; ERNESTO SANTACRUZ, Field Office Director of Los Angeles Office of Detention and Removal, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; and TODD BLANCHE, Attorney General,<br><br>Respondents. | Case No.<br><br>**PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241); REQUEST FOR ORDER TO SHOW CAUSE WITHIN THREE DAYS**<br><br>Immigration Detention – 8 U.S.C. § 1226(a)<br><br>IMMIGRATION HABEAS CASE |

## I. INTRODUCTION

1. Petitioner Vladimir Mihail Troykalo is a 66-year-old asylum seeker with hypertension who was lawfully *admitted* to the United States at Los Angeles International Airport on July 17, 2016, in B-2 status, and who has lived here openly and without incident for the decade since. He filed his affirmative asylum application within the one-year deadline, on July 13, 2017; appeared for biometrics as directed; received employment authorization; and waited nine years for the interview USCIS never scheduled — until it did.

2. On June 29, 2026, Petitioner appeared voluntarily for his long-awaited asylum interview at USCIS's Tustin, California office. By the government's own account — the Form I-213 — officers of ICE's Foreign Fugitive Unit waited until the interview concluded, then entered the interview room, arrested him, and took him to the Adelanto ICE Processing Center, where he has been detained ever since. He received no notice, no opportunity to be heard, and no individualized determination of flight risk or danger before his liberty was taken. His decade of freedom — through years in which the government accepted his asylum application, took his biometrics, authorized his employment, and finally summoned him to the very appointment at which it seized him — reflected the government's own sustained decision not to detain him. Under the now-settled line of authority in this District and across this Circuit, that decision vested a protected liberty interest that

could not be extinguished without pre-deprivation process. *Zhou v. Janecka*, No. 5:26-cv-04167-DTB, 2026 WL 2365550, at *4–*7 (C.D. Cal. Aug. 14, 2026) (granting habeas and ordering immediate release on materially indistinguishable facts: a lawful B-2 entrant with years-pending applications, arrested by ICE's Foreign Fugitive Unit at the conclusion of her own USCIS interview and denied bond on a foreign government's accusation); *Abdeltawab v. Armant*, No. EDCV 26-01520-MWF (DTB), 2026 WL 1045564 (C.D. Cal. Apr. 13, 2026); *Reyes Servin v. Semaia*, No. 5:26-cv-02745, 2026 WL 1670852 (C.D. Cal. June 4, 2026); *Norberto C.M. v. Warden, Central Valley Annex*, No. 1:26-cv-04674-MWJS, 2026 WL 1992747 (E.D. Cal. July 9, 2026); *Kharitonova v. Albarran*, No. 3:26-cv-01362-JSC, 2026 WL 531441 (N.D. Cal. Feb. 25, 2026).

3. The bond hearing Petitioner later received did not cure that violation; it compounded it. On August 11, 2026, at 10:41 p.m. — eleven hours before the hearing — DHS served a 40-page packet consisting principally of in-absentia criminal accusations authored by the Investigative Committee of the Russian Federation, the persecuting entity from which Petitioner seeks asylum, transmitted per the Committee's own April 2, 2026, certificate "[i]n connection with the consideration by the competent authorities of the USA of the issue of deportation of V.M. Troykalo." The documents bore no authentication under 8 C.F.R. § 1287.6 and no translation certification compliant with 8 C.F.R. § 1003.33, and were internally

incoherent on their face. Counsel objected on each ground; DHS's entire answer on authenticity was that the documents "have seals" — the accuser's own stamps. The Immigration Judge overruled the objections on the sole ground that bond-hearing evidentiary standards are relaxed, admitted the packet wholesale without any finding of reliability, placed the burden of proof entirely on Petitioner under *Matter of C-M-M-*, 29 I&N Dec. 141 (BIA 2025), and *Matter of Akhmedov*, 29 I&N Dec. 166 (BIA 2025), credited the persecutor's untested papers as "national security" evidence of danger under *Matter of Fatahi*, 26 I&N Dec. 791 (BIA 2016), found — quoting *Matter of R-A-V-P-*, 27 I&N Dec. 803 (BIA 2020) — that Petitioner "has no family ties" in the same order that recites his wife and daughters, made no inquiry into ability to pay or any specific alternative to detention, and concluded that "no monetary bond, even if coupled with alternatives to detention, would be sufficient."

4. Petitioner does not ask this Court to reweigh discretionary factors. His claims are constitutional and legal: that his seizure without pre-deprivation process violated the Fifth Amendment; that the hearing he was later given inverted the constitutionally required burden and standard of proof, dispensed with the individualized consideration *Hernandez v. Sessions* requires, rested the dispositive finding on unauthenticated foreign accusations served the night before over unresolved-on-the-merits objections, and applied legally inapplicable standards.

Each claim independently warrants relief; together they describe a detention that has been unlawful from its first moment to this one.

## II. CUSTODY, JURISDICTION, AND VENUE

5. Petitioner is in Respondents' physical custody at the Adelanto ICE Processing Center, 10250 Rancho Road, Adelanto, California 92301, in San Bernardino County. He was admitted in B-2 status and is charged with removability solely under INA § 237(a)(1)(B) (overstay) by Notice to Appear served June 29, 2026; his detention is governed by 8 U.S.C. § 1226(a). Because he was admitted, § 1226(a) — not § 1225(b) — supplies the governing framework. *Fuentes v. Mullin*, No. 5:26-cv-01651-KS, 2026 WL 1847436, at *3 (C.D. Cal. June 25, 2026) (§ 1226(a) governs a B-2 admittee with a pending asylum application).

6. This Court has jurisdiction under 28 U.S.C. § 2241, 28 U.S.C. § 1331, and Article I, § 9, cl. 2 of the Constitution, and may grant declaratory and injunctive relief under 28 U.S.C. §§ 2201–2202 and 1651. Section 1226(e) strips review only of discretionary judgments; it does not bar constitutional claims or questions of law, including whether the adjudicator applied the correct legal standard — a pure question of law reviewed de novo. *Martinez v. Clark*, 124 F.4th 775, 783–85 (9th Cir. 2024); *Wilkinson v. Garland*, 601 U.S. 209, 221 (2024); *Jennings v. Rodriguez*, 583 U.S. 281, 295 (2018); *Demore v. Kim*, 538 U.S. 510, 516–17 (2003); *Singh v.*

*Holder*, 638 F.3d 1196, 1200–02 (9th Cir. 2011); *Hernandez v. Sessions*, 872 F.3d 976, 987–88 (9th Cir. 2017). Petitioner raises only such claims. Nor does 8 U.S.C. § 1252(g) or § 1252(b)(9) bar review: a challenge to the legality of detention is independent of the removal process and implicates none of the three discrete actions § 1252(g) reaches. *Ruiz Yarleque v. Noem*, No. 5:25-cv-02836-MEMF-SP, 2025 WL 3043936, at *5–*7 (C.D. Cal. Oct. 31, 2025); *Jennings*, 583 U.S. at 293–96.

7. Venue lies in the Central District of California, Eastern Division: Petitioner is detained, and his immediate custodian is located, in San Bernardino County. 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 443–47 (2004).

## III. PARTIES

8. Petitioner Vladimir Mihail Troykalo (A 216 007 248) was born October 1, 1959, in Pologi, Zaporozhye Region, in what is now Ukraine, and is a citizen of the Russian Federation. He is married and the father of two adult daughters.

9. Respondent Cynthia Armant is the Facility Administrator of the Adelanto ICE Processing Center, operated by The GEO Group, Inc. under contract with ICE, and is Petitioner's immediate custodian.

Respondent Ernesto Santacruz is Field Office Director, Los Angeles Field Office, ICE ERO.

Respondent Todd Lyons is the Acting Director of ICE.

Respondent Markwayne Mullin is the Secretary of Homeland Security.

Respondent Todd Blanche is the Attorney General of the United States.

All are sued in their official capacities. Because the Attorney General, through EOIR, has custody of the record of Petitioner's bond proceeding, including its digital audio recording, the Attorney General is a necessary respondent for complete relief.

## IV. REQUEST FOR ORDER TO SHOW CAUSE AND PRODUCTION OF THE RECORD

10. Under 28 U.S.C. § 2243, the Court must grant the writ or issue an order to show cause "forthwith," and any return is due "within three days unless for good cause additional time, not exceeding twenty days, is allowed." The return must certify "the true cause of the detention," id., and the rules governing § 2241 petitions require Respondents to attach the relevant records of the proceeding on which the detention rests. See Rules 1(b), 5(c), Rules Governing § 2254 Cases; 28 U.S.C. § 2247. Petitioner respectfully requests that any order to show cause direct Respondents — including the Attorney General — to lodge with their return the complete record of the August 12, 2026 custody redetermination, including the digital audio recording of the hearing and all exhibits admitted. Petitioner further requests that the Court apply the expedited briefing schedule established by this District's General Order 26-05, on which materially identical petitions have

proceeded from filing to decision within three weeks. *See Zhou*, 2026 WL 2365550, at *1 (respondents' answer taken on General Order 26-05's expedited briefing schedule; petition filed July 24, 2026, and granted August 14, 2026).

## V. EXHAUSTION IS NOT REQUIRED AND SHOULD BE EXCUSED

11. Exhaustion here is prudential, not jurisdictional, and may be excused where remedies are inadequate or futile or irreparable injury would result. *Laing v. Ashcroft*, 370 F.3d 994, 1000 (9th Cir. 2004); *Ward v. Chavez*, 678 F.3d 1042, 1045 (9th Cir. 2012). Petitioner's central claims are constitutional — "the sort of constitutional challenge that is beyond the competence of the [agency] to decide" — and so "the prudential exhaustion requirement does not bar review." *Norberto C.M.*, 2026 WL 1992747, at *4 (quoting *Zamorano v. Garland*, 2 F.4th 1213, 1224 (9th Cir. 2021)); *Hernandez*, 872 F.3d at 988–89. *Accord Zhou*, 2026 WL 2365550, at *4 n.4 (rejecting BIA-exhaustion argument; constitutional claims are excepted because neither Immigration Judges nor the Board may entertain constitutional challenges (citing *Sola v. Holder*, 720 F.3d 1134, 1135 (9th Cir. 2013))). Nor could exhaustion cure anything: "administrative exhaustion would not cure the due process violation that [P]etitioner experienced when he was detained without notice or an individualized assessment." *Leon Yero v. U.S. Gen. Att'y*, No. 1:26-cv-04312, 2026

WL 1707102, at *3 (E.D. Cal. June 12, 2026); *Wu v. Chestnut*, No. 1:26-cv-04953, 2026 WL 1906294, at *2 (E.D. Cal. July 2, 2026).

12. Each *Puga v. Chertoff* factor, 488 F.3d 812, 815 (9th Cir. 2007), points the same way. Agency expertise adds nothing: the questions — whether due process permits detention without pre-deprivation process, a detainee-borne burden, categorical rejection of bond and alternatives, and reliance on unauthenticated foreign accusations — are purely legal, and the record is fully developed. There is no deliberate bypass: Petitioner litigated his bond hearing, objected on the record, reserved appeal, and is planning to prosecute a protective appeal to the Board due September 11, 2026. And agency correction is not a realistic prospect: the Immigration Judge applied the Board's own 2025 precedents, which the Board cannot overrule and will not disavow; a bond appeal ordinarily consumes six to ten months, during which this 66-year-old hypertensive Petitioner remains confined; a March 30, 2026 NPR analysis found 97 percent of the Board's published decisions in the prior year favored DHS; and in the relevant review period the Board sustained a noncitizen's bond appeal in essentially none of thirty-nine Adelanto bond cases examined. The government's own publications concede the point: EOIR data showed a 204-day average for detained bond appeals even in 2024, *Rodriguez v. Bostock*, 802 F. Supp. 3d 1297, 1307 (W.D. Wash. 2025), and the Board acknowledged in February 2026 that it cannot "keep up with incoming filings while

tackling the backlog in any meaningful way." Appellate Procedures for the Board of Immigration Appeals, 91 Fed. Reg. 5267, 5270 (Feb. 6, 2026). *Accord Gonzalez Reyes*, 2026 WL 2190830, at *2–*3 (waiving exhaustion on these grounds); *Wu*, 2026 WL 2058439, at *2–*3 (same, though the petitioner never appealed to the Board); *Fuentes*, 2026 WL 1847436, at *6 (same).

## VI. STATEMENT OF FACTS

### A. Admission, Timely Asylum Application, and a Decade of Liberty

13. Petitioner was admitted at LAX on July 17, 2016, in B-2 status on a B-1/B-2 visa issued February 13, 2015, after three prior B-2 admissions in 2015 from which he timely departed. On July 13, 2017 — within one year of entry — he filed Form I-589 with USCIS (receipt ZLA1700138980), seeking protection from the Russian Federation. He appeared for biometrics on the July 18, 2017 notice, was granted employment authorization in 2018, resided at a known address, and complied with every government directive. For nine years USCIS never interviewed him. At no point in that decade did the government seek to detain him.

### B. The Arrest — At His Own Asylum Interview, Without Any Process

14. Per DHS's Form I-213, on February 5, 2026, ICE's Los Angeles Foreign Fugitive Unit received a "lead referral" from USCIS identifying Petitioner as an overstay and referencing materials issued by the government of Russia. On

June 29, 2026, USCIS at last convened Petitioner's asylum interview in Tustin. He appeared voluntarily and completed the interview. The I-213 records: "At the conclusion of the interview with USCIS officers, at approximately 0945, FFU officers entered the interview room and identified themselves as ICE officers," arrested Petitioner, and processed him for detention. He was served an NTA charging only § 237(a)(1)(B), and has been detained at Adelanto since June 29, 2026. No officer provided notice before the arrest; no one made — or has ever identified — any individualized pre-arrest determination that this 66-year-old man with no criminal record anywhere ("Criminal Record: NEGATIVE," per the I-213), a nine-year-pending asylum application, and a decade of perfect compliance was a flight risk or a danger.

15. The I-213 also records that Petitioner "claims high blood pressure and takes medication," and is erroneous on its face: it lists him as "Single" with no children (he is married with two daughters), states "Immigration Record: NEGATIVE" despite the I-589 whose interview ICE used as the arrest venue, and lists his birthplace as "USSR" though USCIS records reflect Pologi, Zaporozhye Region, Ukraine.

**C. The Night-Before Packet from the Persecuting State**

16. At 10:41 p.m. on August 11, 2026 — the night before the bond hearing — DHS served a 40-page packet: the I-213, and materials from Russian criminal

case No. 103949 generated by the Investigative Committee of the Russian Federation — a January 10, 2014 in-absentia charging decree under Article 159, Part 4 (fraud) arising from 2008 non-violent commercial conduct at a university branch in Dubai; a February 25, 2016 in-absentia detention decree of the Kuybyshevsky District Court; and an April 2, 2026 Investigative Committee "certificate" issued expressly "[i]n connection with the consideration by the competent authorities of the USA of the issue of deportation of V.M. Troykalo."

17. The materials are defective and self-refuting: no apostille or custodial attestation under 8 C.F.R. § 1287.6 (the Russian Federation is a Hague Apostille Convention party; the only "certification" is the accuser's own stamp); translations lacking translator name, competence, or accuracy attestation under 8 C.F.R. § 1003.33; an investigation "extended" on January 25, 2016 "until 29 January 2014"; the 2016 decree's own record of Petitioner's Russian defense counsel objecting that "the investigation's assertions are not supported by any evidence"; a Dubai civil judgment that ran against the university, not Petitioner; and an "absconding" premise refuted by Petitioner's departure from Russia on August 31, 2013, months before the charging decree issued. INTERPOL references are redacted in DHS's submission.

**D. The August 12, 2026 Bond Hearing and Order**

18. Counsel objected to the packet on fundamental-fairness (night-before service), § 1003.33, § 1287.6, and source-reliability grounds. DHS's counsel's sole

answer on authenticity was that the documents "have seals." DHS argued Petitioner posed a danger to *property* based on the eighteen-year-old commercial allegation, and sought to connect the packet to Petitioner's asylum declaration on the theory that the declaration referenced charges — without producing the asylum officer's notes or any record of the June 29 interview, though DHS alone possesses them, and without any testimony from Petitioner identifying DHS's documents or the Article 159 case as the charges his declaration referenced. Counsel stated on the record that the declaration nowhere identifies the Article 159 case, case No. 103949, or these documents. DHS's theory that Petitioner should himself have filed the persecutor's charging papers with his asylum application, and should have "explained" them at his interview, was attorney argument resting on no evidence and no legal duty.

19. The Immigration Judge overruled the objections on the sole ground that bond-hearing evidentiary standards are relaxed, admitted the entire packet, made no finding of authenticity or reliability, and imposed no remedy for the night-before service. He made no inquiry into Petitioner's ability to pay any bond and discussed no specific alternative to detention, notwithstanding the sponsorship package of Ms. Anahit Petrosyan, a U.S. citizen with stable employment and residence who has known Petitioner since 2016 and offered him residence in her Burbank home.

20. The written order issued the same day. It states the burden rested on Petitioner ("236(A) Bond – Burden: Respondent"); grounds "danger" exclusively on

the Russian accusation (noting "[r]espondent denies all charges"), decade-old travel (including flight from the Yemeni civil war and a trip to Israel for blood-pressure medication) recast as *Fatahi* "national security" considerations, and family remittances labeled "unexplained income"; acknowledges Petitioner's "family and community ties . . . proposed sponsor, fixed address, and application for relief" yet holds under *C-M-M-* and *Akhmedov* that "no monetary bond, even if coupled with alternatives to detention, would be sufficient"; quotes *R-A-V-P-* for "no family ties, no employment history" findings contradicted by the order's own recitations and by the I-213's documentation of Petitioner voluntarily appearing at a government appointment; deems his relief eligibility "speculative" despite a nine-year-pending application; and nowhere addresses the objections, the regulatory defects, or reliability. Petitioner reserved appeal (due September 11, 2026) and remains detained.

## VII. CLAIMS FOR RELIEF

### COUNT I — Fifth Amendment: Detention Without Pre-Deprivation Process

21. Petitioner incorporates all preceding paragraphs.

22. A noncitizen who has lived at liberty for years pursuant to the government's affirmative decision not to detain him — while it processed his applications, took his biometrics, authorized his employment, and directed his appearances — holds a protected liberty interest in his continued freedom and may

not be detained without pre-deprivation notice and a hearing. *Zhou*, 2026 WL 2365550, at *4–*5 (liberty interest where the government, with full knowledge of the noncitizen's identity and location, "continuously elected not to detain" her while adjudicating her applications); *Fuentes*, 2026 WL 1847436, at *3–*4 (B-2 admittee with a years-pending I-589, seized at the same Tustin asylum office and taken to Adelanto; detention without notice or a pre-deprivation hearing violated due process); *Kharitonova*, 2026 WL 531441, at *2; *Abdeltawab*, 2026 WL 1045564, at *2 (liberty interest for petitioners "who have never been in immigration custody in the first place due to years of deliberate acquiescence"); *Norberto C.M.*, 2026 WL 1992747, at *4–5 (B-2 overstay; lawful admission makes the claim "even stronger"); *Villanueva-Montanez v. Lyons*, 2026 WL 797930, at *1 (E.D. Cal. Mar. 23, 2026); *Anderson v. Chernut*, 2026 WL 809990, at *2 (E.D. Cal. Mar. 24, 2026); *Rocha Ramirez v. Warden*, 2026 WL 1078250, at *1 (E.D. Cal. Apr. 21, 2026) (expired-visa entrant); *De La Garza v. Albarran*, 2025 WL 3485157, at *4 (N.D. Cal. Dec. 4, 2025); *Raj v. Mullin*, 2026 WL 13000423, at *3 (W.D. Wash. May 12, 2026) (collecting cases). Petitioner's facts sit at the strongest end of this line: lawful admission, a timely asylum filing, employment authorization, a decade of open residence and total compliance — and a seizure carried out at the very appointment the government summoned him to attend. This Court has already held precisely such a seizure unconstitutional. *Zhou*, 2026 WL 2365550, at *3, *6 (Foreign Fugitive Unit

arrest at the conclusion of the petitioner's own USCIS interview; no exigency where the government controlled the time and place of the appearance). *Cf. Rodriguez-Acurio v. Almodovar*, No. 2:25-cv-6065 (NJC) (E.D.N.Y. Nov. 28, 2025 **WL 3314420**) (ordering immediate release of asylum seeker arrested at conclusion of her USCIS credible fear interview; no individualized determination preceded the seizure).

23. Under *Mathews v. Eldridge*, 424 U.S. 319, 335 (1976), every factor favors Petitioner: the private interest — the physical liberty of a 66-year-old hypertensive man — is fundamental; the risk of erroneous deprivation from seizing, without any hearing, a long-present, fully compliant applicant with no criminal history is severe, as the ensuing record proves; and the government identifies no reason a custody hearing could not have preceded, rather than followed, the arrest — no exigency, no new criminal allegation, nothing. *Norberto C.M.*, 2026 WL 1992747, at *5 (contrasting *Addemys N.R. v. Warden*, 2026 WL 1831763 (E.D. Cal. June 25, 2026), where post-deprivation process sufficed only because of a recent serious criminal arrest). And the defective post-hoc bond hearing Petitioner received cannot cure the violation: "[w]hen pre-deprivation process is both feasible and required, a later post-deprivation hearing does not cure the constitutional defect." *Id.*; *Zhou*, 2026 WL 2365550, at *6–*7 (post-detention bond hearing does not rectify the pre-deprivation harm; ordering release); *Reyes Servin*, 2026 WL 1670852, at *6–

7; *Mumaev v. Semaia*, 2026 WL 530765, at *6 (C.D. Cal. Feb. 20, 2026) (a bond denial months later "cannot support Petitioner's continued detention when the underlying arrest . . . [was] in violation of Petitioner's due process rights"); *Singh v. Janecka*, 2026 U.S. Dist. LEXIS 95798, at *16–17 (C.D. Cal. Apr. 29, 2026) (contrary rule "would in effect vitiate the Fifth Amendment's due process protections"); *Hasratyan v. Bondi*, 2026 WL 288909, at *4 (C.D. Cal. Feb. 2, 2026); *Saballos Rosales v. Noem*, 2026 WL 761371, at *3 (C.D. Cal. Mar. 16, 2026); *Medrano-Rocha v. Santacruz*, 2026 WL 411355, at *6 (C.D. Cal. Jan. 23, 2026); *E.A.T.-B. v. Wamsley*, 795 F. Supp. 3d 1316, 1324 (W.D. Wash. 2025). A hearing before the deprivation is "the root requirement" of the Due Process Clause. *Cleveland Bd. of Educ. v. Loudermill*, 470 U.S. 532, 542 (1985); *Fuentes*, 2026 WL 1847436, at *4 (applying *Loudermill* to an Adelanto detainee seized at her asylum interview).

**COUNT II — Fifth Amendment: Burden and Standard of Proof at the Bond Hearing**

24. Petitioner incorporates all preceding paragraphs.

25. Due process forbids civil detention absent clear and convincing evidence, produced by the government, of danger or unmitigable flight risk. *Addington v. Texas*, 441 U.S. 418, 425–27 (1979); *Foucha v. Louisiana*, 504 U.S. 71, 80–83 (1992); *Singh*, 638 F.3d at 1203–04. The August 12 order states on its

face that the burden rested on Petitioner, and detention was continued because *he* failed to disprove danger and flight. Had the burden been placed where the Constitution puts it, DHS could not have carried it: its affirmative case consisted of unauthenticated foreign accusations and attorney argument — and counsel's unsupported assertions are not evidence. *INS v. Phinpathya*, 464 U.S. 183, 188–89 n.6 (1984). District courts confronting the *C-M-M-*/*Akhmedov* framework and materially identical burden-and-standard errors have repeatedly found due process violations and ordered release or new, compliant hearings. *Miri v. Bondi*, 2026 WL 622302, at *9 (C.D. Cal. Mar. 5, 2026) (release ordered where the Immigration Judge failed to identify which *Guerra* factors were considered or what evidence was relied upon); *S.E. v. Noem*, No. 1:26-cv-00356-DAD-SCR, 2026 U.S. Dist. LEXIS 46065, at *11 (E.D. Cal. Mar. 5, 2026) (relief ordered where the Immigration Judge's invocation of the clear-and-convincing standard "paid mere lip service" to it, substituting blanket characterizations for individualized analysis); *Y.S.G. v. Andrews*, No. 2:25-cv-1884-SCR, 2025 WL 2979309, at *8 (E.D. Cal. Oct. 22, 2025) (Immigration Judge abused discretion by failing meaningfully to apply the clear-and-convincing standard and may not simply ignore evidence submitted at the bond hearing); *Gil España v. Nessinger*, No. 26-cv-014-JJM-PAS, slip op. at 15–20 (D.R.I. Mar. 25, 2026) (immediate release ordered where the bond hearing failed due process because the Immigration Judge misapplied the burden and relied on

inadequate evidence); *see also Singh v. Valdez*, No. 26-CV-1109-WJM, 2026 WL 890240, at *5 (D. Colo. Apr. 1, 2026); *Haiguang Zheng v. Rokosky*, 2026 WL 800203, at *6 (D.N.J. Mar. 23, 2026) (ordering release where the immigration court functioned as a rubber stamp). Three decisions of this District in the past eight weeks confirm the point on materially identical orders. *Wu v. Santacruz*, No. 5:26-cv-03552-JDE, 2026 WL 2058439, at *3–*4 (C.D. Cal. July 14, 2026) (denial reading "flight risk, for which no amount of bond is sufficient to mitigate" is facially not a reasoned decision; immediate release ordered); *Fuentes*, 2026 WL 1847436, at *7–*8 (one-line flight-risk denial, with no engagement with the *Guerra* factors or mitigating evidence, was an abuse of discretion that independently violated due process); *Gonzalez Reyes v. Rios*, No. EDCV 26-3830 JGB (DFM), 2026 WL 2190830, at *4–*5 (C.D. Cal. July 28, 2026) (District Judge; abuse of discretion to invoke *Matter of C-M-M-* against a man with no criminal record, where the *C-M-M-* respondent's four removals, criminal history, and false citizenship claims bore no resemblance; immediate release ordered). *Rodriguez Diaz v. Garland*, 53 F.4th 1189 (9th Cir. 2022), does not control. That decision resolved one petitioner's case-specific *Mathews* challenge — a petitioner who had already received meaningful process — and announced no categorical rule; the panel emphasized that "*Mathews* remains a flexible test" to be applied to the circumstances of each detention. 53 F.4th at 1206; *see Hasratyan v. Bondi*, 2026 WL 288909, at *3 (C.D. Cal. Feb. 2, 2026)

(applying *Mathews* under *Rodriguez Diaz* and granting release). Nor does its holding speak to the current regime: *Matter of C-M-M-* and *Matter of Akhmedov* now direct denial unless the detainee proves that no bond and no alternatives could ever suffice — a categorical and materially harsher scheme the 2022 panel never confronted. And even under *Rodriguez Diaz*'s own individualized approach, the *Mathews* balance favors Petitioner: the physical liberty of a 66-year-old hypertensive man with a decade of lawful residence and unbroken compliance, arrested at the conclusion of his own asylum interview and detained on unauthenticated accusations by the very government from which he seeks asylum, outweighs any governmental interest the record discloses.

**COUNT III — Fifth Amendment: Ability to Pay and Alternatives to Detention**

26. Petitioner incorporates all preceding paragraphs.

27. *Hernandez* requires consideration of financial ability to pay and of alternative conditions of release. 872 F.3d at 990–94. The Immigration Judge considered neither; applying *Akhmedov*, he pronounced categorically that no bond and no alternatives could suffice — as to a man with a decade of compliance, a nine-year-pending application, a U.S. citizen sponsor, and a fixed residence. Categorical rejection of all bond amounts and all alternatives without individualized consideration is the precise procedure *Hernandez* condemns.

**COUNT IV — Fifth Amendment: Detention Based on Unauthenticated, Unreliable**

**Foreign Accusations Served the Night Before the Hearing**

28. Petitioner incorporates all preceding paragraphs.

29. Due process forbids reliance on government-proffered foreign documents that are unauthenticated and lack indicia of reliability, where late disclosure denies a meaningful opportunity to examine and rebut them. *Cinapian v. Holder*, 567 F.3d 1067, 1073–75 (9th Cir. 2009). Every element is present in aggravated form: the dispositive "danger" evidence was the persecuting state's own in-absentia file, transmitted for the announced purpose of facilitating Petitioner's "deportation," unauthenticated under § 1287.6, uncertified under § 1003.33, internally incoherent, contradicted by the timeline, and served at 10:41 p.m. the night before the hearing. DHS's only authenticity answer was "they have seals." The Immigration Judge overruled the objections solely because bond admissibility standards are relaxed — but relaxed admissibility does not relax due process: evidence must be probative and its use fundamentally fair, *Espinoza v. INS*, 45 F.3d 308, 310 (9th Cir. 1995), and "probative and specific" in bond proceedings, *Matter of Guerra*, 24 I&N Dec. 37, 40–41 (BIA 2006). Admitting everything and then resting the danger finding on it without any reliability determination conflates admissibility with weight. This Court has already refused to let precisely such paper

drive detention: in *Zhou*, the Immigration Judge denied bond by relying on an INTERPOL Red Notice and the underlying foreign warrant to treat the noncitizen as a fugitive, and this Court granted the writ and ordered her immediate release. 2026 WL 2365550, at *3, *7. The order's *R-A-V-P-* finding — discounting a nine-years-pending application as "speculative" — fails for the reason a District Judge of this Court gave two weeks ago: speculation about relief prospects, untethered to record evidence, is pure conjecture, and *Matter of R-A-V-P-*, 27 I&N Dec. 803, 805 (BIA 2020), permits consideration of relief prospects only on case-specific evidence. *Gonzalez Reyes*, 2026 WL 2190830, at *5. The "danger" theory itself was danger to *property* — an eighteen-year-old, untested, non-violent commercial allegation whose associated civil judgment ran against a university. Crediting a hostile foreign state's uncorroborated charges to detain the very person seeking protection from that state — while recasting flight from a war zone, a pharmacy trip, and a wife's remittances as "national security" — is arbitrary, and it hands every persecuting government a mechanism to procure its targets' detention here by mailing DHS a file. The order's internal contradictions — "no family ties" beside the recitation of his wife and daughters; unmitigable flight risk about a man DHS's own I-213 shows voluntarily appearing when summoned — independently confirm the absence of reasoned, evidence-based adjudication.

**COUNT V — Application of Legally Inapplicable Standards; Violation of § 1226(a)**

30. Petitioner incorporates all preceding paragraphs.

31. Application of the wrong legal standard in a bond adjudication is legal error reviewed de novo. *Martinez v. Clark*, 124 F.4th at 783–85. The governing bond standards are *Matter of Guerra*, 24 I&N Dec. 37, and *Matter of Patel*, 15 I&N Dec. 666, 666–67 (BIA 1976), under which a technical immigration violation — a visa overstay, Petitioner's sole charge — does not alone support detention, and the *Guerra* factors (fixed address, length of residence, family ties, employment, appearance record, criminal history, manner of entry) overwhelmingly favor release on this record. The Immigration Judge instead applied *Fatahi* "national security" analysis to a record containing no security evidence whatsoever, and the *C-M-M-/Akhmedov* framework, which — by placing the burden on the detainee and directing denial unless he proves "no amount of bond or alternatives" could ever suffice — nullifies § 1226(a)'s express bond and conditional-parole release mechanisms and converts discretionary detention into mandatory detention Congress never enacted. An agency may not rewrite its statute by adjudication. Section 1226(a)'s text commits the custody decision to case-by-case discretion: the government "may continue to detain" or "may release" on a bond of at least $1,500 or on conditional parole. 8 U.S.C. § 1226(a)(1)–(2). A Board rule directing categorical denial unless

the detainee disproves every possibility of release reads those release mechanisms out of the statute, contravening the command that statutes be construed "so that no part will be inoperative or superfluous." *Corley v. United States*, 556 U.S. 303, 314 (2009). After *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369, 412–13 (2024), no deference rescues the Board's construction: "Chevron is overruled. Courts must exercise their independent judgment in deciding whether an agency has acted within its statutory authority, as the APA requires." *Id.* at 412. The best reading of § 1226(a) is the one its text supplies — individualized, discretionary custody determinations, not a categorical no-release presumption the detainee must overcome. A court of this District has already applied that command to the Board's bond jurisprudence, declining under *Loper Bright* to accord a Board bond decision deference and enforcing the statute's text over it. *Ruiz Yarleque v. Noem*, No. 5:25-cv-02836-MEMF-SP, 2025 WL 3043936, at *7–*8 & n.4 (C.D. Cal. Oct. 31, 2025) (*Matter of Yajure Hurtado*, as "a decision of the BIA, is not even necessarily entitled to any deference"; granting TRO and ordering a § 1226(a) bond hearing within seven days). The same analysis governs *Matter of C-M-M-* and *Matter of Akhmedov*. Independently, an Immigration Judge may not deny bond on considerations that would compel denial in every case, for universal factors convert § 1226(a) into de facto mandatory detention. *Gonzalez Reyes*, 2026 WL 2190830, at *5 (adopting *Lemus Crispin v. Bondi*, 2026 WL 768859, at *5–*6 (E.D. Va. Mar. 18, 2026)); *Villa*

*v. Mullin*, No. 5:26-CV-01690-JDE, 2026 WL 1583941, at *2 (C.D. Cal. June 2, 2026). Every consideration the Immigration Judge invoked here — flight from persecution, a foreign state's accusation, reliance on family support abroad — is endemic to meritorious asylum claims; on that reasoning, no detained asylum seeker could ever be released.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

1. Assume jurisdiction;

2. Issue an Order to Show Cause directing Respondents to file a return within three (3) days, 28 U.S.C. § 2243, and to lodge with it the complete record of the August 12, 2026 custody redetermination, including the digital audio recording and all exhibits;

3. Issue a writ of habeas corpus ordering Respondents to immediately release Petitioner on his own recognizance, without requiring a further bond hearing as a condition of or substitute for release;

4. In the alternative, conduct its own bond hearing and make an independent custody determination, or order a new hearing within seven (7) days before an Immigration Judge at which the government bears the burden by clear and convincing evidence, ability to pay and alternatives are considered, no reliance is placed on unauthenticated foreign documents, and

the C-M-M-/Akhmedov standard is not applied — with release to follow absent a timely, compliant hearing;

5. Permanently enjoin Respondents from re-arresting or re-detaining Petitioner absent, at minimum, seven (7) days' advance written notice to Petitioner and counsel describing the changed circumstances necessitating arrest, and a timely pre-deprivation hearing before a neutral decisionmaker at which the government bears the burden by clear and convincing evidence and Petitioner may have counsel present;

6. Enjoin Respondents from transferring Petitioner outside the Central District of California pending resolution of this matter;

7. Declare that Petitioner's June 29, 2026 arrest and continued detention, and the procedures applied at the August 12, 2026 bond hearing, violate the Due Process Clause and the INA;

8. Award fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412; and

9. Grant all further just and proper relief.

Dated: 08/25/2026 Respectfully submitted,

/s/ Regina Jacobson
Regina Jacobson
Attorney for Petitioner

## VERIFICATION (28 U.S.C. § 2242)

I represent Petitioner Vladimir Mihail Troykalo and submit this verification on his behalf because he is detained at the Adelanto ICE Processing Center. I verify that the factual statements in the foregoing Petition are true and correct to the best of my knowledge.

Dated: 8/25/2026 /s/ Regina Jacobson
Regina Jacobson

## TABLE OF EXHIBITS

**Ex. A –** IJ bond order (Aug. 12, 2026);

**Ex. B –** Form I-213;

**Ex. C –** DHS packet excerpts with 10:41 p.m. upload stamp;

**Ex. D –** Custody redetermination sponsorship package;

**Ex. E –** I-589 biometrics notice;

**Ex. F –** Declaration of Regina Jacobson.

# TAB A

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ADELANTO IMMIGRATION COURT**

Respondent Name:
TROYKALO, VLADIMIR MIHAIL

To:
Jacobson, Regina
155 Montgomery Street
Suite 1405
San Francisco, CA 94104

A-Number:
216-007-248
Riders:
In Custody Redetermination Proceedings

Date:
08/12/2026

**ORDER OF THE IMMIGRATION JUDGE**

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
236(A) Bond - Burden: Respondent

The Court finds that the Respondent has failed to meet his burden to demonstrate that, if released, he would not pose a danger to the community. In the alternative, Respondent has failed to demonstrate that, if released, he would not pose such a significant risk of flight that no amount of bond or alternatives to detention would be sufficient to mitigate.

The evidentiary record indicates that the Respondent is currently wanted by the Russian Federation for a financial crime associated with a school he ran in Dubai. Respondent denies all charges. The record also indicates extensive foreign travel. Specifically, Respondent left Dubai for Thailand to get a visa to go to Yemen. He left Yemen due to the war there and went to Djibouti. From there Respondent indicates that he came to the United States. He then flew from the United States to Jordan. He states that he then retuned to the United States for 6 months but had to depart early due to needing blood pressure medication and traveled to Israel to obtain this medication. He then returned to the United States but was given permission to stay in the United States for only one month. Respondent reports no United States assets such as bank accounts or vehicles, in spite of the fact that he has been in the United States continuously since 2016. Respondent testified that his wife and daughters in Dubai arrange for money when he needs it.

Danger to the Community:
In bond proceedings, "national security considerations" may "provide a reasonable basis to deny release on bond[.]" Matter of Fatahi, 26 I&N Dec. 791, 793 (BIA 2016)

("The Supreme Court has long recognized national security concerns as a fundamental consideration in immigration bond proceedings."). "An alien's dangerousness to the community at large is interrelated with considerations of whether he poses a threat to national security." Id. at 794–75 ("The question whether an alien poses a danger to the community is broader than determining if the record contains proof of specific acts of past violence or direct evidence of an inclination toward violence." (citing Doherty v. Thornburgh, 943 F.2d 204, 211 (2d Cir. 1991) ("Although [the alien] does not appear to pose any direct threat to individual citizens, . . . he may constitute a more general threat to national security, which is also a proper basis for detention." (citation omitted))). The Court here notes Respondent's travel history, especially as it relates to Yemen, Djibouti, and Jordan. As well as Respondent's unexplained income. Respondent has been in the United States for 10 years but has no bank account in this country and apparently receives all his funds from Dubai.

Flight Risk:
Respondent's family and community ties to the United States, proposed sponsor, fixed address, and application for relief do not sufficiently mitigate Respondent's risk of flight. Matter of C-M-M-, 29 I&N Dec. 141, 143 (BIA 2025).

The Court concludes that "no monetary bond, even if coupled with alternatives to detention, would be sufficient" to ensure Respondent's appearance at future immigration hearings and, if necessary, surrender for removal from this country. Matter of Akhmedov, 29 I&N Dec. 166, 168 (BIA 2025).

Respondent "has no family ties, no employment history, limited community ties, and no significant record of appearances in court in the United States," which "militate against [Respondent's] release on bond because they indicate [Respondent] is less likely to appear" for removal hearings. Matter of R-A-V-P-, 27 I&N Dec. 803, 805 (BIA 2020).

Respondent's "eligibility for relief is speculative." Matter of C-M-M-, 29 I&N Dec. 141, 143–44 (BIA 2025); Matter of E-Y-F-G-, 29 I&N Dec. 103, 104–05 (BIA 2025) (finding an alien a flight risk despite relief being granted); Matter of R-A-V-P-, 27 I&N Dec. 803, 806 (BIA 2020) ("Even for aliens who are found to have a credible fear, a grant of asylum is uncertain, in part because the legal standard for establishing eligibility for asylum is higher than that for a credible fear."); see also Matter of Andrade, 19 I&N Dec. 488, 490 (BIA 1987) ("A[n alien] with a greater likelihood of being granted relief from deportation has a greater motivation to appear for a deportation hearing than one who, based on a criminal record or otherwise, has less potential of being granted such relief.").

☐ Granted. It is ordered that Respondent be:

- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☐ Other:



Immigration Judge: DePowell, Bryan 08/12/2026

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ | waived | ☐ | reserved |
| | Respondent: | ☐ | waived | ☑ | reserved |
| Appeal Due: | 09/11/2026 | | | | |

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : TROYKALO, VLADIMIR MIHAIL | A-Number : 216-007-248

Riders:

Date: 08/12/2026 By: HILTON-CHAMBERLAIN, AMANDA, Court Staff

# TAB B

Uploaded on: 08/11/2026 at 10:41:49 PM (Pacific Daylight Time) Base City: ADE

U.S. Department of Homeland Security Subject ID : 401731168 **Record of Deportable/Inadmissible Alien**

Family Name (CAPS) First Middle: TROYKALO, VLADIMIR MIHAIL
Sex: M | Hair: BLK | Eyes: BRO | Cmplxn: LGT

Country of Citizenship: RUSSIA
Passport Number and Country of Issue: 606800608 RUSSIA
File Number: LOS2603000391 216 007 248
Height: 67 | Weight: 220 | Occupation: UNR

U.S. Address: 10250 RANCHO RD ADELANTO, CALIFORNIA, 92301, UNITED STATES
Scars and Marks: None Indicated - N/A

Date, Place, Time, and Manner of Last Entry: 07/17/2016 Unknown Time, LAX, B2-Visitor For Pleasure
Passenger Boarded at:
F.B.I. Number: 23TR4PPAV
☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:
Method of Location/Apprehension: NCA

Date of Birth: 10/01/1959 Age: 66
Date of Action: 06/29/2026
Location Code: LOS/LOS
At/Near: See I-831
Date/Hour: 06/29/2026 11:02

City, Province (State) and Country of Birth: USSR
AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐
By: A. MUNGUIA

NIV Issuing Post and NIV Number:
Social Security Account Name:
Status at Entry:
Status When Found:

Date Visa Issued:
Social Security Number:
Length of Time Illegally in U.S.:

Immigration Record: NEGATIVE
Criminal Record:

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):
Number and Nationality of Minor Children: None

Father's Name, Nationality, and Address, if Known: TROYKALO, MIHAIL NATIONALITY: RUSSIA
Mother's Present and Maiden Names, Nationality, and Address, if Known: TROYKALO, MARIA NATIONALITY: RUSSIA

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed
Fingerprinted? ☐ Yes ☒ No
Systems Checks: See Narrative
Charge Code Words(s): See Narrative

Name and Address of (Last)(Current) U.S. Employer:
Type of Employment: Unemployed or Retired
Salary: Hr
Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)



Left Index fingerprint



Right Index fingerprint



FAMILY INFORMATION
--------------------
Father:TROYKALO, MIHAIL is a citizen of RUSSIA.
Mother:TROYKALO, MARIA is a citizen of RUSSIA.
Child:Subject does not have children or dependents.

SUBJECT HEALTH STATUS
----------------------
The subject claims good health.
...(CONTINUED ON I-831)

Alien has been advised of communication privileges AM 6/29/2026 (Date/Initials)

A. MUNGUIA
Deportation Officer
(Signature and Title of Immigration Officer)

Distribution:
FILE
STATS

Received: (Subject and Documents) (Report of Interview)
Officer: A. MUNGUIA
on: June 29, 2026 (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: SAHAGUN, G 4787

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security** **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| TROYKALO, VLADIMIR MIHAIL | 216 007 248<br>Event No: LOS2603000391 | 06/29/2026 |

CURRENT ADMINISTRATIVE CHARGES
-------------------------------
03/08/2026 - 237a1B - NONIMMIGRANT OVERSTAY

RECORDS CHECKED
---------------
CIS checked on 06/29/2026 with Positive result.TECS checked on 06/29/2026 with Positive result.IAFIS checked on 06/29/2026 with Positive result.

ARRESTED AT/NEAR
-----------------
14101 MYFORD RD, TUSTIN, CALIFORNIA, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
--------------------------------------
DNA KIT # F5049015

LEAD REFERRAL:

Vladimir TROYKALO, A216 007 248, (COC: Russia, DOB: 10/01/1959) came to the attention of Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Foreign Fugitive Unit (FFU) pursuant to a lead referral from United States Citizenship and Immigration Services (USCIS). TROYKALO violated his nonimmigrant status for remaining in the United States beyond his authorized period of admission. An investigation was initiated by the Los Angeles Foreign Fugitive Unit. Upon review of DHS/ICE databases, it was determined TROYKALO is amenable to DHS/ICE enforcement action. A search of PCQS, EARM, ADIS, CLEAR and TECS revealed TROYKALO is not in possession of valid immigration document allowing him to be or remain in the United States legally.

ENCOUNTER:

On June 29, 2026, the Los Angeles Foreign Fugitive Unit officers went to 14101 Myford Road Tustin, CA where Vladimir TROYKALO, A216 007 248, was scheduled for an interview related to an application he had filed with USCIS. At approximately 0900 a male was seen entering the office building and based on available photos and physical description, the individual was believed to be the target TROYKALO.
After TROYKALO entered the building and was checked in with security, he was escorted to an interview room. At the conclusion of the interview with USCIS officers, at approximately 0945, FFU officers entered the interview room and identified themselves as ICE officers. FFU officers positively identified TROYKALO at which time FFU officers arrested TROYKALO and escorted him to the ICE detention area for processing.
IMMIGRATION HISTORY:
On January 10, 2014, the Kuybyshevsky District Court of Saint Petersburg, Russia, issued an arrest warrant under case No. 103949, for TROYKALO for the offense of extremely large scale fraud in violation of Part 4 of Article 59 of the Criminal Code of the Russian Federation.
On July 17, 2016, TROYKALO entered the United States at the Los Angeles International Airport in Los Angeles, CA, as a temporary visitor for pleasure (B2 visa) with authorization to remain in the United States for a temporary period not to exceed January 16, 2017.
On January 17, 2017, TROYKALO failed to depart the United States as required, thus violating his nonimmigrant status.
On July 13, 2017, TROYKALO filed an Application for Asylum and for Withholding of Removal, Form I-589, with U.S. Citizenship and Immigration Services (USCIS). TROYKALO's Form I-589 remains pending.
On November 28, 2017, [redacted] published a [redacted] for TROYKALO, under case number [redacted] on behalf of the government of Russia, for the crime of extremely large

| Signature | Title |
|---|---|
| A. MUNGUIA | Deportation Officer |

2 of 3 Pages

EOIR — 4 of 40

Uploaded on: 08/11/2026 at 10:41:54 PM (Pacific Daylight Time) Base City: ADL

**U.S. Department of Homeland Security** **Continuation Page for Form I-213**

| Alien's Name | File Number | Date |
|---|---|---|
| TROYKALO, VLADIMIR MIHAIL | 216 007 248<br>Event No: LOS2603000391 | 06/29/2026 |

scale fraud.
On February 5, 2026, ERO Los Angeles, FFU, received a lead referral from USCIS, identifying TROYKALO as a nonimmigrant overstay and the subject [redacted] issued by the government of Russia for the offense of extremely large scale fraud.
On June 29, 2026, ERO Los Angeles, FFU Officers, arrested TROYKALO pursuant to a targeted enforcement operation in Tustin, CA. ERO Los Angeles served TROYKALO with a Notice to Appear, Form I-862, pursuant to Section 237(a)(1)(B) of the Immigration and Nationality Act.
TROYKALO will remain in ERO custody pending removal proceedings.
TROYKALO stated he was born in Russia and is a citizen of Russia.
TROYKALO claims his mother and father are citizens of Russia.
TROYKALO claims to not be a member of gang.
TROYKALO claims he has not served in the U.S military.
TROYKALO claims high blood pressure and takes medication.

CASE DISPOSITION:
TROYKALO makes no claim/appears to have no claim to USC or LPR and was served with a Notice to Appear, Form I-862 pursuant to Section 237(a)(1)(B) of the INA.

OTHER IDENTIFYING NUMBERS
--------------------------
ALIEN-216007248
Driver's License (State and Country)-Y5328635 (UNITED STATES)

| Signature | Title |
|---|---|
| A. MUNGUIA | Deportation Officer |

3 of 3 Pages

# TAB C

Sandra Anderson
Regional Counsel
Thelma Gonzalez
Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
10250 Rancho Road
Adelanto, CA 92301

**DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**ADELANTO, CALIFORNIA**

In the Matter of:
TROYKALO, VLADIMIR MIHAIL

bond proceedings________________
Immigration Judge: Depowell

File No.: A216-007-248

Next Hearing: 8/12/26 am

**DEPARTMENT OF HOMELAND SECURITY**
**EVIDENCE SUBMISSION**

The Department of Homeland Security (DHS) hereby submits the attached exhibits for the above-captioned matter.

Respectfully submitted this 11th day of Aug. 2026.

Thelma Gonzalez, DHS
Counsel

**TABLE OF CONTENTS**


| A. | | Page |
|---|---|---|
| | Form I-213 | 1 |
| | Arrest Warrant and related | 4 |
| | USCIS referral | 22 |
| | I-589 | 25 |
| | PCIS | 37 |


**CERTIFICATE OF SERVICE**

I hereby certify that this Department of Homeland Security Evidence Submission and any attached documents was/were served upon the respondent (or his/her representative):

☒ **through the EOIR Courts and Appeals System (ECAS), in which both parties are participating. Therefore, no separate service was completed.**

Date: Aug. 11, 2026

Thelma Gonzalez, Counsel
DHS

Uploaded on: 08/11/2026 at 10:41:49 PM (Pacific Daylight Time) Base City: ADL

U.S. Department of Homeland Security Subject ID : 401731168

# Record of Deportable/Inadmissible Alien

| Field | Entry |
|---|---|
| Family Name (CAPS) / First / Middle | TROYKALO, VLADIMIR MIHAIL |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | LGT |
| Country of Citizenship | RUSSIA |
| Passport Number and Country of Issue | 606800608 RUSSIA |
| File Number | LOS2603000391 216 007 248 |
| Height | 67 |
| Weight | 220 |
| Occupation | UNR |
| U.S. Address | 10250 RANCHO RD ADELANTO, CALIFORNIA, 92301, UNITED STATES |
| Scars and Marks | None Indicated - N/A |
| Date, Place, Time, and Manner of Last Entry | 07/17/2016 Unknown Time, LAX, B2-Visitor For Pleasure |
| Passenger Boarded at | |
| F.B.I. Number | 23TR4PPAV |
| Marital status | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | |
| Method of Location/Apprehension | NCA |
| Date of Birth | 10/01/1959 Age: 66 |
| Date of Action | 06/29/2026 |
| Location Code | LOS/LOS |
| At/Near | See I-831 |
| Date/Hour | 06/29/2026 11:02 |
| City, Province (State) and Country of Birth | USSR |
| AR | ☒ |
| Form : (Type and No.) | Lifted ☐ Not Lifted ☐ |
| By | A. MUNGUIA |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | |
| Status When Found | |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | |
| Immigration Record | NEGATIVE |
| Criminal Record | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | None |
| Father's Name, Nationality, and Address, if Known | TROYKALO, MIHAIL NATIONALITY: RUSSIA |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | TROYKALO, MARIA NATIONALITY: RUSSIA |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | ☐ Yes ☒ No |
| Systems Checks | See Narrative |
| Charge Code Words(s) | See Narrative |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | Unemployed or Retired |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)



Left Index fingerprint



Right Index fingerprint



FAMILY INFORMATION
------------------
Father:TROYKALO, MIHAIL is a citizen of RUSSIA.
Mother:TROYKALO, MARIA is a citizen of RUSSIA.
Child:Subject does not have children or dependents.

SUBJECT HEALTH STATUS
---------------------
The subject claims good health.
...(CONTINUED ON I-831)

Alien has been advised of communication privileges AM 6/29/2026 (Date/Initials)

A. MUNGUIA
Deportation Officer
(Signature and Title of Immigration Officer)

Distribution:

FILE

STATS

Received: (Subject and Documents) (Report of Interview)

Officer: A. MUNGUIA

on: June 29, 2026 (time)

Disposition: Warrant of Arrest/Notice to Appear

Examining Officer: SAHAGUN, G 4787

Form I-213 (Rev. 08/01/07)

EOIR — 3 of 40

Uploaded on: 08/11/2026 at 10:41:54 PM (Pacific Daylight Time) Base City: ADI

U.S. Department of Homeland Security — Continuation Page for Form I-213

| Alien's Name | File Number | Date |
| --- | --- | --- |
| TROYKALO, VLADIMIR MIHAIL | 216 007 248<br>Event No: LOS2603000391 | 06/29/2026 |

CURRENT ADMINISTRATIVE CHARGES
------------------------------
03/08/2026 - 237a1B - NONIMMIGRANT OVERSTAY

RECORDS CHECKED
---------------
CIS checked on 06/29/2026 with Positive result.TECS checked on 06/29/2026 with Positive result.IAFIS checked on 06/29/2026 with Positive result.

ARRESTED AT/NEAR
----------------
14101 MYFORD RD, TUSTIN, CALIFORNIA, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
--------------------------------------
DNA KIT # F5049015

LEAD REFERRAL:

Vladimir TROYKALO, A216 007 248, (COC: Russia, DOB: 10/01/1959) came to the attention of Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Foreign Fugitive Unit (FFU) pursuant to a lead referral from United States Citizenship and Immigration Services (USCIS). TROYKALO violated his nonimmigrant status for remaining in the United States beyond his authorized period of admission. An investigation was initiated by the Los Angeles Foreign Fugitive Unit. Upon review of DHS/ICE databases, it was determined TROYKALO is amenable to DHS/ICE enforcement action. A search of PCQS, EARM, ADIS, CLEAR and TECS revealed TROYKALO is not in possession of valid immigration document allowing him to be or remain in the United States legally.

ENCOUNTER:

On June 29, 2026, the Los Angeles Foreign Fugitive Unit officers went to 14101 Myford Road Tustin, CA where Vladimir TROYKALO, A216 007 248, was scheduled for an interview related to an application he had filed with USCIS. At approximately 0900 a male was seen entering the office building and based on available photos and physical description, the individual was believed to be the target TROYKALO.
After TROYKALO entered the building and was checked in with security, he was escorted to an interview room. At the conclusion of the interview with USCIS officers, at approximately 0945, FFU officers entered the interview room and identified themselves as ICE officers. FFU officers positively identified TROYKALO at which time FFU officers arrested TROYKALO and escorted him to the ICE detention area for processing.
IMMIGRATION HISTORY:
On January 10, 2014, the Kuybyshevsky District Court of Saint Petersburg, Russia, issued an arrest warrant under case No. 103949, for TROYKALO for the offense of extremely large scale fraud in violation of Part 4 of Article 59 of the Criminal Code of the Russian Federation.
On July 17, 2016, TROYKALO entered the United States at the Los Angeles International Airport in Los Angeles, CA, as a temporary visitor for pleasure (B2 visa) with authorization to remain in the United States for a temporary period not to exceed January 16, 2017.
On January 17, 2017, TROYKALO failed to depart the United States as required, thus violating his nonimmigrant status.
On July 13, 2017, TROYKALO filed an Application for Asylum and for Withholding of Removal, Form I-589, with U.S. Citizenship and Immigration Services (USCIS). TROYKALO's Form I-589 remains pending.
On November 28, 2017, [redacted] published a [redacted] for TROYKALO, under case number [redacted] on behalf of the government of Russia, for the crime of extremely large

| Signature | Title |
| --- | --- |
| A. MUNGUIA | Deportation Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

EOIR — 4 of 40

Uploaded on: 08/11/2026 at 10:41:49 PM (Pacific Daylight Time) Base City: ADL

**U.S. Department of Homeland Security** — **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| TROYKALO, VLADIMIR MIHAIL | 216 007 248<br>Event No: LOS2603000391 | 06/29/2026 |

scale fraud.
On February 5, 2026, ERO Los Angeles, FFU, received a lead referral from USCIS, identifying TROYKALO as a nonimmigrant overstay and the subject [redacted] issued by the government of Russia for the offense of extremely large scale fraud.
On June 29, 2026, ERO Los Angeles, FFU Officers, arrested TROYKALO pursuant to a targeted enforcement operation in Tustin, CA. ERO Los Angeles served TROYKALO with a Notice to Appear, Form I-862, pursuant to Section 237(a)(1)(B) of the Immigration and Nationality Act.
TROYKALO will remain in ERO custody pending removal proceedings.
TROYKALO stated he was born in Russia and is a citizen of Russia.
TROYKALO claims his mother and father are citizens of Russia.
TROYKALO claims to not be a member of gang.
TROYKALO claims he has not served in the U.S military.
TROYKALO claims high blood pressure and takes medication.

CASE DISPOSITION:
TROYKALO makes no claim/appears to have no claim to USC or LPR and was served with a Notice to Appear, Form I-862 pursuant to Section 237(a)(1)(B) of the INA.

OTHER IDENTIFYING NUMBERS
--------------------------
ALIEN-216007248
Driver's License (State and Country)-Y5328635 (UNITED STATES)

| Signature | Title |
|---|---|
| A. MUNGUIA | Deportation Officer |

3 of 3 Pages

EOIR — 5 of 40

*Перевод постановления о привлечении в качестве обвиняемого с русского на английский язык*

*Translation of the Decree to Bring as the Accused from Russian into English*

**DECREE**
**to bring as the accused**

Saint Petersburg 10 January 2014

Senior Investigator of the Second Investigative Department of the Second Directorate for the Investigation of Particularly Important Cases (Crimes against State Power and in the Field of Economy) of the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg, Senior Lieutenant of Justice Yu.N. Lomakin, having examined the materials of criminal case №103949,

**HAS ESTABLISHED:**

The evidence gathered in the present criminal case is sufficient to charge **Vladimir Mikhailovich Troykalo, born on 01.10.1959, with the commission of fraud, that is, the misappropriation of another's property by means of deceit, committed on an especially large scale**, namely:

V.M. Troykalo, having been appointed between 27.01.2005 and 17.10.2007 by Order №7a dated 27.01.2005 of A.I. Mikhaylushkin, Rector of the State Educational Institution of Higher Professional Education "Saint Petersburg State University of Engineering and Economics" (hereinafter referred to as ENGECON, the University), to the position of Director of the Representative Office (Branch) of ENGECON (Saint-Petersburg State University of Engineering and Economics Dubai Branch (United Arab Emirates)), located in the Dubai Technology, Electronic and Media Free Zone at the address: United Arab Emirates, Dubai, Knowledge Village, Block 18, PO Box 41556, with the issuance of General Power of Attorney №78 VG 624073 dated 19.04.2005 to act on behalf of the University, valid for a term of 3 years, i.e., until 19.04.2008,

possessing the intent to misappropriate another's property on an especially large scale, being aware that, pursuant to Order №74 dated 17.10.2007 of the University Rector A.I. Mikhaylushkin "On the Director of the Representative Office of the Saint

EOIR — 6 of 40

Uploaded on: 08/11/2026 at 10:41:49 PM (Pacific Daylight Time) Base City: ADL

Petersburg State University of Engineering and Economics in Dubai (UAE)", he was dismissed from the position of Director of the branch (representative office) of the University in Dubai, UAE,

on 05.02.2008, acting on behalf of ENGECON, by means of deceiving the employees of Dubai Islamic Bank (Internet City Branch), located at the address: United Arab Emirates, Dubai, PO BOX 500771, regarding his (V.M. Troykalo's) position at the University, using General Power of Attorney №78 VG 624073 dated 19.04.2005, opened account №023580121219201 in the name of ENGECON ("ST. PETERSBURG STATE UNIVERSITY OF ENGINEERING AND ECONOMY").

Further, V.M. Troykalo, in execution of his criminal intent directed at the misappropriation of another's property on an especially large scale, between 05.02.2008 and 02.08.2008, acting on behalf of the University, by means of deceiving a representative of the organization "Dr. jur.Heinz Shwerd Consulting", located at the address: Rohrerstrasse 14, 93342, Saale-Reissing, Federal Republic of Germany, regarding his (V.M. Troykalo's) position at the University, under the pretext of developing the ENGECON representative office, entered into a loan agreement for a total amount of no less than 565,000 US dollars, after which, in accordance with the debt obligation, on 02.08.2008 and 04.08.2008, funds in the total amount of 730,646.605 Dirhams (equivalent to 546,160 US dollars at the fixed exchange rate of the UAE since 1986, which at the exchange rate of the Central Bank of the Russian Federation as of 01.07.2008 amounted to 13,224,842 Rubles) were transferred to the previously opened bank account №023580121219201 at Dubai Islamic Bank (Internet City Branch) from account №313645, opened in the name of E.D. Chernenko at "RAIFFEISENBANK BAD ABBACH - SAAL eG" located in the Federal Republic of Germany.

After which, V.M. Troykalo, continuing to implement his intent directed at the misappropriation of another's property on an especially large scale, from the specified account №023580121219201, opened in the name of "ST. PETERSBURG STATE UNIVERSITY OF ENGINEERING AND ECONOMY", on 05.08.2008 transferred a portion of the received funds in the amount of 707,000 Dirhams (equivalent to 193,540 US dollars at the fixed exchange rate of the UAE since 1986) to account №0075200339669001, opened in the name of E.V. Kurlykova at Dubai Islamic Bank (Internet City Branch), then on 06.08.2008 transferred the remaining portion of the received funds in the amount of 1,350,000 Dirhams (equivalent to 369,559 US dollars at the fixed exchange rate of the UAE since 1986) to account №023580121217601, opened in his own name at Dubai Islamic Bank (Internet City Branch), thereby disposing of the received funds in the amount of 546,160 US dollars at his own

EOIR — 7 of 40

discretion, and thereby committing, on behalf of ENGECON, the misappropriation of the aforementioned funds of the organization "Dr. jur.Heinz Shwerd Consulting" on an especially large scale.

As a result of the unlawful actions of V.M. Troykalo, who acted intentionally, with a mercenary motive on behalf of ENGECON, pursuant to civil lawsuit №2010/39 filed by the organization "Dr. jur.Heinz Shwerd Consulting", by the final judgment of the Dubai Court, UAE, dated 26.10.2011, the University was recognized as the defendant and ordered to pay a total amount of 576,300 US dollars in favor of the plaintiff with interest at a rate of 12% per annum from the date of filing the lawsuit, which at the exchange rate of the Central Bank of the Russian Federation at the time of the respective decision amounted to 17,577,150 rubles 00 kopecks.

Thus, by his aforementioned intentional criminal actions, V.M. Troykalo caused damage to ENGECON in a total amount of no less than 576,300 US dollars, which at the exchange rate of the Central Bank of the Russian Federation amounted to 17,577,150 rubles 00 kopecks, i.e., on an especially large scale,

**that is, he committed a crime provided for by Part 4 of Article 159 of the Criminal Code of the Russian Federation.**

Based on the foregoing and guided by Articles 171, 172, and 175 of the Criminal Procedure Code of the Russian Federation,

**HAS DECREED:**

To bring **Vladimir Mikhailovich Troykalo, born on 01.10.1959,** a native of the city of Pologi, Pologovsky District, Zaporozhye Region, as the accused in the present criminal case, charging him with the commission of the crime provided for by Part 4 of Article 159 of the Criminal Code of the Russian Federation, of which he shall be notified.

**Senior Investigator** *(Signature)* **Yu.N. Lomakin**



EOIR — 8 of 40

The present Decree was announced to me on "_" _______ 2013 at __ h __ min; its text was read ______________________________________________

(personally or aloud by the investigator (inquirer)

The substance of the charges brought against me has been explained. At the same time, the rights provided for by Part 4 of Article 47 of the Criminal Procedure Code of the Russian Federation have been explained to me, namely:

1. to know what I am accused of;
2. to receive a copy of the decree to bring me as the accused, a copy of the decree on the application of a restrictive measure against me, and a copy of the indictment or the bill of indictment;
3. to object to the accusation, to provide testimony regarding the charges brought against me, or to refuse to provide testimony; in the event of the accused's consent to provide testimony, he shall be warned that his testimony may be used as evidence in the criminal case, including in the event of his subsequent withdrawal of such testimony, with the exception of the case provided for by Clause 1 of Part 2 of Article 75 of the Criminal Procedure Code of the Russian Federation;
4. to present evidence;
5. to file motions and challenges;
6. to provide testimony and express myself in my native language or a language I am fluent in;
7. to use the assistance of an interpreter free of charge;
8. to use the assistance of a defense counsel, including free of charge in cases provided for by the Criminal Procedure Code of the Russian Federation;
9. to have meetings with the defense counsel in private and confidentially, including before the first interrogation, without limitation on their number or duration;
10. to participate, with the investigator's permission, in investigative actions conducted upon my motion or upon the motion of my defense counsel or legal representative, to examine the records of such actions, and to submit comments thereon;
11. to examine the decree on the appointment of a forensic expert examination, to pose questions to the expert, and to examine the expert's report;
12. upon completion of the preliminary investigation, to examine all materials of the criminal case and to extract any information therefrom and in any volume;
13. to make copies of the materials of the criminal case at one's own expense, including by means of technical devices;
14. to lodge complaints against the actions (omission) and decisions of the inquirer, investigator, prosecutor, and the court, and to participate in their consideration by the court;
15. to object to the termination of the criminal case on the grounds provided for by Part 2 of Article 27 of the Criminal Procedure Code of the Russian Federation;

EOIR — 9 of 40

16. to participate in the judicial trial of the criminal case in the courts of the first, second, and supervisory instances, as well as in the court's consideration of the issue regarding the choice of a restrictive measure against me and in other cases provided for by Part 2 of Article 29 of the Criminal Procedure Code of the Russian Federation;

17. to examine the record of the court session and to submit comments thereon;

18. to appeal against the judgment, ruling, or decree of the court and to receive copies of the appealed decisions;

19. to receive copies of complaints and representations filed in the criminal case and to submit objections to such complaints and representations;

20. to participate in the consideration of issues related to the execution of the judgment;

21. to defend oneself by other means and methods not prohibited by the Criminal Procedure Code of the Russian Federation.

Accused *(Signature)*

Defense Counsel *(Signature)*

The Decree was announced, the rights were explained, and a copy of the present Decree was handed over to the accused and his defense counsel on "_" _______ 20__ .

Senior Investigator *(Signature)*

A copy of the present Decree has been sent to the Prosecutor of

Saint Petersburg

(name of the prosecutor's office)

"_" _______ 20__ .

Senior Investigator *(Signature)*

*Об уголовной ответственности по ст.307 УК РФ предупрежден.*

*Переводчик*

Uploaded on: 08/11/2026 at 10:41:49 PM (Pacific Daylight Time) Base City: ADL

*Перевод постановления суда с русского на английский язык*

*Translation of the Court Decree from Russian into English*

*№ 3/1(108)-45/16*

**DECREE**

Saint Petersburg 25 February 2016

The Kuybyshevsky District Court of Saint Petersburg, consisting of:

Presiding Judge Yu.A. Trofimova,

with Court Secretary E.V. Shiralieva,

with the participation of Senior Assistant Prosecutor of the Tsentralny District of Saint Petersburg I.A. Konduktorov,

and Investigator for Particularly Important Cases of the Second Investigative Department (for the Investigation of Tax Crimes) of the Second Directorate for the Investigation of Particularly Important Cases (Crimes against State Power and in the Field of Economy) of the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg - E.N. Chimiris,

and Defense Counsel, Advocate D.E. Dubovsky, who presented Certificate №7272 and Order №115867

having examined the decree of the Investigator for Particularly Important Cases of the Second Investigative Department (for the Investigation of Tax Crimes) of the Second Directorate for the Investigation of Particularly Important Cases (Crimes against State Power and in the Field of Economy) of the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg E.N. Chimiris, on filing a motion before the court for the choice of a restrictive measure in the form of detention in custody in respect of **Vladimir Mikhailovich Troykalo,** born on 01 October 1959, a citizen of the Russian Federation, a native of the city of Pologi, Pologovsky District, Zaporozhye Region, registered at the address: house 25, apartment 57, Kalininets settlement, Naro-Fominsky District, Moscow Region, with no prior criminal record,

- accused of committing a crime provided for by Part 4 of Article 159 of the Criminal Code of the Russian Federation.

Having verified the submitted materials, and having heard the opinions of the prosecutor, the investigator, and the defense counsel, the court

EOIR — 11 of 40

## HAS ESTABLISHED:

Criminal case №103949 was initiated on 29 July 2013 by the Second Investigative Department (for the Investigation of Tax Crimes) of the Second Directorate for the Investigation of Particularly Important Cases (Crimes against State Power and in the Field of Economy) of the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg, based on the elements of a crime provided for by Part 4 of Article 159 of the Criminal Code of the Russian Federation, regarding the fact of causing damage to the Federal Budgetary Educational Institution of Higher Professional Education "Saint Petersburg State University of Engineering and Economics" by V.M. Troykalo.

On 25 January 2016, the term of the preliminary investigation was extended by the Acting Head of the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg to 06 months 00 days, i.e., until 29 January 2014.

On 29 January 2014, the preliminary investigation in the present criminal case was suspended on the grounds of Clause 2 of Part 1 of Article 208 of the Criminal Procedure Code of the Russian Federation.

On 25 January 2016, the preliminary investigation in the criminal case was resumed. The term of the preliminary investigation was set by the Deputy Head of the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg at 01 month 00 days, i.e., until 25 February 2016.

In the course of the preliminary investigation, it has been established that V.M. Troykalo, having been appointed between 27.01.2005 and 17.10.2007 by Order №7a dated 27.01.2005 of the Rector of ENGECON A.I. Mikhaylushkin to the position of Director of the Representative Office (Branch) of ENGECON (Saint-Petersburg State University of Engineering and Economics Dubai Branch (United Arab Emirates), located in the Dubai Technology and Media Free Zone at the address: United Arab Emirates, Dubai, Knowledge Village, Block 18, PO Box 41556, with the issuance of General Power of Attorney №78 VG 624073 dated 19.04.2005 to act on behalf of the University, valid for a term of 3 years, i.e., until 19.04.2008, possessing the intent to misappropriate another's property on an especially large scale, being aware that, pursuant to Order №74 dated 17.10.2007 of the University Rector A.I. Mikhaylushkin "On the Director of the Representative Office of the Saint Petersburg State University of Engineering and Economics in Dubai (UAE)", he was dismissed from the position of Director of the branch (representative office) of the University in Dubai, UAE

on 05.02.2008, acting on behalf of ENGECON, by means of deceiving the employees of Dubai Islamic Bank (Internet City Branch), located at the address: United Arab Emirates, Dubai, PO BOX 500771, regarding his (V.M. Troykalo's) position at the University, using General Power of Attorney №78 VG 624073 dated 19.04.2005, opened account №023580121219201 in the name of ENGECON ("ST. PETERSBURG STATE UNIVERSITY OF ENGINEERING AND ECONOMY").

Further, V.M. Troykalo, in execution of his criminal intent directed at the misappropriation of another's property on an especially large scale, between 05.02.2008 and 02.08.2008, acting on behalf of the University, by means of deceiving a representative of the organization "Dr. Jur.Heinz Schwerd Consulting", located at the address: Rohrerstrasse 14, 93342, Saale-Reissing, Federal Republic of Germany, regarding his (V.M. Troykalo's) position at the University, under the pretext of developing the ENGECON representative office, entered into a loan agreement for a total amount of no less than 565,000 US dollars, after which, in accordance with the debt obligation, on 02.08.2008 and 04.08.2008, he transferred funds in the total amount of 730,646.605 Dirhams (equivalent to 546,160 US dollars at the fixed exchange rate of the UAE since 1986, which at the exchange rate of the Central Bank of the Russian Federation as of 01.07.2008 amounted to 13,224,842 Rubles) to the previously opened bank account №023580121219201 at Dubai Islamic Bank (Internet City Branch) from account №313645, opened in the name of E.D. Chernenko at "RAIFFEISENBANK BAD ABBACH - SAAL eG" located in the Federal Republic of Germany.

After which, V.M. Troykalo, continuing to implement his intent directed at the misappropriation of another's property on an especially large scale, from the specified account №023580121219201, opened in the name of "ST. PETERSBURG STATE UNIVERSITY OF ENGINEERING AND ECONOMY", on 05.08.2008 transferred a portion of the received funds in the amount of 707,000 Dirhams (equivalent to 193,540 US dollars at the fixed exchange rate of the UAE since 1986) to account №0075200339669001, opened in the name of E.V. Kurlykova at Dubai Islamic Bank (Internet City Branch), then on 06.08.2008 transferred the remaining portion of the received funds in the amount of 1,350,000 Dirhams (equivalent to 369,559 US dollars at the fixed exchange rate of the UAE since 1986) to account №023580121217601, opened in his own name at Dubai Islamic Bank (Internet City Branch), thereby disposing of the received funds in the amount of 546,160 US dollars at his own discretion, and thereby committing, on behalf of ENGECON, the misappropriation of the aforementioned funds of the organization "Dr. Jur.Heinz Schwerd Consulting" on an especially large scale.

As a result of the unlawful actions of V.M. Troykalo, who acted intentionally, with a mercenary motive on behalf of ENGECON, pursuant to civil lawsuit №2010/39 filed by the organization "Dr. Jur.Heinz Schwerd Consulting", by the final judgment of the Dubai Court, UAE, dated 26.10.2011, the University was recognized as the defendant and ordered to pay a total amount of 576,300 US dollars in favor of the plaintiff with interest at a rate of 12% per annum from the date of filing the lawsuit, which at the exchange rate of the Central Bank of the Russian Federation at the time of the respective decision amounted to 17,577,150 rubles 00 kopecks.

Thus, by his aforementioned intentional criminal actions, V.M. Troykalo caused damage to ENGECON in a total amount of no less than 576,300 US dollars, which at the exchange rate of the Central Bank of the Russian Federation amounted to 17,577,150 rubles 00 kopecks, i.e., on an especially large scale.

Vladimir Mikhailovich Troykalo has been brought to criminal responsibility for the commission of the specified crime.

On 10 January 2014, a decree was issued to bring Vladimir Mikhailovich Troykalo as the accused for the commission of the crime provided for by Part 4 of Article 159 of the Criminal Code of the Russian Federation.

It was not possible to bring charges against V.M. Troykalo within the term provided for by Part 1 of Article 172 of the Criminal Procedure Code of the Russian Federation, as he has absconded from the preliminary investigation authorities and his current whereabouts are unestablished.

On 10 January 2014, V.M. Troykalo was declared wanted (search file № RD-18-03-p-14 dated 22.01.2014).

On 03 November 2015, V.M. Troykalo was declared internationally wanted.

The Investigator, with the consent of the head of the investigative body, has filed a motion before the court for the choice of a restrictive measure in the form of detention in custody in respect of the accused V.M. Troykalo. In support of the motion, it is stated that V.M. Troykalo is accused of committing a crime classified by criminal law as a serious crime, for the commission of which a penalty in the form of deprivation of liberty for a term exceeding three years is provided.

The preliminary investigation considers it impossible to apply a more lenient restrictive measure than detention in custody in respect of the accused, as V.M. Troykalo's guilt in the incriminated crime is supported by the materials of the criminal case, including witness testimony; the accused is aware of the identities of said witnesses and may know their places of residence, which gives him the opportunity to exert pressure on them for the purpose of having them change their truthful testimony.

EOIR — 14 of 40

The fact of the commission of the aforementioned crime by V.M. Troykalo testifies to the latter's deliberate confidence in the impunity of his intentional criminal actions and to his formed, extremely contemptuous attitude towards the concepts of law and order, since, understanding the social significance of the educational institution, realizing the occurrence of negative consequences as a result of the crime committed by him, and using the trust previously placed in him by the University management, the latter committed criminal actions aimed at causing damage to ENGECON.

Having committed the aforementioned crime, V.M. Troykalo absconded from the preliminary investigation authorities, which testifies to the fact that no other, more lenient restrictive measure not involving deprivation of liberty can be chosen in respect of the accused, due to the fact that a restrictive measure not involving detention in custody or any other measure of procedural compulsion is further incapable of ensuring that V.M. Troykalo is prevented from having the opportunity to abscond from the investigation authorities and the court, to continue engaging in criminal activity, or in any way to obstruct the conduct of the preliminary investigation in the present criminal case.

The act committed by V.M. Troykalo does not relate to crimes committed in the sphere of entrepreneurial activity, as his criminal intent was directed at causing property damage, and the unlawful and gratuitous seizure and conversion of funds for his own benefit. The circumstances of the commission of the crime provide sufficient grounds to assert that V.M. Troykalo's act does not contain the indicia of entrepreneurial activity specified in Article 2 of the Civil Code of the Russian Federation. In view of the foregoing, the provisions of Part 1.1 of Article 108 of the Criminal Procedure Code of the Russian Federation are not taken into account by the investigation when deciding on the choice of a restrictive measure in respect of V.M. Troykalo.

The investigation has taken into account data on the personality and age of the accused, his health, and the absence of a criminal record; however, the specified grounds are not absolute for the choice of a restrictive measure not involving deprivation of liberty.

The presence of diseases included in the "List of severe illnesses preventing the detention in custody of persons suspected of or accused of committing crimes", approved by Decree of the Government of the Russian Federation No. 3 dated 14.01.2011, has not been established in respect of V.M. Troykalo.

According to Clauses 1 and 4 of Part 1 and Part 1.1 of Article 108 of the Criminal Procedure Code of the Russian Federation, the fact that V.M. Troykalo has

EOIR — 15 of 40

no permanent place of residence within the territory of Saint Petersburg, as well as the fact that he has absconded from the preliminary investigation authorities, constitutes an exceptional ground for the choice of a restrictive measure in the form of detention in custody in respect of the accused; therefore, at present, all grounds provided for by law for the choice of a restrictive measure in the form of detention in custody in respect of V.M. Troykalo exist.

In the court session, the investigator and the prosecutor supported the motion.

In accordance with Part 5 of Article 108 of the Criminal Procedure Code of the Russian Federation, the motion shall be considered in the absence of the accused in the event that he is declared internationally wanted.

The defense counsel for the accused objected to the granting of the motion, arguing that the investigation's assertions are not supported by any evidence. There are no grounds to believe that Troykalo has been absconding, as the summonses to appear for Troykalo presented in the case materials and sent to the place of his registration do not constitute absolute proof of their delivery. Furthermore, his whereabouts are known to the investigative authorities, including from witness testimony. The investigator has failed to present evidence of Troykalo's involvement in the incriminated act; the existing witness testimony is insufficient for deciding on the choice of a restrictive measure; the decree to initiate the criminal case is unlawful and was issued prematurely. He added that Troykalo, while being in the UAE, was notified of the initiation of the criminal case against him. He believed that the investigator needs to conduct a series of investigative actions to establish Troykalo's guilt and his involvement in the commission of the act; therefore, he requested that the consideration of the issue regarding the restrictive measure be postponed for two weeks, and in the event of a refusal to grant the motion for postponement, to deny the motion as unmotivated and unlawful.

Having heard the opinions of the participants in the proceedings and having examined the submitted materials, the court concludes that the investigator's motion is lawful, well-founded, and subject to being granted.

Thus, it has been established that V.M. Troykalo is accused of committing a crime classified by criminal law as a serious crime, for the commission of which a penalty in the form of deprivation of liberty for a term exceeding three years is provided. V.M. Troykalo was repeatedly summoned by the preliminary investigation authorities; however, at the appointed time, V.M. Troykalo failed to appear at the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg and did not notify the investigator of valid

EOIR — 16 of 40

reasons for his failure to appear; his whereabouts are currently unestablished, in connection with which he has been declared internationally wanted.

The court considers the defense counsel's arguments — that the presented summonses for V.M. Troykalo to appear at the Main Investigative Directorate of the Investigative Committee of the Russian Federation for Saint Petersburg are improper evidence of his failure to appear due to the lack of information regarding their dispatch — to be a subjective opinion.

The specified circumstances, as well as the nature of the criminal act of which V.M. Troykalo is accused, provide sufficient grounds to believe that, if remaining at large, he may continue to abscond and commit crimes.

In view of the foregoing, the court concludes that a restrictive measure in the form of detention in custody should be chosen in respect of V.M. Troykalo.

The court also takes into account that the act incriminated to V.M. Troykalo does not relate to a crime committed in the sphere of entrepreneurial activity, as his criminal intent was directed at causing property damage, and the unlawful and gratuitous seizure and conversion of funds for his own benefit. In connection with the foregoing, the provisions of Part 1.1 of Article 108 of the Criminal Procedure Code of the Russian Federation are not taken into account by the court when deciding on the choice of a restrictive measure in respect of V.M. Troykalo.

Furthermore, the materials submitted to the court contain sufficient data currently testifying to the possible involvement of V.M. Troykalo in the commission of the incriminated crime.

The court considers the defense's arguments — regarding the necessity of conducting a series of investigative actions to establish Troykalo's guilt and the unlawfulness of the decree to initiate the criminal case — to be unfounded and falling outside the court's competence when considering the present motion.

The defense's arguments regarding the necessity to postpone the consideration of the investigation's motion for a term of two weeks are not based on the norms of criminal procedure legislation.

The court has not established any substantial violations of the requirements of criminal procedure legislation that would prevent the granting of the investigator's motion.

The procedure for declaring V.M. Troykalo internationally wanted has been complied with. The Decree to declare the latter internationally wanted was issued by an authorized official in the presence of sufficient grounds therefor. The investigation of the criminal case and the measures conducted have established that V.M. Troykalo

has absconded from the preliminary investigation authorities. In connection therewith, he was reasonably declared internationally wanted on 03 November 2015.

No data has been presented to the court testifying to the fact that V.M. Troykalo cannot be held in a pre-trial detention center due to his state of health, nor to the presence of any persons solely dependent on him.

Since V.M. Troykalo falls under the jurisdiction of the Russian Federation only from the moment of crossing the state border of the Russian Federation, and it is from this moment that the calculation of the term of his detention in custody on the territory of the Russian Federation begins — as no other procedure is provided for by international norms — consequently, the term of his detention in custody is subject to calculation from the moment of his transfer to the competent authorities of Russia on the territory of the Russian Federation.

The time of detention in custody on the territory of a foreign state until the specified moment shall subsequently be credited toward the term of detention in custody in accordance with Clause 4 of Part 10 of Article 109 of the Criminal Procedure Code of the Russian Federation.

Based on the foregoing and guided by Article 108 of the Criminal Procedure Code of the Russian Federation, the court

**HAS DECREED:**

To grant the motion of E.N. Chimiris, Investigator for Particularly Important Cases of the Second Investigative Department (for the Investigation of Tax Crimes) of the Second Directorate for the Investigation of Particularly Important Cases (Crimes against State Power and in the Field of Economy) of the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg.

To choose a restrictive measure in the form of detention in custody in respect of the accused **Vladimir Mikhailovich Troykalo,** born on 01.10.1959, a citizen of the Russian Federation, a native of the city of Pologi, Pologovsky District, Zaporozhye Region.

Following the detention of V.M. Troykalo, he shall be held at the Federal Government Institution "Pre-trial Detention Center №1" (SIZO-1) of the Department of the Federal Penitentiary Service of the Russian Federation for Saint Petersburg and the Leningrad Region.

EOIR — 18 of 40

К Инструкции о применении Положения о паспорте гражданина Российской Федерации

Тройкало Владимир Михайлович
фамилия, имя, отчество

01. 10. 1959 г.
число, месяц, год рождения

3. город Пологи Запорожский области
место рождения – село, поселок, город, район, область, край

республика ( по существующему административно-территориальному делению )

4. мужской
пол

Семейное положение
( если состоит в браке, указать фамилию, имя, отчество жены, мужа, каким органом ЗАГСа и когда зарегистрирован брак )

Фамилия, имя, отчество отца и матери Отец – Тройкало Михаил Изотович, мать – Тройкало Мария Ефимовна
фамилия, имя, отчество отца и матери

Место жительства, пребывания г. Калинина 25 кв 57 Наро-Фоминского р-на Московской области
( наименование области, города, поселка, села, название улицы, дом №, корпус №, кв. № )

( состоял ли ранее в иностранном гражданстве и когда принят в российское гражданство )



Прошу выдать (заменить) паспорт в связи с по достиж. 45 лет
указать причину,

«25» 05 2005 г.

Подпись гр. Тройкало
фамилия
заверяю
подпись
подпись

Паспорт выдать на основании пасп 4604 768102 Селятинским ПОМ 13.05.2003
наименование документа, серия, номер, кем и когда выдан

Начальник паспортной службы
подпись

Паспорт оформил
подпись

Паспорт серии 4606 № 8255
от «26» 05 2005 г. получил (а)
подпись

«26» 05 2005 г

ВЕРНА

*Перевод с русского на английский язык*

*Translation from Russian into English*

to the Regulations on the Application
of the Statute on the Passport
of a Citizen of the Russian Federation
Form № 1P

1. Troykalo Vladimir Mikhailovich
   surname, first name, patronymic
2. 01.10.1959
   day, month, year of birth
3. city of Pologi, Zaporozhye Region
   place of birth — village, settlement, city, district, region, territory, republic (according to the current administrative-territorial division)
4. Male
   sex

Marital status

if married, indicate the surname, first name, and patronymic of the spouse, the Civil Registry office, and the date the marriage was registered

Surname, first name, and patronymic of father and mother father — Troykalo Mikhail Izotovich; mother — Troykalo Maria Efimovna

surname, first name, and patronymic of father and mother

Place of residence/~~stay~~ Apt. 57, House 25, Kalininets, Naro-Fominsky District, Moscow Region

name of the region, city, settlement, village, street name, house №, building, apt. №

whether previously held foreign citizenship and when Russian citizenship was acquired

I request the issuance (replacement) of a passport due to reaching the age of 45
25.05.2005 *(Signature)*

I hereby certify the signature of Citizen Troykalo *(Signature)*

Passport to be issued on the basis of passport 4604 768102
issued by Selyatinsky Police Dept. on 15.05.2003

name of the document, series, number, by whom and when issued

Head of the Passport Service *(Signature)*

Passport prepared by *(Signature)*

Passport series 4606 № 855594

dated 26.05.2005 received by *(Signature)*

26.05.2005

True Copy *(Signature)*

*Об уголовной ответственности по ст.307 УК РФ предупрежден.*

*Переводчик*

EOIR — 20 of 40

*Перевод выписки из УК РФ с русского на английский язык*

*Translation of the Excerpt from the Criminal Code of the Russian Federation from Russian into English*

**Excerpt from the Criminal Code of the Russian Federation**
**Article 159. Fraud**
(as amended by Federal Law № 162-FZ dated 08.12.2003)

1. Fraud, that is, the misappropriation of another's property or the acquisition of the right to another's property by means of deceit or abuse of trust, —

shall be punishable by a fine in an amount of up to one hundred and twenty thousand Rubles, or in the amount of the wages or other income of the convicted person for a period of up to one year, or by compulsory labor for a term of up to one hundred and eighty hours, or by correctional labor for a term of up to one year, or by restriction of liberty for a term of up to two years, or by arrest for a term of up to four months, or by deprivation of liberty for a term of up to two years.

(as amended by Federal Laws № 377-FZ dated 27.12.2009 and № 26-FZ dated 07.03.2011)

2. Fraud committed by a group of persons by prior conspiracy, as well as with the infliction of significant damage to a citizen, —

shall be punishable by a fine in an amount of up to three hundred thousand Rubles, or in the amount of the wages or other income of the convicted person for a period of up to two years, or by compulsory labor for a term of one hundred and eighty to two hundred and forty hours, or by correctional labor for a term of up to two years, or by deprivation of liberty for a term of up to five years with restriction of liberty for a term of up to one year or without such.

(as amended by Federal Laws № 377-FZ dated 27.12.2009 and № 26-FZ dated 07.03.2011)

3. Fraud committed by a person through the use of his/her official position, as well as on a large scale, —

shall be punishable by a fine in an amount of one hundred thousand to five hundred thousand Rubles, or in the amount of the wages or other income of



EOIR — 21 of 40

the convicted person for a period of one to three years, or by deprivation of liberty for a term of up to six years with a fine in an amount of up to ten thousand Rubles, or in the amount of the wages or other income of the convicted person for a period of up to one month or without such, and with restriction of liberty for a term of up to one and a half years or without such.

(as amended by Federal Laws № 377-FZ dated 27.12.2009 and № 26-FZ dated 07.03.2011)

4. Fraud committed by an organized group or on an especially large scale, —

shall be punishable by deprivation of liberty for a term of up to ten years with a fine in an amount of up to one million Rubles, or in the amount of the wages or other income of the convicted person for a period of up to three years or without such, and with restriction of liberty for a term of up to two years or without such.

(as amended by Federal Laws № 377-FZ dated 27.12.2009 and № 26-FZ dated 07.03.2011)

Acting Head of the Second Investigative Department
(for the Investigation of Tax Crimes)
of the Second Directorate for the Investigation
of Particularly Important Cases
(Crimes against State Power and in the Field of Economy)
of the Main Investigative Directorate of the Investigative Committee
of the Russian Federation for the City of Saint Petersburg

Major of Justice E.O. Musatov

*Об уголовной ответственности по ст.307 УК РФ предупрежден.*

*Переводчик*

*Перевод справки с русского на английский язык*

*Translation of the Certificate from Russian into English*

# CERTIFICATE

Saint Petersburg 02.04.2026

Criminal case №103949 was initiated on 29.07.2013 by the Second Investigative Department (for the Investigation of Tax Crimes) of the Second Directorate for the Investigation of Particularly Important Cases (Crimes against State Power and in the Field of Economy) of the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg, based on the elements of a crime provided for by Part 4 of Article 159 of the Criminal Code of the Russian Federation, regarding the fact of causing damage to the Federal Budgetary Educational Institution of Higher Professional Education "Saint Petersburg State University of Engineering and Economics" by Vladimir Mikhailovich Troykalo, born on 01.10.1959.

In connection with the consideration by the competent authorities of the USA of the issue of deportation of V.M. Troykalo, the Second Investigative Department (for the Investigation of Tax Crimes) of the Second Directorate for the Investigation of Particularly Important Cases (Crimes against State Power and in the Field of Economy) of the Main Investigative Directorate of the Investigative Committee of the Russian Federation for the City of Saint Petersburg does not object to the disclosure of information contained in the documents submitted by the investigative body and contained in the wanted circular to V.M. Troykalo, his attorney, and his legal representative.

Acting Head of the Second Investigative Department
(for the Investigation of Tax Crimes)
of the Second Directorate for the Investigation
of Particularly Important Cases
(Crimes against State Power and in the Field of Economy)
of the Main Investigative Directorate of the Investigative Committee
of the Russian Federation for the City of Saint Petersburg

Major of Justice E.O. Musatov

*Об уголовной ответственности по ст.307 УК РФ предупрежден*

*Переводчик*

# Coversheet for cases forwarded to EOIR where application cannot be entered into CASE-ISS/DHS Portal by USCIS

Principal A-Number:
**216007248**

Name (Last, First):
**TROYKALO, VLADIMIR**

Suffix:
**-**

Alias:
**-**

Sex:
**Male**

DOB:
**1959-10-01**

Nationality:
**UKRAINE**

Language:
**RUSSIAN**

In Care Of:
**-**

Street Address:
**1212 N WEST MORELAND 205**

City:
**LOS ANGELES**

State:
**CA**

Zip Code:
**90029**

Tel:
**-**

E-Mail:
**-**

Affiliated Dependent(s):

Dependent(s) Name(s) (Last, First):
**N/A**

Dependent(s) A-Number(s):
**N/A**

Dependent(s) in Immigration Proceedings:
**N/A**

Dependent(s) Base City*:
**N/A**

Dependent(s) Hearing Location*:
**N/A**

*(Include information only if different from principal alien's information in the next section below)

EOIR Docketing Date:
**Jul 14, 2026**

Latest Hearing Date:
**Sep 3, 2026**

Base City:
**ADELANTO**

Hearing Location:
**ADELANTO DETENTION FACILITY WEST**

Hearing Location Address:
**10250 RANCHO RD., SUITE 201A, ADELANTO, CA, 92301**

DHS/Asylum Office Location:
**ZLA**

Date USCIS Received Form I-589**:
**Jul 13, 2017**

Clock Days Elapsed
**-**

Clock Status:
**Transfer-Clock is Running**

Date USCIS Forwarding To EOIR:
- JUL 23 2026

DHS Forwarding Official:
-


Tel:
- 714-368-5700

**USCIS accepted this Form I-589 but discovered that the alien is in removal proceedings before EOIR. **<u>The date USCIS received the Form I-589 is the filing date for purposes of the one-year filing deadline.</u>** USCIS is unable to enter this case in CASE-ISS. This coversheet contains the relevant information contained on the CASE-ISS coversheet

EOIR — 24 of 170

**US Department of Homeland Security**
Los Angeles Asylum Office
P.O. Box 2003
Tustin, CA 92781-2003

U.S. Citizenship and Immigration Services

VLADIMIR TROYKALO
1212 N WEST MORELAND 205
LOS ANGELES, CA 90029

Date: 2026-07-23
Re: ZLA1700138980
TROYKALO, VLADIMIR A216007248

**Notice of Forwarding of Form I-589 to EOIR**

This letter refers to your Form I-589, Application for Asylum and for Withholding of Removal, filed with U.S. Citizenship and Immigration Services (USCIS).

Department of Homeland Security (DHS) records indicate that you were issued a Form I-862, Notice to Appear (NTA), and Executive Office for Immigration Review (EOIR) records indicate that your NTA was filed and docketed with the immigration court after U.S. Citizenship and Immigration Services (USCIS) received your Form I-589. The asylum office is forwarding your Form I-589 to the appropriate immigration court. The date that USCIS received your Form I-589 is considered the filing date for purposes of the one-year filing deadline. At this time, you are not required to file Form I-589 with the immigration court.

Additional information about your case is available by calling the EOIR Automated Case Information Hotline at (800) 898-7180 (TDD: 800-828-1120) (nationwide toll-free) or (304) 625-2050 (local toll call) or by checking the EOIR Automated Case Information online system at https://portal.eoir.justice.gov/InfoSystem. For a list of immigration court locations, please visit the EOIR website at https://www.justice.gov/eoir/find-immigration-court-and-access-internet-based-hearings.

Once the immigration court receives your Form I-589, you will be informed by mail at the address that you provided of the date, time, and location of your court hearing.

Please include your full name, alien number (A-number) listed above, and your current address on any correspondence with U.S. Citizenship and Immigration Services (USCIS) or the immigration court.

You may remain in the United States until your asylum application is decided. If you wish to leave the United States while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS or you may be considered to have abandoned your asylum application.

You must leave the United States if you do not otherwise obtain a lawful basis to remain in the

United States. The U.S. Government may provide you cost-free travel and give you an exit bonus if you leave voluntarily through the CBP Home Mobile App process. For more information, please visit: https://www.dhs.gov/cbphome.

**If you do not otherwise obtain a lawful basis to remain in the United States, you may be subject to enforcement actions, including but not limited to detention and removal, without an opportunity to make personal arrangements and return to your country in an orderly manner.**

**Change of Address:**

You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service (USPS) will not change your address with USCIS.

Because you have been placed in removal proceedings, you must also notify the Immigration Court within five days of any change of address by completing Form EOIR-33, Alien's Change of Address Form/Immigration Court, and submitting the Form EOIR-33 to the Immigration Court where your proceedings have been referred. Form EOIR 33 is available on the Department of Justice website at https://www.justice.gov/eoir/eoir-forms.

For a list of low-cost legal service providers, please visit the EOIR website at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers.

**Sincerely,**

**David Radel**
**Director**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

RECD CSC 17 JUL 13 15:55

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☐

## Part A.I. Information About You

4930

**1.** Alien Registration Number(s) (A-Number) *(if any)*: does not apply 216007 248

**2.** U.S. Social Security Number *(if any)*: no

| **3.** Complete Last Name | **4.** First Name | **5.** Middle Name |
|---|---|---|
| Troykalo | Vladimir | no |

**6.** What other names have you used *(include maiden name and aliases)?*
no

**7.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name | Apt. Number | | |
|---|---|---|---|
| 1212 N.West Moreland | 205 | | |
| **City** | **State** | **Zip Code** | **Telephone Number** |
| Los Angeles | CA | 90029 | ( 626 ) 7667848 |

**8.** Mailing Address in the U.S. *(if different than the address in Item Number 7)*

| In Care Of *(if applicable)*: | Telephone Number |
|---|---|
| | ( 626 ) 766 7848 |
| **Street Number and Name** | **Apt. Number** |
| 1212 N. West Moreland | 205 |

| City | State | Zip Code |
|---|---|---|
| Los ASngeles | CA | 90029 |

**9.** Gender: ☒ Male ☐ Female

**10.** Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed

| **11.** Date of Birth *(mm/dd/yyyy)* | **12.** City and Country of Birth | | |
|---|---|---|---|
| 10/01/1959 | Pology, Ukraine, USSR | | |
| **13.** Present Nationality *(Citizenship)* | **14.** Nationality at Birth | **15.** Race, Ethnic, or Tribal Group | **16.** Religion |
| Russian Federation | ukraine | europian | cristian |

**17.** *Check the box, a through c, that applies:* **a.** ☒ I have never been in Immigration Court proceedings.
**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**18.** *Complete 18 a through c.*

**a.** When did you last leave your country? *(mmm/dd/yyyy)* 08/31/2013 **b.** What is your current I-94 Number, if any? 01995242485

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 07/17/2016 | LAX-LOS ANGELES | tourist | 01/16/2017 |
| 12/10/2015 | EWR-NEWARK INERN. | tourist | |
| 10/26/2015 | JFK-JOHN F KENNED. | tourist | |

| **19.** What country issued your last passport or travel document? | **20.** Passport Number | **21.** Expiration Date *(mm/dd/yyyy)* |
|---|---|---|
| Russia | 530341375 | 03/07/2023 |
| | Travel Document Number: no | |

| **22.** What is your native language *(include dialect, if applicable)?* | **23.** Are you fluent in English? | **24.** What other languages do you speak fluently? |
|---|---|---|
| russian | ☒ Yes ☐ No | ukraine |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: ____ Asylum Officer ID#: ____ | Decision: Approval Date: ____ Denial Date: ____ Referral Date: ____ |
|---|---|---|---|

EOIR – 870df170

## Part A.II. Information About Your Spouse and Children

**Your spouse** ☐ I am not married. (Skip to **Your Children** below.)

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)*<br>does not apply | 2. Passport/ID Card Number *(if any)*<br>05137792 | 3. Date of Birth *(mm/dd/yyyy)*<br>06/06/1960 | 4. U.S. Social Security Number *(if any)*<br>no |
| 5. Complete Last Name<br>Magharef | 6. First Name<br>Samia | 7. Middle Name<br>no | 8. Maiden Name<br>no |
| 9. Date of Marriage *(mm/dd/yyyy)*<br>06/08/1988 | 10. Place of Marriage<br>Piatigorsk, Russia | 11. City and Country of Birth<br>Aden, Yemen | |
| 12. Nationality *(Citizenship)*<br>Yemen | 13. Race, Ethnic, or Tribal Group<br>arab | 14. Gender<br>☐ Male ☒ Female | |
| 15. Is this person in the U.S.?<br>☐ Yes *(Complete Blocks 16 to 24.)* ☒ No *(Specify location):* | | | |
| 16. Place of last entry into the U.S.<br>no | 17. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>no | 18. I-94 Number *(if any)*<br>no | 19. Status when last admitted *(Visa type, if any)*<br>no |
| 20. What is your spouse's current status?<br>no | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>no | 22. Is your spouse in Immigration Court proceedings?<br>☐ Yes ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)*<br>no |
| 24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*<br>☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*<br>☒ No | | | |

**Your Children.** List all of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., **Information about your background.**)*

☒ I have children. Total number of children: two.

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.*)

| | | | |
|---|---|---|---|
| 1. Alien Registration Number (A-Number) *(if any)*<br>does not apply | 2. Passport/ID Card Number *(if any)*<br>531031473 | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>married | 4. U.S. Social Security Number *(if any)*<br>no |
| 5. Complete Last Name<br>Troykalo | 6. First Name<br>Nadejda | 7. Middle Name<br>no | 8. Date of Birth *(mm/dd/yyyy)*<br>11/15/1988 |
| 9. City and Country of Birth<br>Piatigorsk,Russia | 10. Nationality *(Citizenship)*<br>Russian Federation | 11. Race, Ethnic, or Tribal Group<br>europian | 12. Gender<br>☐ Male ☒ Female |
| 13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☒ No *(Specify location):* | | | |
| 14. Place of last entry into the U.S.<br>no | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>no | 16. I-94 Number *(If any)*<br>no | 17. Status when last admitted *(Visa type, if any)*<br>no |
| 18. What is your child's current status?<br>no | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>no | 20. Is your child in Immigration Court proceedings?<br>☐ Yes ☒ No | |
| 21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*<br>☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*<br>☒ No | | | |

EOIR – 28 of 170

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| does not apply | 515825168 | married | no |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth** *(mm/dd/yyyy)* |
| Troykalo | Ekaterina | no | 11/15/1988 |
| **9. City and Country of Birth** | **10. Nationality** *(Citizenship)* | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| Piatigorsk, Russia | Russian Federation | europian | ☐ Male ☒ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☒ No *(Specify location):* ______

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| no | no | no | no |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| no | no | ☐ Yes ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | | | |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth** *(mm/dd/yyyy)* |
| | | | |
| **9. City and Country of Birth** | **10. Nationality** *(Citizenship)* | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| | | | ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* ______

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | | | |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth** *(mm/dd/yyyy)* |
| | | | |
| **9. City and Country of Birth** | **10. Nationality** *(Citizenship)* | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| | | | ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* ______

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

EOIR — 8906f140

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | Dates To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 30,Jalan Perindustr. | Ipoh | Perak 30100 | Malaysia | 12/2014 | 03/2016 |
| silibin | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | Dates To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 301,Al Gulaya bldg. | Sharjah | Sharjah | UAE | 10/1998 | 11/2014 |
| SH.Muhamed str. | | | | | |
| 30,Jalan Perindustrial | Ipoh | Perak 30100 | Malaysia | 12/2014 | 03/2016 |
| silibin | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | Attended To *(Mo/Yr)* |
|---|---|---|---|---|
| Moscow Lomonosov University | University, colege of | Leninskie Gori, Moscow, | 09/1977 | 06/1983 |
| | History | Russia | | |
| Hight school N 4 | Hight school | Pology,Ukraine, USSR | 09/1967 | 07/1977 |
| | | | | |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
*(**NOTE:** Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | Dates To *(Mo/Yr)* |
|---|---|---|---|
| Sankt Peterburg State University, Marata str. | doctor,professor,Dubai | 01/2004 | 01/2012 |
| Snkt. Peterburg, Russia | brunch manager | | |
| Marriland Internationak SHN BHD,Ipoh,Malaysia | members of board of direct. | 01/2012 | 02/2015 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Troykalo Maria | Pology, Ukraine,USSR | ☒ Deceased Ukraine |
| *Father* Troykalo Mikhail | Pology, Ukraine,USSR | ☒ Deceased Ukraine |
| *Sibling* Troykalo Liudmila | Pology, Ukraine,USSR | ☒ Deceased Russia |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

EOIR — 9006f170

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

- [ ] Race
- [x] Religion
- [x] Nationality
- [x] Political opinion
- [ ] Membership in a particular social group
- [ ] Torture Convention

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

- [ ] No
- [x] Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

When I was teaching in Russian university I told my students about the evils of Russian politics and the corruption of the Government and President Putin. A Russian official person threatened me and said that if I didn't stop they would throw me in prison.
I ignored the threats and they had me removed from my job. After this they opened a criminal case so that they could send me to prison

B. Do you fear harm or mistreatment if you return to your home country?

- [ ] No
- [x] Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

If am return to my home country they will put me in prison. Russians prisons are very bad.

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

[X] No [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[X] No [ ] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[X] No [ ] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

In Russia the law is corrupt. If people say anything negative about Government or president Pu tin, they are arrested and tortured.

EOIR — 32 of 40

## Part C. Additional Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☒ No ☐ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☒ No ☐ Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☒ No ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☐ No ☒ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

I am Christian and my wife is Muslim. By the laws of Islam a woman is not allowed to marry som
eone outside of her faith. I have had to tell my wife's family that I am Muslim because if the
y know the truth, they will kill my wife.

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☒ No ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☒ No ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

Staple y... re or the ph... nily memb... on the extra copy of the application submitted for that person.

***WARNING:*** **Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
| --- | --- |
| Troykalo Vladimir | Vladimir Troykalo |

Did your spouse, parent, or child(ren) assist you in completing this application? ☒ No ☐ Yes *(If "Yes," list the name and relationship.)*

_____________ *(Name)* _____________ *(Relationship)* _____________ *(Name)* _____________ *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application? ☒ No ☐ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? ☒ No ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[ (signature) ]

Sign your name so it all appears within the brackets

07/12/2017

Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
| --- | --- |
| | |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
| --- | --- |
| ( ) | |

| Apt. Number | City | State | Zip Code |
| --- | --- | --- | --- |
| | | | |

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

Signature of Applicant

Date *(mm/dd/yyyy)*

Write Your Name in Your Native Alphabet

Signature of Immigration Judge

## Supplement A, Form I-589

| A-Number *(If available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

### List All of Your Children, Regardless of Age or Marital Status
(**NOTE:** *Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| | | | |
|---|---|---|---|
| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)* |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* ________

| | | | |
|---|---|---|---|
| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)* |
| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

| | | | |
|---|---|---|---|
| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)* |
| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* ________

| | | | |
|---|---|---|---|
| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)* |
| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

EOIR — 36 of 40

## Supplement B, Form I-589

### Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

**Part** __________

**Question** __________

EOIR — 38 of 40

An official website of the United States government Here's how you know

PCIS Person Centric Identity Services

Report | Log

[redacted] > [redacted] > [redacted] > Identity Details

# Identity Details

8 CFR 208.6 PROTECTED INFORMATION DISCLOSURE AND USE RESTRICTIONS APPLY. View more info.



| Last Name | First Name | Middle Name |
|---|---|---|
| **TROYKALO** | **VLADIMIR** | **MIHAIL** |
| DOB | COB | COC |
| 10/01/1959 | Soviet Union | Russia |

Summary | Timeline | Details

A-Number
**A216007248** Primary

FIN
1181466479

SSN
--

UCN
23TR4PPAV

USCIS Online Account #
--

Passport #
--

Driver's License #
--

| Alias Last Name(s) | Alias First Name(s) | Alias Middle Name(s) | |
|---|---|---|---|
| TROYKALO | VLADIMIR | NMN | |
| Sex | Race | Ethnicity | Date of Death |
| M | W | -- | -- |
| Height | Weight | Hair Color | Eye Color |
| 5 feet 7 inches | 220 pounds | GRY | BRO |

## Immigration Status

| Immigration Status | Grant Date | COA/POL | COA Description |
|---|---|---|---|
| Temporary Presence Authorized | 07/17/2016 | AO | ASYLUM APPLICANT |
| Port of Entry | Date of Entry | Travel Document # | |
| LOS | 07/17/2016 | -- | |
| EOIR Record? | Denaturalization Status | | |
| Yes Check status in EOIR | -- | | |

## Citizenship/Naturalization Certificate

No Citizenship/Naturalization Certificates available for this identity.

## Benefits History

PCIS is in the process of integrating additional role types (e.g. Petitioner, Sponsor). Data from different systems will be incorporated in phases. Learn which data is currently included.

### As Beneficiary

| Filing Date | Form | Receipt/Case ID | Status | Status Date | COA/POL | Valid Dates | Source | Other Parties in Form |
|---|---|---|---|---|---|---|---|---|
| 03/08/2018 | I-765 | SRC1890313118 | Approved | 10/25/2018 | C08 | 10/25/2018 - 10/24/2020 | [redacted] | -- |
| 07/13/2017 | I-589 | ZLA1700138980 | Complete | 07/24/2026 | -- | -- | [redacted] | -- |

## Relationships

Includes familial relationships determined by source system records matched to this identity

| Name | Relationship | Application | Filing Date | Receipt/Case ID | Source System |
|---|---|---|---|---|---|
| MARIA TROYKALO | Mother | I-765 | 03/08/2018 | SRC1890313118 | [redacted] |
| MIHAIL TROYKALO | Father | I-765 | 03/08/2018 | SRC1890313118 | |

## Contact Information

DAYTIME Phone
310-866-0595

## Current Addresses

### Mailing

| Filing Date | Form | Receipt/Case ID | In Care of | Address | Submitted As | Source |
|---|---|---|---|---|---|---|
| 03/08/2018 | I-765 | SRC1890313118 | -- | 1637 VINE ST APT 702<br>LOS ANGELES, CA 90028<br>-- | Beneficiary | [redacted] |

### Physical

| Filing Date | Form | Receipt/Case ID | In Care of | Address | Submitted As | Source |
|---|---|---|---|---|---|---|
| 07/13/2017 | I-589 | ZLA1700138980 | -- | 1212 N WEST MORELAND<br>Apt/Unit: 205<br>LOS ANGELES, CA 90029<br>-- | Beneficiary | [redacted] |

Return to top

# TAB D

Uploaded on: 08/10/2026 at 01:43:36 PM (Pacific Daylight Time) Base City: ADL


Regina Jacobson
Attorney at Law
155 Montgomery St, Ste 1405
San Francisco, CA 94104
415) 765-0443
CABN 233127

Attorney for the Respondent

**US DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OFFICE OF THE IMMIGRATION JUDGE**
**ADELANTO, CALIFORNIA**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| **TROYKALO, Vladimir M.** | ) | **A 216-007-248** **DETAINED** |
| Respondent | ) | |
| In Removal Proceedings | ) | |

**EVIDENCE OF THE SPONSOR`S**

**FINANCIAL STABILITY**

**CUSTODY HEARING: 08/12/2026**

**IJ: BRYAN E. DEPOWELL**

To the Honorable Bryan E. Depowell:

The undersigned counsel hereby files with the Court evidence of the sponsor`s financial stability in support of the respondent`s Bond Request filed on July 29, 2026.

- **Tab A:** Sponsor`s Declaration under Penalty of Perjury; **pp.3-5**
- **Tab B:** Sponsor`s U.S. passport biographical page; **pp. 6**
- **Tab C:** Sponsor`s California driver`s license; **pp. 7**
- **Tab D:** Sponsor`s CHASE Bank statements from May through July 2026; **pp. 8-21**
- **Tab E:** Sponsor`s pay stubs from IHSS from April 1, 2026, through June 30, 2026; **pp. 22-31**
- **Tab F:** Sponsor`s 2025 Federal Tax Return along with W2; **pp.32-53**
- **Tab G:** Sponsor`s 2025 Corporate Federal Tax Return; **pp. 54-66**
- **Tab H:** Sponsor`s Residential Lease Agreement with Addendum to the current lease; **pp. 67-69**
- **Tab I:** Sponsor`s July 2026 gas utility bill issued by SoCalGas Company. **Pp. 70-71**

08/10/2026

Respectfully submitted,

Regina Jacobson
Attorney for Respondent

# TAB A

## DECLARATION UNDER PENALTY OF PERJURY

I, Anahit Petrosyan, declare under penalty of perjury that the following information is true and correct to the best of my knowledge.

1. I am making this declaration in support of the request to grant immigration bond to my close friend, so he may be released from custody while he pursues his asylum case. My friend's name is Vladimir Troykalo; his alien number is 216-007-248; his country of birth is USSR and his country of nationality is Russia. He is currently detained at the Adelanto ICE Processing Center.

2. I am a naturalized U.S. citizen. A copy of my U.S. passport is attached to this declaration. I was born in Armenia in 1980. I have known Vladimir since I came to the United States in 2018, when he resided at the elderly care facility where my sister worked as a case manager, 1011 11th street Santa Monica CA 90403 Upward Bound Senior Villa. I met him through my sister Lilit. Because I came often to spend time with the residents there, we came to know each other well, and over the years we have built a close and lasting friendship. He has been a guest in my home numerous times. We attended social and entertainment events together through the years.

3. Vladimir is a highly educated and interesting person, and we share many of the same interests, which is why we became close friends and have remained so for nearly ten years. He has remained a dear friend to me and my family. I know him to be an honest, kind, and law-abiding person. I have talked to him often since he was detained and I realize that he is going through difficult times. I want to help him as much as possible because as a close friend I care for him.

4. I reside at 842 N. Screenland Drive, Apt. A, Burbank, CA 91505. My phone number is 818232-0023. I have lived at this address since July 1, 2025. I rent this home under a written Residential Lease Agreement with AFP Enterprises, on a month-to-month tenancy, at a total monthly rent of $2,554.44, which I pay on time each month. A copy of my lease, my landlord's rent notice, my most recent Southern California Gas Company utility bill in my name, and official confirmation from the California DMV of my current address are attached to this declaration.

5. My driver's license card still shows my former Glendale address; I updated my address with the DMV, and the attached DMV record confirmation reflects my current Screenland Drive address. I live at this address with my minor daughter, Milena, who is 10 years old and whom I claim as my dependent on my federal income tax return. If released from custody, Vladimir will reside at his old address. However, I commit to promptly notifying his attorney of any future change of address so the required form can be filed with the Court within five days.

5. I assure you that if Vladimir were released on bond, he will not abscond. He is a responsible person. He has resided in the United States for nearly ten years. He filed his affirmative asylum application with the USCIS in 2017 and appeared for his biometrics appointment as scheduled. His application has remained pending for approximately nine years through no fault of his own. He wants nothing more than to resolve his immigration matters lawfully, and his life is here in the United States.

6. If Vladimir were allowed to post bond and released from custody, I personally would drive him, or arrange transportation for him, to all his

mail and notices concerning his case and stays in constant contact with his attorney.

7. I am employed full time as an in-home care provider through the In-Home Supportive Services (IHSS) program, at an hourly rate of $19.64. In 2025, my combined wages from this work totaled $73,689.62, as shown on my W-2 wage statements. Of that amount, $21,302.21 consisted of Medicaid waiver payments that federal law excludes from taxable income, which is why my 2025 federal income tax return, filed as head of household, reports wages of $52,387. My 2026 IHSS earnings statements, also attached, show my continuing full-time work for my care recipients.

8. In addition, I am the sole shareholder and Chief Executive Officer of OPES Corp Inc., a California S corporation providing real estate services, which I founded in 2022 and operate from my home address. As shown on the corporation's 2025 federal income tax return (Form 1120-S) and my Schedule K-1, the business had gross receipts of $105,221 in 2025, and its ordinary business income of $34,810 passed through to me as its sole shareholder. My income sufficiently allows me to provide the necessary support for Vladimir through these challenging times.

Date: 07.26.2026

Anahit Petrosyan

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles )

On 07.26.2026 before me, Lilit Petrosyan - public notary
(insert name and title of the officer)

personally appeared Anahit Petrosyan,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (Seal)

LILIT PETROSYAN
Notary Public - California
Los Angeles County
Commission # 2539576
My Comm. Expires Nov 22, 2029

# TAB B


SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
THE UNITED STATES OF AMERICA
USA
P
USA
A39977764
PETROSYAN
ANAHIT
UNITED STATES OF AMERICA
03 JUN 1980
F
ARMENIA
13 FEB 2024
12 FEB 2034
UNITED STATES DEPARTMENT OF STATE
P<USAPETROSYAN<<ANAHIT<<<<<<<<<<<<<<<<<<<<<<
A399777640USA8006031F3402122623194397<316778

# TAB C


California
DRIVER LICENSE
DL Y5759205
CLASS C
EXP 06/03/2028
END NONE
LN PETROSYAN
FN ANAHIT
1001 ORANGE GROVE AVE APT 7
GLENDALE, CA 91205
DOB 06/03/1980
RSTR NONE
06031980
SEX F
HAIR BLN
EYES BRN
HGT 5'-04"
WGT 100 lb
ISS 03/21/2023
DD 10/05/2018515RB/BBFD/26

# TAB D

CHASE for BUSINESS®

Printed from Chase for Business

Overview / Account: BUS COMPLETE CHK (...7668)

BUS COMPLETE CHK (...7668)
OPES CORP INC

# $8,414.42

Available balance

| $8,414.42 | $0.00 | $8,414.42 |
|---|---|---|
| Present balance | Available credit | Available plus credit |

Uncollected funds

## Transactions

Showing All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Pending | ZELLE PAYMENT FROM JENNIFER AMADOR 30069098722 | Zelle credit | $1,700.00 | — |
| | ORIG CO NAME:SoCalGas CO ENTRY DESCR:PAID SCGC SEC:WEB IND ID:0419497001 ORIG ID:6951240705 | ACH debit | −$41.42 | — |

| Date | Description | Type | Amount | Balance |
| --- | --- | --- | --- | --- |
| | ONLINE TRANSFER TO CHK ...9361 TRANSACTION#: 30055424872 07/20 | Account transfer | −$50.00 | — |
| Jul 17, 2026 | Zelle payment from ANAHIT ANTONYAN WFCT22FC35T6 | Zelle credit | $50.00 | $6,805.84 |
| Jul 16, 2026 | TACO BELL 22010 BURBANK CA 07/15 (...2168) | Card | −$16.07 | $6,755.84 |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | $1,652.80 | $6,771.91 |
| Jul 15, 2026 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $5,000.00 | $5,119.11 |
| Jul 14, 2026 | ORIG CO NAME:NEWREZ-SHELLPOIN ORIG ID:6371542226 DESC DATE:260712 CO ENTRY DESCR:WEB PMTS SEC:WEB TRACE#:028000088730501 EED:260714 IND ID:0675599351 IND NAME:PETROSYAN ARSEN 20260714018539 TRN: 1958730501TC | ACH debit | −$3,098.05 | $119.11 |
| Jul 13, 2026 | Online Transfer from CHK ...7207 transaction#: 29990862812 | Account transfer | $150.00 | $3,217.16 |
| | Zelle payment from ANAHIT PETROSYAN BACku5w6naor | Zelle credit | $3,000.00 | $3,067.16 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Jul 10, 2026 | ORIG CO NAME:Porsche Financia ORIG ID:4396781003 DESC DATE:260710 CO ENTRY DESCR:PAYMENTS SEC:PPD TRACE#:021000028756301 EED:260710 IND ID: IND NAME:PETROSYAN, ANAHIT TRN: 1918756301TC | ACH debit | -$884.43 | $67.16 |
| Jul 9, 2026 | ORIG CO NAME:CMG MORTGAGE ORIG ID:9DFT4 DESC DATE:070726 CO ENTRY DESCR:1 TIME DFTSEC:WEB TRACE#:231271366819322 EED:260709 IND ID:0180974370 IND NAME:ANAHIT PETROSYAN 000000000000000000 TRN: 1906819322TC | ACH debit | -$4,200.78 | $951.59 |
| | Online Transfer from CHK ...3370 transaction#: 29940594932 | Account transfer | $400.00 | $5,152.37 |
| | Zelle payment from ANAHIT PETROSYAN BACIld649jwn | Zelle credit | $400.00 | $4,752.37 |
| Jul 8, 2026 | Online Transfer to CHK ...9361 transaction#: 29935620986 07/08 | Account transfer | -$99.00 | $4,352.37 |
| | ORIG CO NAME:SMALL BUSINESS ORIG ID:1131414876 DESC | ACH debit | -$312.68 | $4,451.37 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | DATE:260708 CO ENTRY DESCR:ICPAYMENT SEC:PPD TRACE#:021000026769686 EED:260708 IND ID: IND NAME:OPES CORP 00000002558 TRN: 1896769686TC | | | |
| | ORIG CO NAME:FOXSTONE HOMEOWN ORIG ID:1202646368 DESC DATE:260707 CO ENTRY DESCR:DUES SEC:PPD TRACE#:122238207481378 EED:260708 IND ID: IND NAME:PETROSYAN, ANAHIT TRN: 1897481378TC | ACH debit | −$140.00 | $4,764.05 |
| | Zelle payment from BREEZE BACoyavirj6c | Zelle credit | $99.00 | $4,904.05 |
| Jul 7, 2026 | INDIO WATER AUTHORITY 760-391-4038 CA 07/06 (...2168) | Card | −$175.92 | $4,805.05 |
| Jul 6, 2026 | Online Transfer to CHK ...9361 transaction#: 29910129948 07/06 | Account transfer | −$305.00 | $4,980.97 |
| | ORIG CO NAME:SoFi Bank PL ORIG ID:3452499527 DESC DATE:260706 CO ENTRY DESCR:PL PYMT SEC:WEB TRACE#:021000028840557 EED:260706 IND ID:T87029006 IND NAME:Anahit Petrosyan PL | ACH debit | −$1,321.77 | $5,285.97 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| | MONTHLY BATCH TRN: 1878840557TC | | | |
| | Online Transfer to CHK ...9361 transaction#: 29896802505 07/06 | Account transfer | **-$100.00** | $6,607.74 |
| | WAIVERELECTRONIC.COM WAIVERELECTRO WA 07/05 (...2168) | Card | **-$14.99** | $6,707.74 |
| | UNIQUE LIQUOR AND MARKE GLENDALE CA 07/02 (...2168) | Card | **-$60.44** | $6,722.73 |
| | DVIN MEAT MARKET GLENDALE CA 07/02 (...2168) | Card | **-$125.67** | $6,783.17 |
| | Zelle payment from ANAHIT ANTONYAN WFCT12D2WR8Q | Zelle credit | **$100.00** | $6,908.84 |
| | Zelle payment from KNARIK GYULUMYAN BACqwr36f3ep | Zelle credit | **$305.00** | $6,808.84 |
| | Zelle payment from AGHAVNI HOVHANNISYAN BACh0oeghke2 | Zelle credit | **$883.65** | $6,503.84 |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | **$696.60** | $5,620.19 |
| Jul 3, 2026 | Online Transfer to CHK ...9361 transaction#: 29873911623 07/03 | Account transfer | **-$10.00** | $4,923.59 |
| | Zelle payment from AGHAVNI HOVHANNISYAN BACi1gvcyyxz | Zelle credit | $500.00 | $4,933.59 |

| Date | Description | Type | Amount | Balance |
| --- | --- | --- | --- | --- |
| Jul 2, 2026 | ORIG CO NAME:PAYPAL ORIG ID:PAYPALSD11 DESC DATE:260701 CO ENTRY DESCR:TRANSFER SEC:PPD TRACE#:091000014651939 EED:260702 IND ID: IND NAME:ANAHIT PETROSYAN TRN: 1834651939TC | Other | **$80.00** | $4,433.59 |

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244-4959

May 30, 2026 through June 30, 2026
Account Number: 000000859077668

CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00522513 DRE 703 219 18226 NNNNNNNNNNN 1 000000000 64 0000
OPES CORP INC
1001 ORANGE GROVE AVE APT 7
GLENDALE CA 91205-1265

05225130201000000022

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$19.60** |
| Deposits and Additions | 25 | 58,163.40 |
| ATM & Debit Card Withdrawals | 3 | -1,514.99 |
| Electronic Withdrawals | 31 | -50,130.42 |
| Other Withdrawals | 1 | -5,000.00 |
| Fees | 1 | -15.00 |
| **Ending Balance** | 61 | **$1,522.59** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking(SM) account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:

- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $268.59.
- $2,000 Chase Payment Solutions(SM) Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:

- Maintain a linked Chase Private Client Checking(SM) account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Remote Online Deposit 1 | $3,800.00 |
| 06/01 | Zelle Payment From Arsen Petrosyan Baczmomzb2Yg | 1,350.00 |
| 06/01 | Zelle Payment From Lilit Petrosyan 29451583166 | 700.00 |
| 06/01 | Zelle Payment From Anush Saroyan Baca9J6Fbovo | 35.00 |
| 06/02 | Remote Online Deposit 1 | 1,000.00 |
| 06/02 | Zelle Payment From Arsen Petrosyan Bact6Onv7Kr4 | 150.00 |
| 06/03 | Zelle Payment From Ani Melikjanyan Baci42Mjiuzg | 100.00 |
| 06/05 | Remote Online Deposit 1 | 11,124.90 |

CHASE

May 30, 2026 through June 30, 2026
Account Number: 000000859077668

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | Zelle Payment From Laeride, Inc 29546730815 | 100.00 |
| 06/09 | Remote Online Deposit 1 | 14,010.00 |
| 06/15 | Remote Online Deposit 1 | 8,782.50 |
| 06/15 | Online Transfer From Chk ...9361 Transaction#: 29628779590 | 4,400.00 |
| 06/16 | Remote Online Deposit 1 | 250.00 |
| 06/22 | Remote Online Deposit 1 | 300.00 |
| 06/22 | Remote Online Deposit 1 | 275.00 |
| 06/22 | Remote Online Deposit 1 | 250.00 |
| 06/22 | Zelle Payment From Jennifer Amador 29715157213 | 1,700.00 |
| 06/22 | Online Transfer From Chk ...3370 Transaction#: 29696062560 | 1,600.00 |
| 06/23 | Zelle Payment From Arsen Petrosyan Bacy56Sauwyv | 1,000.00 |
| 06/24 | Remote Online Deposit 1 | 5,000.00 |
| 06/29 | Zelle Payment From Arsen Petrosyan Bacxvbsjix1T | 500.00 |
| 06/29 | Zelle Payment From Alenoosh Gharakhanian Wfct12C3Vv9M | 267.00 |
| 06/30 | Zelle Payment From Arsen Petrosyan Bacwlo5Dvpl5 | 1,350.00 |
| 06/30 | Zelle Payment From Arbi Tamrazian Wfct12Cfjrqc | 100.00 |
| 06/30 | Zelle Payment From Robert Nunn Baclycyrfae0 | 19.00 |
| **Total Deposits and Additions** | | **$58,163.40** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | ATM Withdrawal 06/02 620 N Brand Blvd Glendale CA Card 2168 | $1,000.00 |
| 06/08 | Recurring Card Purchase 06/05 Waiverelectronic.Com Waiverelectro WA Card 2168 | 14.99 |
| 06/15 | ATM Withdrawal 06/12 3521 W Magnolia Blvd Burbank CA Card 2168 | 500.00 |
| **Total ATM & Debit Card Withdrawals** | | **$1,514.99** |

## ATM & DEBIT CARD SUMMARY

| | |
|---|---|
| Anahit Petrosyan Card 2168 | |
| Total ATM Withdrawals & Debits | $1,500.00 |
| Total Card Purchases | $14.99 |
| Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | |
| Total ATM Withdrawals & Debits | $1,500.00 |
| Total Card Purchases | $14.99 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | 06/01 Online Transfer To Chk ...9361 Transaction#: 29455429996 | $1,400.00 |
| 06/08 | Zelle Payment To Ani-Artak Jpm99Cjtm6Gi | 850.00 |
| 06/08 | Orig CO Name:Foxstone Homeown Orig ID:1202646368 Desc Date:260605 CO Entry Descr:Dues Sec:PPD Trace#:122238203333620 Eed:260608 Ind ID: Ind Name:Petrosyan, Anahit Trn: 1593333620Tc | 140.00 |
| 06/08 | Orig CO Name:Sofi Bank Pl Orig ID:3452499527 Desc Date:260606 CO Entry Descr:Pl Pymt Sec:Web Trace#:021000021790066 Eed:260608 Ind ID:T84610129 Ind Name:Anahit Petrosyan Pl Monthly Batch Trn: 1591790066Tc | 1,321.77 |

CHASE

May 30, 2026 through June 30, 2026
Account Number: 000000859077668

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | Orig CO Name:Small Business Orig ID:1131414876 Desc Date:260608 CO Entry Descr:Icpayment Sec:PPD Trace#:021000022069859 Eed:260608 Ind ID: Ind Name:Opes Corp 00000002558 Trn: 1592069859Tc | 323.10 |
| 06/10 | Orig CO Name:Porsche Financia Orig ID:4396781003 Desc Date:260610 CO Entry Descr:Payments Sec:PPD Trace#:021000024743207 Eed:260610 Ind ID: Ind Name:Petrosyan, Anahit Trn: 1614743207Tc | 884.43 |
| 06/11 | Orig CO Name:Applecard Gsbank Orig ID:9999999999 Desc Date:061026 CO Entry Descr:Payment Sec:Web Trace#:124085081319174 Eed:260611 Ind ID:119291512 Ind Name:Anahit Petrosyan Trn: 1621319174Tc | 698.09 |
| 06/12 | Zelle Payment To Lilit Jpm99Ckklnoy | 5,000.00 |
| 06/15 | 06/15 Online Transfer To Chk ...7207 Transaction#: 29628796099 | 115.00 |
| 06/15 | Zelle Payment To Arsen 2 Jpm99Ckxndzs | 5,000.00 |
| 06/16 | Orig CO Name:Cmg Mortgage Orig ID:9Dft4 Desc Date:061226 CO Entry Descr:1 Time Dftsec:Web Trace#:231271363024487 Eed:260616 Ind ID:0180974370 Ind Name:Anahit Petrosyan 000000000000000000 Trn: 1673024487Tc | 4,200.78 |
| 06/16 | Zelle Payment To Arsen 2 Jpm99Cl2W9Ab | 5,000.00 |
| 06/16 | 06/16 Payment To Chase Card Ending IN 0474 | 3,000.00 |
| 06/16 | Zelle Payment To Arsen 2 Jpm99Cl2Wayb | 5,000.00 |
| 06/16 | Zelle Payment To Arsen 2 Jpm99Cl2Wuzk | 5,000.00 |
| 06/16 | Orig CO Name:Newrez-Shellpoin Orig ID:6371542226 Desc Date:260614 CO Entry Descr:Web Pmts Sec:Web Trace#:028000083064564 Eed:260616 Ind ID:0675599351 Ind Name:Petrosyan Arsen 20260616018101 Trn: 1673064564Tc | 3,068.51 |
| 06/18 | Orig CO Name:Franchise Tax Bo Orig ID:1282532045 Desc Date:260618 CO Entry Descr:Payments Sec:CCD Trace#:042000016695085 Eed:260618 Ind ID:131947576 Pm Ind Name:Opes Cor Trn: 1696695085Tc | 800.00 |
| 06/18 | Orig CO Name:Central Loan Adm Orig ID:9Dft4 Desc Date:061626 CO Entry Descr:1 Time Dftsec:Web Trace#:231271367585845 Eed:260618 Ind ID:0167323674 Ind Name:Arsen Petrosyan 000000000000000000 Trn: 1697585845Tc | 706.16 |
| 06/18 | Orig CO Name:Benchmark Tax So Orig ID:1262437777 Desc Date:061626 CO Entry Descr:7472009018Sec:PPD Trace#:091000016685232 Eed:260618 Ind ID: Ind Name:Ops Corp Trn: 1696685232Tc | 300.00 |
| 06/22 | Zelle Payment To Artak Aleksanyan 29706483505 | 500.00 |
| 06/22 | Zelle Payment To Cesar 29707012629 | 60.00 |
| 06/22 | 06/22 Online Transfer To Chk ...9361 Transaction#: 29715243353 | 1,700.00 |
| 06/22 | Zelle Payment To Arsen 2 Jpm99Cm2V6Qg | 1,000.00 |
| 06/23 | Zelle Payment To Jose Pool Jpm99Cmbbk0Y | 160.00 |
| 06/26 | 06/26 Online Payment 29696118559 To Afp Enterprises | 2,554.44 |
| 06/29 | Orig CO Name:Wawanesa Insuran Orig ID:9760958000 Desc Date:260626 CO Entry Descr:Debitpmt Sec:Web Trace#:021000028923743 Eed:260629 Ind ID:#626144040 Ind Name:Wawanesa Trn: 1808923743Tc | 181.14 |
| 06/29 | 06/27 Online Transfer To Chk ...9361 Transaction#: 29785364765 | 267.00 |
| 06/29 | 06/27 Online Transfer To Chk ...7207 Transaction#: 29785463629 | 500.00 |
| 06/29 | Zelle Payment To Lilit Jpm99Cnb95Wu | 200.00 |
| 06/30 | 06/30 Online Transfer To Chk ...9361 Transaction#: 29822483343 | 100.00 |
| 06/30 | Orig CO Name:Spectrum Orig ID:0000358635 Desc Date:260630 CO Entry Descr:Spectrum Sec:Web Trace#:021000023215880 Eed:260630 Ind ID:2921527 Ind Name:Anahit Petrosyan 855-707-7328 Trn: 1813215880Tc | 100.00 |
| | Total Electronic Withdrawals | $50,130.42 |

CHASE

May 30, 2026 through June 30, 2026
Account Number: 000000859077668

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | 06/25 Withdrawal | $5,000.00 |
| **Total Other Withdrawals** | | **$5,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | $5,904.60 | 06/11 | 25,757.12 | 06/23 | 3,204.17 |
| 06/02 | 4,654.60 | 06/12 | 20,757.12 | 06/24 | 8,204.17 |
| 06/03 | 4,754.60 | 06/15 | 28,324.62 | 06/25 | 3,204.17 |
| 06/05 | 15,879.50 | 06/16 | 3,305.33 | 06/26 | 649.73 |
| 06/08 | 13,329.64 | 06/18 | 1,499.17 | 06/29 | 268.59 |
| 06/09 | 27,339.64 | 06/22 | 2,364.17 | 06/30 | 1,522.59 |
| 06/10 | 26,455.21 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 01, 2026 through May 29, 2026
Account Number: 000000859077668

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00525619 DRE 703 219 15026 NNNNNNNNNNN 1 000000000 64 0000
OPES CORP INC
1001 ORANGE GROVE AVE APT 7
GLENDALE CA 91205-1265

05256190201000000022

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,447.70** |
| Deposits and Additions | 30 | 25,949.50 |
| ATM & Debit Card Withdrawals | 5 | -2,364.99 |
| Electronic Withdrawals | 28 | -25,997.61 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **64** | **$19.60** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $4.58.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Remote Online Deposit 1 | $4,000.00 |
| 05/01 | Zelle Payment From Arsen Petrosyan Bacsjeipf9Dy | 3,000.00 |
| 05/01 | Zelle Payment From Lilit Petrosyan 29047127099 | 100.00 |
| 05/04 | Zelle Payment From Armen Airapetian Wfct124Wglxc | 400.00 |
| 05/04 | Zelle Payment From Jaime Mora Bacp4Kkcunfj | 100.00 |
| 05/05 | Zelle Payment From Anahit Petrosyan Wfct124Zlvd9 | 150.00 |
| 05/06 | Zelle Payment From Arsen Petrosyan Bacv4S4ND5Qf | 1,400.00 |
| 05/06 | Zelle Payment From Anahit Petrosyan Wfct1253Bfkv | 300.00 |
| 05/06 | Zelle Payment From Anahit Petrosyan Wfct1252V7Fg | 100.00 |

CHASE

May 01, 2026 through May 29, 2026
Account Number: 000000859077668

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | Online Transfer From Chk ...7207 Transaction#: 29110835282 | 35.00 |
| 05/07 | Remote Online Deposit 1 | 1,000.00 |
| 05/08 | Zelle Payment From Arsen Petrosyan Bacvego9Aoru | 2,600.00 |
| 05/11 | Remote Online Deposit 1 | 4,100.00 |
| 05/11 | Zelle Payment From Lilit Petrosyan 29156548006 | 530.00 |
| 05/11 | Zelle Payment From Anna Leicht 29168957441 | 55.00 |
| 05/12 | Cash Redemption | 408.10 |
| 05/12 | Zelle Payment From Meri Amiryan Bacti3R5Woqw | 100.00 |
| 05/14 | Zelle Payment From Arsen Petrosyan Bacxwzc35A53 | 1,000.00 |
| 05/15 | Remote Online Deposit 1 | 1,763.40 |
| 05/20 | Zelle Payment From Jennifer Amador 29291172382 | 1,700.00 |
| 05/22 | Zelle Payment From Tamar Tajian Bacw1Bwpx7Rm | 450.00 |
| 05/26 | Zelle Payment From Anahit Petrosyan Back8Lnx6Ml1 | 1,000.00 |
| 05/26 | Zelle Payment From Anahit Petrosyan Bacnfwg45Fn9 | 500.00 |
| 05/26 | Online Transfer From Chk ...7207 Transaction#: 29368476147 | 150.00 |
| 05/26 | Online Transfer From Chk ...7207 Transaction#: 29368504128 | 100.00 |
| 05/26 | Online Transfer From Chk ...7207 Transaction#: 29357343018 | 40.00 |
| 05/26 | Online Transfer From Chk ...3370 Transaction#: 29357325603 | 10.00 |
| 05/27 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260526 CO Entry Descr:Transfer Sec:PPD Trace#:091000013433737 Eed:260527 Ind ID: Ind Name:Anahit Petrosyan Trn: 1473433737Tc | 140.00 |
| 05/28 | Zelle Payment From Lusine Gharabekyan Bacb6l397Ckb | 18.00 |
| 05/29 | Zelle Payment From Arsen Petrosyan Bacxp97Axg5Y | 700.00 |
| **Total Deposits and Additions** | | **$25,949.50** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | Recurring Card Purchase 05/05 Waiverelectronic.Com Waiverelectro WA Card 2168 | $14.99 |
| 05/08 | ATM Withdrawal 05/08 1635 W Glenoaks Blvd Glendale CA Card 2168 | 1,000.00 |
| 05/15 | ATM Withdrawal 05/15 224 W Colorado St Glendale CA Card 2168 | 1,000.00 |
| 05/18 | ATM Withdrawal 05/18 224 W Colorado St Glendale CA Card 2168 | 250.00 |
| 05/18 | ATM Withdrawal 05/18 224 W Colorado St Glendale CA Card 2168 | 100.00 |
| **Total ATM & Debit Card Withdrawals** | | **$2,364.99** |

## ATM & DEBIT CARD SUMMARY

Anahit Petrosyan Card 2168

| | |
|---|---|
| Total ATM Withdrawals & Debits | $2,350.00 |
| Total Card Purchases | $14.99 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $2,350.00 |
| Total Card Purchases | $14.99 |
| Total Card Deposits & Credits | $0.00 |

CHASE

May 01, 2026 through May 29, 2026
Account Number: 000000859077668

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Zelle Payment To Arsen 2 Jpm99Cfa2X3S | $2,300.00 |
| 05/01 | 05/01 Online Transfer To Chk ...9361 Transaction#: 29053550142 | 3,000.00 |
| 05/04 | 05/04 Online Transfer To Chk ...9361 Transaction#: 29093195445 | 500.00 |
| 05/05 | Zelle Payment To Jose Pool Jpm99Cfwszxq | 160.00 |
| 05/06 | Orig CO Name:Cmg Mortgage Orig ID:9Dft4 Desc Date:050426 CO Entry Descr:1 Time Dftsec:Web Trace#:231271369075697 Eed:260506 Ind ID:0180974370 Ind Name:Anahit Petrosyan 000000000000000000 Trn: 1269075697Tc | 4,200.78 |
| 05/06 | Orig CO Name:Foxstone Homeown Orig ID:1202646368 Desc Date:260505 CO Entry Descr:Dues Sec:PPD Trace#:122238208603474 Eed:260506 Ind ID: Ind Name:Petrosyan, Anahit Trn: 1268603474Tc | 140.00 |
| 05/06 | Orig CO Name:Sofi Bank Pl Orig ID:3452499527 Desc Date:260506 CO Entry Descr:Pl Pymt Sec:Web Trace#:021000028719871 Eed:260506 Ind ID:T82263082 Ind Name:Anahit Petrosyan Pl Monthly Batch Trn: 1268719871Tc | 1,321.77 |
| 05/08 | Orig CO Name:Small Business Orig ID:1131414876 Desc Date:260508 CO Entry Descr:Icpayment Sec:PPD Trace#:021000024765162 Eed:260508 Ind ID: Ind Name:Opes Corp 00000002558 Trn: 1284765162Tc | 312.68 |
| 05/08 | Zelle Payment To William Jpm99Cgaq99J | 205.00 |
| 05/08 | Zelle Payment To Serline 29147151721 | 400.00 |
| 05/11 | Orig CO Name:Porsche Financia Orig ID:4396781003 Desc Date:260511 CO Entry Descr:Payments Sec:PPD Trace#:021000023604722 Eed:260511 Ind ID: Ind Name:Petrosyan, Anahit Trn: 1313604722Tc | 884.43 |
| 05/11 | Zelle Payment To Lilit Jpm99Cgejsrw | 530.00 |
| 05/11 | Zelle Payment To Arsen 2 Jpm99Cgmtpz8 | 1,000.00 |
| 05/12 | Zelle Payment To Artak Aleksanyan Jpm99Cgph6X8 | 50.00 |
| 05/12 | Zelle Payment To Meri Amiryan Jpm99Cgs5J1J | 250.00 |
| 05/13 | Orig CO Name:Newrez-Shellpoin Orig ID:6371542226 Desc Date:260511 CO Entry Descr:Web Pmts Sec:Web Trace#:028000083448305 Eed:260513 Ind ID:0675599351 Ind Name:Petrosyan Arsen 20260513017584 Trn: 1333448305Tc | 3,068.51 |
| 05/13 | Zelle Payment To Global Expert Shipping Inc. Jpm99Cgwiml1 | 58.00 |
| 05/14 | 05/14 Payment To Chase Card Ending IN 1701 | 400.00 |
| 05/18 | Zelle Payment To Sauceda Glass Factory, Inc. Jpm99Charq6O | 750.00 |
| 05/18 | Orig CO Name:Applecard Gsbank Orig ID:9999999999 Desc Date:051526 CO Entry Descr:Payment Sec:Web Trace#:124085083539477 Eed:260518 Ind ID:119291512 Ind Name:Anahit Petrosyan Trn: 1383539477Tc | 590.98 |
| 05/18 | Zelle Payment To Meri Amiryan Jpm99Chi9Y66 | 100.00 |
| 05/20 | 05/20 Online Transfer To Chk ...9361 Transaction#: 29292565378 | 1,700.00 |
| 05/22 | 05/22 Online Transfer To Chk ...9361 Transaction#: 29327489382 | 450.00 |
| 05/26 | Orig CO Name:Spectrum Orig ID:0000358635 Desc Date:260526 CO Entry Descr:Spectrum Sec:Web Trace#:021000024600276 Eed:260526 Ind ID:0645722 Ind Name:Anahit Petrosyan 855-707-7328 Trn: 1464600276Tc | 101.25 |
| 05/27 | 05/26 Online Payment 29368493255 To Afp Enterprises | 2,554.44 |
| 05/27 | Zelle Payment To Lilit Jpm99Cihi1Em | 100.00 |
| 05/27 | Orig CO Name:Wawanesa Insuran Orig ID:9760958000 Desc Date:260526 CO Entry Descr:Debitpmt Sec:Web Trace#:021000024726256 Eed:260527 Ind ID:#612272253 Ind Name:Wawanesa Trn: 1474726256Tc | 181.79 |
| 05/29 | Orig CO Name:Central Loan Adm Orig ID:9Dft4 Desc Date 052726 CO Entry Descr:1 Time Dftsec:Web Trace#:231271367246725 Eed:260529 Ind ID:0167323674 Ind Name:Arsen Petrosyan 000000000000000000 Trn: 1497246725Tc | 687.98 |
| | Total Electronic Withdrawals | $25,997.61 |

15256190202000000062

CHASE

May 01, 2026 through May 29, 2026
Account Number: 000000859077668

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/29 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 05/01 | $4,247.70 | 05/11 | 4,348.05 | 05/20 | 1,002.06 |
| 05/04 | 4,247.70 | 05/12 | 4,556.15 | 05/22 | 1,002.06 |
| 05/05 | 4,237.70 | 05/13 | 1,429.64 | 05/26 | 2,700.81 |
| 05/06 | 395.16 | 05/14 | 2,029.64 | 05/27 | 4.58 |
| 05/07 | 1,395.16 | 05/15 | 2,793.04 | 05/28 | 22.58 |
| 05/08 | 2,077.48 | 05/18 | 1,002.06 | 05/29 | 19.60 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

# TAB E

| IHSS In-Home Supportive Services | IHSS Earnings Statement *** DUPLICATE *** | Warrant Number 78587160 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Recipient | LYUDMILA P | | ID 0547545 | | |
| Payee/Provider | Anahit Petrosyan | | ID 002757425 | | |
| Service Period: | 06/16/2026 to 06/30/2026 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4258306223 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 07/06/2026 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | | FICA | $ 103.59 | $ 400.70 |
| Hours Submitted | H 82 | M 00 | Medicare | $ 24.22 | $ 93.71 |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | $ 21.72 | $ 84.02 |
| Total Hours Paid | H 82 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 06 | M 08 | Health | $ 1.00 | $ 2.00 |
| Sick Leave Hours | H | M | Dues | $ 45.00 | $ 90.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 1,610.48 | $ 5,852.72 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 60.23 | $ 610.15 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 1,670.71** | **$ 6,462.87** | | | |
| **Net Pay** | **$ 1,475.18** | **$ 5,792.44** | **Total Deductions** | **$ 195.53** | **$ 670.43** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

Uploaded on: 08/10/2026 at 01:43:26 PM (Pacific Daylight Time) Base City: ADL

| | | |
|---|---|---|
| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>*** DUPLICATE *** | Direct Deposit<br>99462081 |

| | | | | | |
|---|---|---|---|---|---|
| Recipient | VIKTORIA H | | | ID 2175408 | |
| Payee/Provider | Anahit Petrosyan | | | ID 002757425 | |
| Service Period: | 06/16/2026 to 06/30/2026 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4257925263 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 07/08/2026 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | | FICA | $ 83.41 | $ 878.51 |
| | | | Medicare | $ 19.51 | $ 205.46 |
| Hours Submitted | H 50 | M 00 | SDI/DIEC | $ 17.49 | $ 184.20 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 50 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 37 | M 00 | Health | $ 0.00 | $ 5.00 |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 225.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 982.00 | $ 12,606.88 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 363.34 | $ 973.49 | | | |
| Sick Leave | $ 0.00 | $ 589.20 | | | |
| **Total Gross** | **$ 1,345.34** | **$ 14,169.57** | | | |
| **Net Pay** | **$ 1,224.93** | **$ 12,671.40** | **Total Deductions** | **$ 120.41** | **$ 1,498.17** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS In-Home Supportive Services | IHSS Earnings Statement<br>*** DUPLICATE *** | Warrant Number<br>78377650 |
|---|---|---|

| Recipient | LYUDMILA P | | ID 0547545 | |
|---|---|---|---|---|
| Payee/Provider | Anahit Petrosyan | | ID 002757425 | |
| Service Period: | 06/01/2026 to 06/15/2026 | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4256820562 | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 06/19/2026 | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | FICA | $ 135.77 | $ 297.11 |
| | | Medicare | $ 31.76 | $ 69.49 |
| | | SDI/DIEC | $ 28.47 | $ 62.30 |

| | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Hours Submitted | H 87 | M 00 | | | |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 87 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 49 | M 00 | Health | $ 0.00 | $ 1.00 |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 45.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 1,708.68 | $ 4,242.24 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 481.18 | $ 549.92 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 2,189.86** | **$ 4,792.16** | | | |
| **Net Pay** | **$ 1,993.86** | **$ 4,317.26** | **Total Deductions** | **$ 196.00** | **$ 474.90** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| | | |
|---|---|---|
| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>*** DUPLICATE *** | Direct Deposit<br>99419147 |

| | | | |
|---|---|---|---|
| Recipient | VIKTORIA H | | ID 2175408 |
| Payee/Provider | Anahit Petrosyan | | ID 002757425 |
| Service Period: | 06/01/2026 to 06/15/2026 | | |
| Timesheet # | 4256440107 | | |
| Process Date: | 06/22/2026 | | |
| Pay Rate: | $19.64 | | |
| Hours Submitted | H 49 | M 08 | |
| Hours Not Paid | H 00 | M 00 | |
| Total Hours Paid | H 49 | M 08 | |
| Travel Hours | H | M | |
| Overtime Hours | H 00 | M 00 | |
| Sick Leave Hours | H | M | |

| | Current | YTD |
|---|---|---|
| Regular* | $ 964.98 | $ 11,624.88 |
| Adjustment | $ 0.00 | $ 0.00 |
| Travel | $ 0.00 | $ 0.00 |
| Overtime | $ 0.00 | $ 610.15 |
| Sick Leave | $ 0.00 | $ 589.20 |
| **Total Gross** | **$ 964.98** | **$ 12,824.23** |
| **Net Pay** | **$ 878.62** | **$ 11,446.47** |

| **Deductions** | **Current** | **YTD** |
|---|---|---|
| Federal | $ 0.00 | $ 0.00 |
| State | $ 0.00 | $ 0.00 |
| FICA | $ 59.83 | $ 795.10 |
| Medicare | $ 13.99 | $ 185.95 |
| SDI/DIEC | $ 12.54 | $ 166.71 |
| Health | $ 0.00 | $ 5.00 |
| Dues | $ 0.00 | $ 225.00 |
| **Total Deductions** | **$ 86.36** | **$ 1,377.76** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>* DUPLICATE * | Warrant Number<br>78156225 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Recipient | LYUDMILA P | | | ID 0547545 | |
| Payee/Provider | Anahit Petrosyan | | | ID 002757425 | |
| Service Period: | 05/16/2026 to 05/31/2026 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4255122452 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 06/04/2026 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | | FICA | $ 117.50 | $ 161.34 |
| Hours Submitted | H 93 | M 00 | Medicare | $ 27.48 | $ 37.73 |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | $ 24.64 | $ 33.83 |
| Total Hours Paid | H 93 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 07 | M 00 | Health | $ 1.00 | $ 1.00 |
| Sick Leave Hours | H | M | Dues | $ 45.00 | $ 45.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 1,826.52 | $ 2,533.56 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 68.74 | $ 68.74 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 1,895.26** | **$ 2,602.30** | | | |
| **Net Pay** | **$ 1,679.64** | **$ 2,323.40** | **Total Deductions** | **$ 215.62** | **$ 278.90** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| | | |
|---|---|---|
| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement *** DUPLICATE *** | Direct Deposit 99922489 |

| | | | | | |
|---|---|---|---|---|---|
| Recipient | VIKTORIA H | | ID 2175408 | | |
| Payee/Provider | Anahit Petrosyan | | ID 002757425 | | |
| Service Period: | 05/16/2026 to 05/31/2026 | | **Deductions** | **Current** | **YTD** |
| | | | Federal | $ 0.00 | $ 0.00 |
| Timesheet # | 4254742639 | | State | $ 0.00 | $ 0.00 |
| Process Date: | 06/09/2026 | | FICA | $ 80.61 | $ 735.27 |
| Pay Rate: | $19.64 | | Medicare | $ 18.85 | $ 171.96 |
| Hours Submitted | H 45 | M 08 | SDI/DIEC | $ 16.90 | $ 154.17 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 45 | M 08 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 42 | M 08 | Health | $ 0.00 | $ 5.00 |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 225.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 886.42 | $ 10,659.90 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 413.75 | $ 610.15 | | | |
| Sick Leave | $ 0.00 | $ 589.20 | | | |
| **Total Gross** | **$ 1,300.17** | **$ 11,859.25** | | | |
| **Net Pay** | **$ 1,183.81** | **$ 10,567.85** | **Total Deductions** | **$ 116.36** | **$ 1,291.40** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>* DUPLICATE * | Warrant Number<br>77932678 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Recipient | LYUDMILA P | | ID 0547545 | | |
| Payee/Provider | Anahit Petrosyan | | ID 002757425 | | |
| Service Period: | 05/01/2026 to 05/15/2026 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4254503177 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 05/19/2026 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | | FICA | $ 43.84 | $ 43.84 |
| Hours Submitted | H 36 | M 00 | Medicare | $ 10.25 | $ 10.25 |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | $ 9.19 | $ 9.19 |
| Total Hours Paid | H 36 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | | | |
| | **Current** | **YTD** | | | |
| Regular* | $ 707.04 | $ 707.04 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 0.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 707.04** | **$ 707.04** | | | |
| **Net Pay** | **$ 643.76** | **$ 643.76** | **Total Deductions** | **$ 63.28** | **$ 63.28** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>*** DUPLICATE *** | Direct Deposit<br>99804445 |
| --- | --- | --- |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Recipient | VIKTORIA H | | ID 2175408 | | |
| Payee/Provider | Anahit Petrosyan | | ID 002757425 | | |
| Service Period: | 05/01/2026 to 05/15/2026 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4253247597 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 05/22/2026 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | | FICA | $ 77.93 | $ 654.66 |
| Hours Submitted | H 54 | M 00 | Medicare | $ 18.23 | $ 153.11 |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | $ 16.34 | $ 137.27 |
| Total Hours Paid | H 54 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 20 | M 00 | Health | $ 0.00 | $ 5.00 |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 225.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 1,060.56 | $ 9,773.48 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 196.40 | $ 196.40 | | | |
| Sick Leave | $ 0.00 | $ 589.20 | | | |
| **Total Gross** | **$ 1,256.96** | **$ 10,559.08** | | | |
| **Net Pay** | **$ 1,144.46** | **$ 9,384.04** | **Total Deductions** | **$ 112.50** | **$ 1,175.04** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>*** DUPLICATE *** | Direct Deposit<br>99379586 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Recipient | VIKTORIA H | | | ID 2175408 | |
| Payee/Provider | Anahit Petrosyan | | | ID 002757425 | |
| Service Period: | 04/16/2026 to 04/30/2026 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4251706443 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 05/11/2026 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | | FICA | $ 58.61 | $ 540.20 |
| | | | Medicare | $ 13.71 | $ 126.34 |
| Hours Submitted | H 48 | M 08 | SDI/DIEC | $ 12.29 | $ 113.27 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 48 | M 08 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | Health | $ 1.00 | $ 5.00 |
| Sick Leave Hours | H | M | Dues | $ 45.00 | $ 225.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 945.34 | $ 8,712.92 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 0.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 945.34** | **$ 8,712.92** | | | |
| **Net Pay** | **$ 814.73** | **$ 7,703.11** | **Total Deductions** | **$ 130.61** | **$ 1,009.81** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS In-Home Supportive Services | IHSS Earnings Statement<br>* DUPLICATE * | Direct Deposit<br>99793888 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Recipient | VIKTORIA H | | | ID 2175408 | |
| Payee/Provider | Anahit Petrosyan | | | ID 002757425 | |
| Service Period: | 04/01/2026 to 04/15/2026 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4250248710 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 04/23/2026 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $19.64 | | FICA | $ 62.10 | $ 481.59 |
| Hours Submitted | H 51 | M 00 | Medicare | $ 14.52 | $ 112.63 |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | $ 13.02 | $ 100.98 |
| Total Hours Paid | H 51 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | Health | $ 0.00 | $ 4.00 |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 180.00 |
| | **Current** | **YTD** | | | |
| Regular* | $ 1,001.64 | $ 7,767.58 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 0.00 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 1,001.64** | **$ 7,767.58** | | | |
| **Net Pay** | **$ 912.00** | **$ 6,888.38** | **Total Deductions** | **$ 89.64** | **$ 879.20** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

# TAB F

# Form 1040 Department of the Treasury—Internal Revenue Service U.S. Individual Income Tax Return 2025

OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2025, or other tax year beginning , 2025, ending , 20 See separate instructions.

☐ Filed pursuant to section 301.9100-2 ☐ Combat zone ☐ Deceased Spouse

☐ Other

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ANAHIT | PETROSYAN | 044 77 0115 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. |
|---|---|
| 842 N SCREENLAND DR | A |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| BURBANK | CA | 91505 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

Check here if your main home, and your spouse's if filing a joint return, was in the U.S. for more than half of 2025. ☐

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

## Filing Status

Check only one box.

☐ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS). Enter spouse's SSN above and full name here:
☒ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)
If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required):

## Digital Assets

At any time during 2025, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

## Dependents

(see instructions)

If more than four dependents, see instructions and check here ☐

| | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|
| (1) First name | MILENA E | | | |
| (2) Last name | MKHITARYAN | | | |
| (3) SSN | 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 | | | |
| (4) Relationship | Daughter | | | |
| (5) Check if lived with you more than half of 2025 | (a) ☒ Yes (b) ☒ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. |
| (6) Check if | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled |
| (7) Credits | ☒ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents |

☐ Check if your filing status is MFS or HOH and you lived apart from your spouse for the last 6 months of 2025, or you are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you did not live in the same household as your spouse at the end of 2025.

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | | 1a | 52,387. |
| b | Household employee wages not reported on Form(s) W-2 | | 1b | |
| c | Tip income not reported on line 1a (see instructions) | | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 31 | | 1f | |
| g | Wages from Form 8919, line 6 | | 1g | |
| h | Other earned income (see instructions). Enter type and amount: | | 1h | 0. |
| i | Nontaxable combat pay election (see instructions) | 1i | | |
| z | Add lines 1a through 1h | | 1z | 52,387. |
| 2a | Tax-exempt interest | 2a | 2b | b Taxable interest 75. |
| 3a | Qualified dividends | 3a | 3b | b Ordinary dividends 0. |
| c | Check if your child's dividends are included in 1 ☐ Line 3a 2 ☐ Line 3b | | | |
| 4a | IRA distributions | 4a | 4b | b Taxable amount |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ QCD 3 ☐ | | | |
| 5a | Pensions and annuities | 5a | 5b | b Taxable amount |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ PSO 3 ☐ | | | |
| 6a | Social security benefits | 6a | 6b | b Taxable amount |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |
| d | If you are married filing separately and lived apart from your spouse the entire year (see inst.), check here ☐ | | | |
| 7a | Capital gain or (loss). Attach Schedule D if required | | 7a | -3,000. |
| b | Check if: ☐ Schedule D not required ☐ Includes child's capital gain or (loss) | | | |
| 8 | Additional income from Schedule 1, line 10 | | 8 | 12,645. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7a, and 8. This is your **total income** | | 9 | 62,107. |
| 10 | Adjustments to income from Schedule 1, line 26 | | 10 | 201. |
| 11a | Subtract line 10 from line 9. This is your **adjusted gross income** | | 11a | 61,906. |

## Tax and Credits

| | | | | |
|---|---|---|---|---|
| 11b | Amount from line 11a (adjusted gross income) | | 11b | 61,906. |
| 12a | Someone can claim ☐ You as a dependent ☐ Your spouse as a dependent | | | |
| b | ☐ Spouse itemizes on a separate return c ☐ You were a dual-status alien | | | |
| d | You: ☐ Were born before January 2, 1961 ☐ Are blind | | | |
| | Spouse: ☐ Was born before January 2, 1961 ☐ Is blind | | | |
| e | **Standard deduction or itemized deductions** (from Schedule A) | | 12e | 23,625. |
| 13a | Qualified business income deduction from Form 8995 or Form 8995-A | | 13a | 0. |
| b | Additional deductions from Schedule 1-A, line 38 | | 13b | 10,455. |
| 14 | Add lines 12e, 13a, and 13b | | 14 | 34,080. |
| 15 | Subtract line 14 from line 11b. If zero or less, enter -0-. This is your **taxable income** | | 15 | 27,826. |
| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ ______ | | 16 | 2,999. |
| 17 | Amount from Schedule 2, line 3 | | 17 | |
| 18 | Add lines 16 and 17 | | 18 | 2,999. |
| 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | 2,200. |
| 20 | Amount from Schedule 3, line 8 | | 20 | |
| 21 | Add lines 19 and 20 | | 21 | 2,200. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 799. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 401. |
| 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 1,200. |

**Standard deduction for—**
- Single or Married filing separately, $15,750
- Married filing jointly or Qualifying surviving spouse, $31,500
- Head of household, $23,625
- If you checked a box on line 12a, 12b, 12c, or 12d, see inst.

## Payments and Refundable Credits

| | | | | |
|---|---|---|---|---|
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | | |
| b | Form(s) 1099 | 25b | | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | |
| 26 | 2025 estimated tax payments and amount applied from 2024 return | | 26 | |
| | If you made estimated tax payments with your former spouse in 2025, enter their SSN (see instructions): ______ | | | |
| 27a | Earned income credit (EIC) | 27a | | |
| b | Clergy filing Schedule SE (see instructions) ☐ | | | |
| c | If you do not want to claim the EIC, check here ☐ | | | |
| 28 | Additional child tax credit (ACTC) from Schedule 8812. If you do not want to claim the ACTC, check here ☐ | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Refundable adoption credit from Form 8839, line 13 | 30 | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | |
| 32 | Add lines 27a, 28, 29, 30, and 31. These are your **total other payments and refundable credits** | | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | |

If you have a qualifying child, you may need to attach Sch. EIC.

## Refund

| | | | | |
|---|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | 35a | |
| b | Routing number X X X X X X X X X c Type: ☐ Checking ☐ Savings | | | |
| d | Account number X X X X X X X X X X X X X X X X X | | | |
| 36 | Amount of line 34 you want **applied to your 2026 estimated tax** | 36 | | |

Direct deposit? See instructions.

## Amount You Owe

| | | | | |
|---|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | 1,458. |
| 38 | Estimated tax penalty (see instructions) | 38 | 258. | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS? See instructions. ☐ **Yes.** Complete below. ☒ **No**

Designee's name | Phone no. | Personal identification number (PIN)

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | SELF EMPLOYED | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | Email address VERNISSAJE@GMAIL.COM | | |

Joint return? See instructions. Keep a copy for your records.

## Paid Preparer Use Only

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| SAMVEL VARDANYAN | SAMVEL VARDANYAN | 07/20/2026 | P02162221 | ☒ Self-employed |
| Firm's name BENCHMARK TAX SOLUTIONS | | | Phone no. (818)956-1050 | |
| Firm's address 424 W COLORADO ST STE 105 GLENDALE CA 91204 | | | Firm's EIN 83-1041464 | |

Uploaded on: 08/10/2026 at 01:45:26 PM (Pacific Daylight Time) Base City: ADL

**SCHEDULE 1 (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

**Attach to Form 1040, 1040-SR, or 1040-NR.**

**Go to *www.irs.gov/Form1040* for instructions and the latest information.**

OMB No. 1545-0074

2025

Attachment Sequence No. **01**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | **Your social security number** |
|---|---|
| ANAHIT PETROSYAN | 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 |

For 2025, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ______

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099k*.

## Part I Additional Income

| | | | | | |
|---|---|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | | | 1 | 0. |
| 2a | Alimony received | | | 2a | |
| b | Date of original divorce or separation agreement (see instructions): ______ | | | | |
| 3 | Business income or (loss). Attach Schedule C | | | 3 | 2,835. |
| 4 | Other gains or (losses). Check if any from Form(s): ☐ 4797 ☐ 4684 | | | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | | 5 | 9,810. |
| 6 | Farm income or (loss). Attach Schedule F | | | 6 | |
| 7 | Unemployment compensation. If you repaid a 2025 overpayment (see instructions), check here ☐ and enter amount repaid: ______ | | | 7 | |
| 8 | Other income: | | | | |
| a | Net operating loss | 8a | ( ) | | |
| b | Gambling | 8b | | | |
| c | Cancellation of debt | 8c | | | |
| d | Foreign earned income exclusion from Form 2555 | 8d | ( ) | | |
| e | Income from Form 8853 | 8e | | | |
| f | Income from Form 8889 | 8f | | | |
| g | Alaska Permanent Fund dividends | 8g | | | |
| h | Jury duty pay | 8h | | | |
| i | Prizes and awards | 8i | | | |
| j | Activity not engaged in for profit income | 8j | | | |
| k | Stock options | 8k | | | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | | | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | | | |
| n | Section 951(a) inclusion (see instructions) | 8n | | | |
| o | Section 951A(a) inclusion (see instructions) | 8o | | | |
| p | Section 461(l) excess business loss adjustment | 8p | | | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | | | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | | | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s | ( ) | | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | 8t | | | |
| u | Wages earned while incarcerated | 8u | | | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions | 8v | | | |
| z | Other income. List type and amount: ______ | 8z | | | |
| 9 | Total other income. Add lines 8a through 8z | | | 9 | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | | | 10 | 12,645. |

## Part II Adjustments to Income

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 11 | Educator expenses | | | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | | | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 | | | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903. If claiming only storage fees (see instructions), check here ☐ | | | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | | | 15 | 201. |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | | | 16 | |
| 17 | Self-employed health insurance deduction | | | 17 | |
| 18 | Penalty on early withdrawal of savings | | | 18 | |
| 19a | Alimony paid | | | 19a | |
| b | Recipient's SSN | | | | |
| c | Date of original divorce or separation agreement (see instructions): | | | | |
| 20 | IRA deduction. If you are married filing separately and lived apart from your spouse for the entire year (see instructions), check here ☐ | | | 20 | |
| 21 | Student loan interest deduction | | | 21 | |
| 22 | Reserved for future use | | | 22 | |
| 23 | Archer MSA deduction | | | 23 | |
| 24 | Other adjustments: | | | | |
| a | Jury duty pay (see instructions) | 24a | | | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | | | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | | | |
| d | Reforestation amortization and expenses | 24d | | | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | 24e | | | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | | | |
| g | Contributions by certain chaplains to section 403(b) plans | 24g | | | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | | | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | | | |
| j | Housing deduction from Form 2555 | 24j | | | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | | | |
| z | Other adjustments. List type and amount: | 24z | | | |
| 25 | Total other adjustments. Add lines 24a through 24z | | | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | | | 26 | 201. |

**SCHEDULE 1-A (Form 1040)**

Department of the Treasury Internal Revenue Service

# Additional Deductions

**Attach to Form 1040, 1040-SR, or 1040-NR.**

**Go to *www.irs.gov/Form1040* for instructions and the latest information.**

OMB No. 1545-0074

2025

Attachment Sequence No. **1A**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: ANAHIT PETROSYAN

**Your social security number**: 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

## Part I Modified Adjusted Gross Income (MAGI) Amount

| | | | | | |
|---|---|---|---|---|---|
| 1 | Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 11b | | | 1 | 61,906. |
| 2a | Enter any income from Puerto Rico that you excluded | 2a | | | |
| b | Enter the amount from Form 2555, line 45 | 2b | | | |
| c | Enter the amount from Form 2555, line 50 | 2c | | | |
| d | Enter the amount from Form 4563, line 15 | 2d | | | |
| e | Add lines 2a, 2b, 2c, and 2d | | | 2e | |
| 3 | Add lines 1 and 2e | | | 3 | 61,906. |

## Part II No Tax on Tips

**Caution:** Fill out Part II only if you received qualified tips. These tips must have been received in an occupation listed at *IRS.gov/TippedOccupations*. You and/or your spouse who received qualified tips must have a valid social security number to claim the deduction. If married, you must file jointly to claim this deduction. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 4 | Qualified tips received as an employee. If you received tips as an employee with respect to employment with more than one employer, enter -0- on lines 4a and 4b and see the instructions to determine the amount to enter on line 4c. If you received tips as an employee in more than one occupation, see the instructions. | | | | |
| a | Enter qualified tips included on Form W-2, box 7, but see the instructions if Form W-2, box 5 is more than $176,100 or you received tips that are not subject to social security and Medicare taxes | 4a | | | |
| b | Qualified tips included on Form 4137, line 1, row A, column (c). If Form 4137 is not filed, enter -0- | 4b | | | |
| c | If you only received qualified tips as an employee with respect to employment with one employer, enter the larger of line 4a or line 4b. Otherwise, see the instructions to determine the amount to enter on line 4c. If you received tips as an employee in more than one occupation, see the instructions | | | 4c | |
| 5 | Qualified tips received in the course of a trade or business. Qualified tip amount included in Form 1099-NEC, box 1; Form 1099-MISC, box 3; or Form 1099-K, box 1a. Do not enter more than the net profit from the trade or business. If you received qualified tips in the course of more than one trade or business or in more than one occupation, see instructions | | | 5 | |
| 6 | Add lines 4c and 5 | | | 6 | |
| 7 | Enter the smaller of the amount on line 6 or $25,000 | | | 7 | |
| 8 | Enter the amount from line 3 | | | 8 | |
| 9 | Enter $150,000 ($300,000 if married filing jointly) | | | 9 | |
| 10 | Subtract line 9 from line 8. If zero or less, enter the amount from line 7 on line 13 | | | 10 | |
| 11 | Divide line 10 by $1,000. If the resulting number isn't a whole number, decrease the result to the next lower whole number. (For example, decrease 1.5 to 1, and decrease 0.05 to 0.) | | | 11 | |
| 12 | Multiply line 11 by $100 | | | 12 | |
| 13 | **Qualified tips deduction.** Subtract line 12 from line 7. If zero or less, enter -0- | | | 13 | |

## Part III No Tax on Overtime

**Caution:** Fill out Part III only if you received qualified overtime compensation. You and/or your spouse who received the qualified overtime compensation must have a valid social security number to claim this deduction. If married, you must file jointly to claim this deduction. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 14a | Qualified overtime compensation included in Form W-2, box 1. If you received qualified overtime compensation not reported on Form W-2, box 1, see instructions | 14a | 10,455. | | |
| b | Qualified overtime compensation included in Form 1099-NEC, box 1, or Form 1099-MISC, box 3 (see instructions) | 14b | 0. | | |
| c | Add lines 14a and 14b | | | 14c | 10,455. |
| 15 | Enter the smaller of the amount on line 14c or $12,500 ($25,000 if married filing jointly) | | | 15 | 10,455. |
| 16 | Enter the amount from line 3 | | | 16 | 61,906. |
| 17 | Enter $150,000 ($300,000 if married filing jointly) | | | 17 | 150,000. |
| 18 | Subtract line 17 from line 16. If zero or less, enter the amount from line 15 on line 21 | | | 18 | -88,094. |
| 19 | Divide line 18 by $1,000. If the resulting number isn't a whole number, decrease the result to the next lower whole number. (For example, decrease 1.5 to 1, and decrease 0.05 to 0.) | | | 19 | |
| 20 | Multiply line 19 by $100 | | | 20 | |
| 21 | **Qualified overtime compensation deduction.** Subtract line 20 from line 15. If zero or less, enter -0- | | | 21 | 10,455. |

## Part IV No Tax on Car Loan Interest

**Caution:** Fill out Part IV only if you, or your spouse if married filing jointly, paid or accrued qualified passenger vehicle loan interest (QPVLI). Column (iii) is the total QPVLI paid in 2025 less the amounts reported in column (ii). See instructions.

22 Applicable passenger vehicle (see instructions). If more than two VINs, see instructions.

| | (i) Vehicle identification number (VIN) | Interest for this loan: (ii) Deducted on Schedule C, Schedule E, or Schedule F | (iii) Schedule 1-A |
|---|---|---|---|
| a | | | |
| b | | | |

| | | | |
|---|---|---|---|
| 23 | Add lines 22a and 22b, column (iii) | 23 | |
| 24 | Enter the smaller of the amount on line 23 or $10,000 | 24 | |
| 25 | Enter the amount from line 3 | 25 | |
| 26 | Enter $100,000 ($200,000 if married filing jointly) | 26 | |
| 27 | Subtract line 26 from line 25. If zero or less, enter the amount from line 24 on line 30 | 27 | |
| 28 | Divide line 27 by $1,000. If the resulting number isn't a whole number, increase the result to the next higher whole number. (For example, increase 1.5 to 2, and increase 0.05 to 1.) | 28 | |
| 29 | Multiply line 28 by $200 | 29 | |
| 30 | **Qualified passenger vehicle loan interest deduction.** Subtract line 29 from line 24. If zero or less, enter -0- | 30 | |

## Part V Enhanced Deduction for Seniors

**Caution:** You and/or your spouse must have a valid social security number. If married, you must file jointly to claim this deduction. See instructions.

| | | | |
|---|---|---|---|
| 31 | Enter the amount from line 3 | 31 | |
| 32 | Enter $75,000 ($150,000 if married filing jointly) | 32 | |
| 33 | Subtract line 32 from line 31. If zero or less, enter $6,000 on line 35 | 33 | |
| 34 | Multiply line 33 by 6% (0.06) | 34 | |
| 35 | Subtract line 34 from $6,000. If zero or less, enter -0- | 35 | |
| 36a | If you have a valid social security number (see instructions) and were born before January 2, 1961, enter the amount from line 35 | 36a | |
| b | If you are married filing jointly, your spouse has a valid social security number (see instructions), and your spouse was born before January 2, 1961, enter the amount from line 35 | 36b | |
| 37 | **Enhanced deduction for seniors.** Add lines 36a and 36b | 37 | |

## Part VI Total Additional Deductions

| | | | |
|---|---|---|---|
| 38 | Add lines 13, 21, 30, and 37. Enter here and on Form 1040 or 1040-SR, line 13b, or on Form 1040-NR, line 13c | 38 | 10,455. |

**SCHEDULE 2 (Form 1040)**

Department of the Treasury Internal Revenue Service

# Additional Taxes

**Attach to Form 1040, 1040-SR, or 1040-NR.**

**Go to *www.irs.gov/Form1040* for instructions and the latest information.**

OMB No. 1545-0074

2025

Attachment Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: ANAHIT PETROSYAN

Your social security number: 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

## Part I Tax

| | | | | |
|---|---|---|---|---|
| 1 | Additions to tax: | | | |
| a | Excess advance premium tax credit repayment. Attach Form 8962 | 1a | | |
| b | Repayment of new clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part II. Attach Form 8936 and Schedule A (Form 8936) | 1b | | |
| c | Repayment of previously owned clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part IV. Attach Form 8936 and Schedule A (Form 8936) | 1c | | |
| d | Recapture of net EPE from Form 4255, line 2a, column (l) | 1d | | |
| e | Excessive payments (EPs) on gross EPE from Form 4255. Check applicable box and enter amount. See instructions. (i) ☐ Line 1a (ii) ☐ Line 1c (iii) ☐ Line 1d (iv) ☐ Line 2a | 1e | | |
| f | 20% EP from Form 4255. Check applicable box and enter amount. See instructions. (i) ☐ Line 1a (ii) ☐ Line 1c (iii) ☐ Line 1d (iv) ☐ Line 2a | 1f | | |
| y | Other additions to tax (see instructions): | 1y | | |
| z | Add lines 1a through 1y | | 1z | |
| 2 | Alternative minimum tax. Attach Form 6251 | | 2 | |
| 3 | Add lines 1z and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 | | 3 | |

## Part II Other Taxes

| | | | | |
|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE. Check if any exemption from (see instructions): 1 ☐ 4361 2 ☐ 4029 3 ☐ | | 4 | 401. |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 | 5 | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 | 6 | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 | | 7 | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here ☐ | | 8 | |
| 9 | Household employment taxes. Attach Schedule H | | 9 | |
| 10 | Reserved for future use | | 10 | |
| 11 | Additional Medicare Tax. Attach Form 8959 | | 11 | |
| 12 | Net investment income tax. Attach Form 8960 | | 12 | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 | | 13 | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares | | 14 | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 | | 15 | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 | | 16 | |

(continued on page 2)

**Part II Other Taxes** *(continued)*

| | | | | |
|---|---|---|---|---|
| 17 | Other additional taxes: | | | |
| a | Recapture of other credits. List type, form number, and amount: | 17a | | |
| b | Recapture of federal mortgage subsidy. If you sold your home, see instructions | 17b | | |
| c | Additional tax on HSA distributions. Attach Form 8889 | 17c | | |
| d | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 | 17d | | |
| e | Additional tax on Archer MSA distributions. Attach Form 8853 | 17e | | |
| f | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | 17f | | |
| g | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property | 17g | | |
| h | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A | 17h | | |
| i | Compensation you received from a nonqualified deferred compensation plan described in section 457A | 17i | | |
| j | Section 72(m)(5) excess benefits tax | 17j | | |
| k | Golden parachute payments | 17k | | |
| l | Tax on accumulation distribution of trusts | 17l | | |
| m | Excise tax on insider stock compensation from an expatriated corporation | 17m | | |
| n | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 | 17n | | |
| o | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR | 17o | | |
| p | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund | 17p | | |
| q | Any interest from Form 8621, line 24 | 17q | | |
| z | Any other taxes. List type and amount: | 17z | | |
| 18 | Total additional taxes. Add lines 17a through 17z | | 18 | |
| 19 | Recapture of net EPE from Form 4255, line 1d, column (l) | | 19 | |
| 20 | Section 965 net tax liability installment from Form 965-A | 20 | | |
| 21 | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23; or Form 1040-NR, line 23b | | 21 | 401. |

**SCHEDULE C (Form 1040)**
Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
**(Sole Proprietorship)**

**Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.**
**Go to *www.irs.gov/ScheduleC* for instructions and the latest information.**

OMB No. 1545-0074
**2025**
Attachment Sequence No. **09**

Name of proprietor: ANAHIT PETROSYAN
**Social security number (SSN)**: 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

**A** Principal business or profession, including product or service (see instructions): NOTARY SERVICE
**B** Enter code from instructions: 5 4 1 9 9 0
**C** Business name. If no separate business name, leave blank.
**D** Employer ID number (EIN) (see instr.): 8 6 1 2 8 8 8 3 4

**E** Business address (including suite or room no.) 842 N SCREENLAND DR, Apt. A
City, town or post office, state, and ZIP code BURBANK, CA 91505

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify)
**G** Did you "materially participate" in the operation of this business during 2025? If "No," see instructions for limit on losses . ☒ Yes ☐ No
**H** If you started or acquired this business during 2025, check here ☐
**I** Did you make any payments in 2025 that would require you to file Form(s) 1099? See instructions ☐ Yes ☒ No
**J** If "Yes," did you or will you file required Form(s) 1099? ☐ Yes ☐ No

## Part I Income

| Line | Description | Box | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ | 1 | 7,617. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 7,617. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 7,617. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 7,617. |

## Part II Expenses. Enter expenses for business use of your home **only** on line 30.

| Line | Description | Box | Amount | Line | Description | Box | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | 169. |
| 9 | Car and truck expenses (see instructions) | 9 | 792. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 0. | 21 | Repairs and maintenance | 21 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 22 | Supplies (not included in Part III) | 22 | |
| 15 | Insurance (other than health) | 15 | | 23 | Taxes and licenses | 23 | |
| 16 | Interest (see instructions): | | | 24 | Travel and meals: | | |
| a | Mortgage (paid to banks, etc.) | 16a | | a | Travel | 24a | |
| b | Other | 16b | | b | Deductible meals (see instructions) | 24b | |
| 17 | Legal and professional services | 17 | 250. | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27a | Energy efficient commercial bldgs deduction (attach Form 7205) | 27a | |
| | | | | b | Other expenses (from line 48) | 27b | 3,571. |

| Line | Description | Box | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | 28 | 4,782. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 2,835. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: ______ and (b) the part of your home used for business: ______ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | 2,835. |

**32** If you have a loss, check the box that describes your investment in this activity. See instructions.
• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

**For Paperwork Reduction Act Notice, see the separate instructions.** BAA REV 04/24/26 PRO **Schedule C (Form 1040) 2025** Created 4/3/25

## Part III Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . ☐ Yes ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

## Part IV Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month/day/year) 01/01/2022

44 Of the total number of miles you drove your vehicle during 2025, enter the number of miles you used your vehicle for:

a Business 1,131 b Commuting (see instructions) ______ c Other 7,356

45 Was your vehicle available for personal use during off-duty hours? . . . ☒ Yes ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? . . . ☒ Yes ☐ No

47a Do you have evidence to support your deduction? . . . ☒ Yes ☐ No

b If "Yes," is the evidence written? . . . ☒ Yes ☐ No

## Part V Other Expenses. List below business expenses not included on lines 8-27a, or line 30.

| | |
|---|---|
| NOMINIEE CORP EIN 88-2371234 | 1,917. |
| PHONE AND INTERNET | 1,654. |
| | |
| | |
| | |
| | |
| | |
| | |
| 48 **Total other expenses.** Enter here and on line 27b . . . 48 | 3,571. |

**SCHEDULE D (Form 1040)**

Department of the Treasury Internal Revenue Service

# Capital Gains and Losses

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.**
**Go to *www.irs.gov/ScheduleD* for instructions and the latest information.**

OMB No. 1545-0074
2025
Attachment Sequence No. 12

Name(s) shown on return: ANAHIT PETROSYAN

Your social security number: 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

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year? ☐ Yes ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

**Part I** **Short-Term Capital Gains and Losses—Generally Assets Held One Year or Less** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B or Form 1099-DA for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** or **Box G** checked | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** or **Box H** checked | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** or **Box I** checked | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions | 6 | ( ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back | 7 | |

**Part II** **Long-Term Capital Gains and Losses—Generally Assets Held More Than One Year** (see instructions)

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B or Form 1099-DA for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** or **Box J** checked | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** or **Box K** checked | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** or **Box L** checked | | | | |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | |
| **13** Capital gain distributions. See the instructions | 13 | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | 14 | ( 14,570. ) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then, go to Part III on the back | 15 | -14,570. |

## Part III Summary

| | | | |
|---|---|---|---|
| **16** | Combine lines 7 and 15 and enter the result . . . . . . . . . . . . . . . . . . | 16 | -14,570. |
| | • If line 16 is a **gain**, enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7a. Then, go to line 17 below.<br>• If line 16 is a **loss**, skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete line 22.<br>• If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or 1040-NR, line 7a. Then, go to line 22. | | |
| **17** | Are lines 15 and 16 **both** gains?<br>☐ **Yes.** Go to line 18.<br>☐ **No.** Skip lines 18 through 21, and go to line 22. | | |
| **18** | If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet . . . . . . . . . . . . . . . . . . . | 18 | |
| **19** | If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet . . . . . . . . . . . | 19 | |
| **20** | Are lines 18 and 19 both zero or blank and you are not filing Form 4952?<br>☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16. **Don't** complete lines 21 and 22 below.<br>☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below. | | |
| **21** | If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7a, the **smaller** of:<br>• The loss on line 16; or<br>• ($3,000), or if married filing separately, ($1,500) . . . . . . . . . . . . . . . .<br>**Note:** When figuring which amount is smaller, treat both amounts as positive numbers. | 21 | ( 3,000. ) |
| **22** | Do you have qualified dividends on Form 1040, 1040-SR, or 1040-NR, line 3a?<br>☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16.<br>☒ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR. | | |

**SCHEDULE E (Form 1040)**

Department of the Treasury Internal Revenue Service

# Supplemental Income and Loss

**(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)**

**Attach to Form 1040, 1040-SR, 1040-NR, or 1041.**

**Go to *www.irs.gov/ScheduleE* for instructions and the latest information.**

OMB No. 1545-0074

**2025**

Attachment Sequence No. **13**

Name(s) shown on return: ANAHIT PETROSYAN

Your social security number: 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

## Part I Income or Loss From Rental Real Estate and Royalties

**Note:** If you are in the business of renting personal property, use **Schedule C**. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2025 that would require you to file Form(s) 1099? See instructions . . . . . ☐ Yes ☒ No

**B** If "Yes," did you or will you file required Form(s) 1099? . . . . . ☐ Yes ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| **A** | 41424 TRUMBLE COURT INDIO CA 92203 |
| **B** | |
| **C** | |

| **1b** | Type of Property (from list below) |
|---|---|
| **A** | 1 |
| **B** | |
| **C** | |

**2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions.

| | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|
| **A** | 180 | 0 | ☐ |
| **B** | | | ☐ |
| **C** | | | ☐ |

**Type of Property:**
1 Single Family Residence
2 Multi-Family Residence
3 Vacation/Short-Term Rental
4 Commercial
5 Land
6 Royalties
7 Self-Rental
8 Other (describe)

| | | | Properties: A | B | C |
|---|---|---|---|---|---|
| **Income:** | | | | | |
| 3 | Rents received | 3 | 27,000. | | |
| 4 | Royalties received | 4 | | | |
| **Expenses:** | | | | | |
| 5 | Advertising | 5 | | | |
| 6 | Auto and travel (see instructions) | 6 | | | |
| 7 | Cleaning and maintenance | 7 | | | |
| 8 | Commissions | 8 | | | |
| 9 | Insurance | 9 | 3,803. | | |
| 10 | Legal and other professional fees | 10 | | | |
| 11 | Management fees | 11 | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | 25,542. | | |
| 13 | Other interest | 13 | | | |
| 14 | Repairs | 14 | | | |
| 15 | Supplies | 15 | | | |
| 16 | Taxes | 16 | 10,019. | | |
| 17 | Utilities | 17 | | | |
| 18 | Depreciation expense or depletion | 18 | 15,173. | | |
| 19 | Other (list) See Line 19 Other Expenses | 19 | 3,000. | | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | 57,537. | | |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | -30,537. | | |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | 22 | ( 25,000. ) | ( ) | ( ) |

| | | | |
|---|---|---|---|
| **23a** | Total of all amounts reported on line 3 for all rental properties | 23a | 27,000. |
| **b** | Total of all amounts reported on line 4 for all royalty properties | 23b | |
| **c** | Total of all amounts reported on line 12 for all properties | 23c | 25,542. |
| **d** | Total of all amounts reported on line 18 for all properties | 23d | 15,173. |
| **e** | Total of all amounts reported on line 20 for all properties | 23e | 57,537. |
| **24** | **Income.** Add positive amounts shown on line 21. **Do not** include any losses | 24 | |
| **25** | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | ( 25,000. ) |
| **26** | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, and IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 | 26 | -25,000. |

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| ANAHIT PETROSYAN | 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 |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (f) on line 28 and attach **Form 6198**. See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | OPES CORP INC | S | ☐ | 88-2371234 | ☐ | ☐ |
| B | | | ☐ | | ☐ | ☐ |
| C | | | ☐ | | ☐ | ☐ |
| D | | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss allowed (see **Schedule K-1**) | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | | | | 34,810. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 34,810. |
| b Totals | | | | | |

| | | | |
|---|---|---|---|
| 30 | Add columns (h) and (k) of line 29a . . . | 30 | 34,810. |
| 31 | Add columns (g), (i), and (j) of line 29b . . . | 31 | ( ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . | 32 | 34,810. |

## Part III Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a . . . | 35 | |
| 36 | Add columns (c) and (e) of line 34b . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . | 37 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q**, line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q**, line 1b | (e) Income from **Schedules Q**, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . | 39 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 . . . | 41 | 9,810. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . | 43 | |

**SCHEDULE SE (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

**Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.**
**Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.**

OMB No. 1545-0074
2025
Attachment Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR): ANAHIT PETROSYAN

Social security number of person with **self-employment** income: 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

## Part I Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A** If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | | | 1a | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | | | 1b | ( ) |
| | Skip line 2 if you use the nonfarm optional method in Part II. See instructions. | | | | |
| 2 | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | | | 2 | 2,835. |
| 3 | Combine lines 1a, 1b, and 2 | | | 3 | 2,835. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | | | 4a | 2,618. |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | | | |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | | | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **stop**; you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income**, enter -0- and continue | | | 4c | 2,618. |
| 5a | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income | 5a | | | |
| b | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- | | | 5b | 0. |
| 6 | Add lines 4c and 5b | | | 6 | 2,618. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2025 | | | 7 | $176,100 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $176,100 or more, skip lines 8b through 10, and go to line 11 | 8a | 52,387. | | |
| b | Unreported tips subject to social security tax from Form 4137, line 10 | 8b | | | |
| c | Wages subject to social security tax from Form 8919, line 10 | 8c | | | |
| d | Add lines 8a, 8b, and 8c | | | 8d | 52,387. |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 | | | 9 | 123,713. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) | | | 10 | 325. |
| 11 | Multiply line 6 by 2.9% (0.029) | | | 11 | 76. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4**, or **Form 1040-SS, Part I, line 3** | | | 12 | 401. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** | 13 | 201. | | |

**For Paperwork Reduction Act Notice, see your tax return instructions.** BAA REV 04/24/26 PRO **Schedule SE (Form 1040) 2025** Created 5/7/25

## Part II Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $10,860, **or (b)** your net farm profits[2] were less than $7,840.

| | | | |
|---|---|---|---|
| 14 | Maximum income for optional methods | 14 | $7,240 |
| 15 | Enter the **smaller** of: two-thirds (²/₃) of gross farm income[1] (not less than zero) **or** $7,240. Also, include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $7,840 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 | 16 | |
| 17 | Enter the **smaller** of: two-thirds (²/₃) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above | 17 | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.

[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

**SCHEDULE 8812 (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Credits for Qualifying Children and Other Dependents

**Attach to Form 1040, 1040-SR, or 1040-NR.**

**Go to *www.irs.gov/Schedule8812* for instructions and the latest information.**

OMB No. 1545-0074

**2025**

Attachment Sequence No. **47**

Name(s) shown on return: ANAHIT PETROSYAN

Your social security number: 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

## Part I Child Tax Credit and Credit for Other Dependents

| Line | Description | Inner box | Inner amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Enter the amount from line 11a of your Form 1040, 1040-SR, or 1040-NR | | | 1 | 61,906. |
| 2a | Enter income from Puerto Rico that you excluded | 2a | | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 | 2b | 0. | | |
| c | Enter the amount from line 15 of your Form 4563 | 2c | | | |
| d | Add lines 2a through 2c | | | 2d | 0. |
| 3 | Add lines 1 and 2d | | | 3 | 61,906. |
| 4 | Number of qualifying children under age 17 with the required social security number | 4 | 1 | | |
| 5 | Multiply line 4 by $2,200 | | | 5 | 2,200. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number | 6 | 0 | | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | | | |
| 7 | Multiply line 6 by $500 | | | 7 | |
| 8 | Add lines 5 and 7 | | | 8 | 2,200. |
| 9 | Enter the amount shown below for your filing status. • Married filing jointly—$400,000 • All other filing statuses—$200,000 | | | 9 | 200,000. |
| 10 | Subtract line 9 from line 3. • If zero or less, enter -0-. • If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | | | 10 | 0. |
| 11 | Multiply line 10 by 5% (0.05) | | | 11 | 0. |
| 12 | Is the amount on line 8 more than the amount on line 11? | | | 12 | 2,200. |
| | ☐ **No. Stop here.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. | | | | |
| | ☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | | | |
| 13 | Enter the amount from **Credit Limit Worksheet A** | | | 13 | 2,999. |
| 14 | Enter the smaller of line 12 or line 13. **This is your child tax credit and credit for other dependents** **Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19.** | | | 14 | 2,200. |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040 or Form 1040-SR through line 27a (or Form 1040-NR through line 26) (also complete Schedule 3 (Form 1040), line 11) before completing Part II-A.

## Part II-A Additional Child Tax Credit for All Filers

**Caution:** If you file Form 2555, you cannot claim the additional child tax credit.

| Line | Description | Box | Amount |
|---|---|---|---|
| 15 | Reserved for future use | 15 | |
| 16a | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit | 16a | 0. |
| b | Number of qualifying children under age 17 with the required social security number: ________ x $1,700. Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit | 16b | |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 4. | | |
| 17 | Enter the **smaller** of line 16a or line 16b | 17 | |
| 18a | Earned income (see instructions) | 18a | |
| b | Nontaxable combat pay (see instructions) | 18b | |
| 19 | Is the amount on line 18a more than $2,500?<br>☐ **No.** Leave line 19 blank and enter -0- on line 20.<br>☐ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result | 19 | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result | 20 | |

**Next.** On line 16b, is the amount $5,100 or more?

☐ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27.

☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21.

## Part II-B Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico

| Line | Description | Box | Amount |
|---|---|---|---|
| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, or if you are a bona fide resident of Puerto Rico, see instructions | 21 | |
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 | 22 | |
| 23 | Add lines 21 and 22 | 23 | |
| 24 | **1040 and 1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27a, and Schedule 3 (Form 1040), line 11.<br>**1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | 24 | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- | 25 | |
| 26 | Enter the **larger** of line 20 or line 25 | 26 | |

**Next,** enter the **smaller** of line 17 or line 26 on line 27.

## Part II-C Additional Child Tax Credit

| Line | Description | Box | Amount |
|---|---|---|---|
| 27 | **This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28** | 27 | |

Form **8995**

Department of the Treasury
Internal Revenue Service

# Qualified Business Income Deduction Simplified Computation

**Attach to your tax return.**

**Go to *www.irs.gov/Form8995* for instructions and the latest information.**

OMB No. 1545-0074

2025

Attachment Sequence No. 55

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| ANAHIT PETROSYAN | 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 |

**Note:** *You can claim the qualified business income deduction* ***only*** *if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $197,300 ($394,600 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | **(a)** Trade, business, or aggregation name | **(b)** Taxpayer identification number | **(c)** Qualified business income or (loss) |
|---|---|---|---|
| i | OPES CORP INC | 88-2371234 | 34,810. |
| ii | ANAHIT PETROSYAN | 86-1288834 | 2,634. |
| iii | ANAHIT PETROSYAN | 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 | -25,000. |
| iv | | | |
| v | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | 12,444. | | |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | ( 20,253. ) | | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 0. | | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | 5 | 0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | ( ) | | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | 9 | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | 10 | 0. |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 27,826. | | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | 12 | 0. | | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 27,826. | | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | 14 | 5,565. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | 15 | 0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | 16 | ( 7,809. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | 17 | ( 0. ) |

Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

**See separate instructions.**
**Attach to Form 1040, 1040-SR, or 1041.**
**Go to *www.irs.gov/Form8582* for instructions and the latest information.**

OMB No. 1545-1008
**2025**
Attachment Sequence No. **858**

Name(s) shown on return: ANAHIT PETROSYAN
Identifying number: 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

## Part I 2025 Passive Activity Loss

**Caution:** Complete Parts IV and V before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see ***Special Allowance for Rental Real Estate Activities*** in the instructions.)

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 1a | Activities with net income (enter the amount from Part IV, column (a)) | 1a | 0. | | |
| b | Activities with net loss (enter the amount from Part IV, column (b)) | 1b | ( 30,537. ) | | |
| c | Prior years' unallowed losses (enter the amount from Part IV, column (c)) | 1c | ( 10,412. ) | | |
| d | Combine lines 1a, 1b, and 1c | | | 1d | -40,949. |

**All Other Passive Activities**

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 2a | Activities with net income (enter the amount from Part V, column (a)) | 2a | | | |
| b | Activities with net loss (enter the amount from Part V, column (b)) | 2b | ( ) | | |
| c | Prior years' unallowed losses (enter the amount from Part V, column (c)) | 2c | ( ) | | |
| d | Combine lines 2a, 2b, and 2c | | | 2d | |

| Line | Description | Line | Amount |
|---|---|---|---|
| 3 | Combine lines 1d and 2d and subtract any prior year unallowed CRD. See instructions. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Report the losses on the forms and schedules normally used | 3 | -40,949. |

If line 3 is a loss and:
- Line 1d is a loss, go to Part II.
- Line 2d is a loss (and line 1d is zero or more), skip Part II and go to line 10.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, go to line 10.

## Part II Special Allowance for Rental Real Estate Activities With Active Participation

**Note:** Enter all numbers in Part II as positive amounts. See instructions for an example.

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | 40,949. |
| 5 | Enter $150,000. If married filing separately, see instructions | 5 | 150,000. | | |
| 6 | Enter modified adjusted gross income, but not less than zero. See instructions | 6 | 87,107. | | |
| | **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8 and enter -0- on line 9. Otherwise, go to line 7. | | | | |
| 7 | Subtract line 6 from line 5 | 7 | 62,893. | | |
| 8 | Multiply line 7 by 50% (0.50). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | 25,000. |
| 9 | Enter the **smaller** of line 4 or line 8. If line 3 includes any CRD, see instructions | | | 9 | 25,000. |

## Part III Total Losses Allowed

| Line | Description | Line | Amount |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total | 10 | 0. |
| 11 | **Total losses allowed from all passive activities for 2025.** Add lines 9 and 10. See instructions to find out how to report the losses on your tax return | 11 | 25,000. |

## Part IV Complete This Part Before Part I, Lines 1a, 1b, and 1c. See instructions.

| Name of activity | Current year (a) Net income (line 1a) | Current year (b) Net loss (line 1b) | Prior years (c) Unallowed loss (line 1c) | Overall gain or loss (d) Gain | Overall gain or loss (e) Loss |
|---|---|---|---|---|---|
| 41424 TRUMBLE COURT | 0. | 30,537. | 10,412. | | 40,949. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 1a, 1b, and 1c | 0. | 30,537. | 10,412. | | |

**Part V** **Complete This Part Before Part I, Lines 2a, 2b, and 2c.** See instructions.

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | **(a)** Net income (line 2a) | **(b)** Net loss (line 2b) | **(c)** Unallowed loss (line 2c) | **(d)** Gain | **(e)** Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 2a, 2b, and 2c | | | | | |

**Part VI** **Use This Part if an Amount Is Shown on Part II, Line 9.** See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a)** Loss | **(b)** Ratio | **(c)** Special allowance | **(d)** Subtract column (c) from column (a). |
|---|---|---|---|---|---|
| 41424 TRUMBLE COURT | E Ln 22 | 40,949. | 1.00000000 | 25,000. | 15,949. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** | | 40,949. | 1.00 | 25,000. | 15,949. |

**Part VII** **Allocation of Unallowed Losses.** See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a)** Loss | **(b)** Ratio | **(c)** Unallowed loss |
|---|---|---|---|---|
| 41424 TRUMBLE COURT | E Ln 22 | 15,949. | 1.00000000 | 15,949. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | | 15,949. | 1.00 | 15,949. |

**Part VIII** **Allowed Losses.** See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a)** Loss | **(b)** Unallowed loss | **(c)** Allowed loss |
|---|---|---|---|---|
| 41424 TRUMBLE COURT | E Ln 22 | 40,949. | 15,949. | 25,000. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | | 40,949. | 15,949. | 25,000. |

Department of the Treasury – Internal Revenue Service

| | | |
|---|---|---|
| d Control number: 80876 | 1 Wages, tips, other compensation: 52387.41 | 2 Federal income tax withheld: 0.00 |
| OMB NO. 1545-0008 | 3 Social security wages: 52387.41 | 4 Social security tax withheld: 3248.02 |
| | 5 Medicare wages and tips: 52387.41 | 6 Medicare tax withheld: 759.62 |

c Employer's name, address, and ZIP code
ANNA LAZDAN
PO BOX 1717
WEST SACRAMENTO CA 95691

| | | |
|---|---|---|
| 7 Social security tips: 0.00 | 8 Allocated tips: 0.00 | 9 |
| 10 Dependent care benefits: 0.00 | 11 Nonqualified plans: 0.00 | 12a See instructions for box 12: 0.00 |
| 12b | 12c | 12d |

b Employer identification number (EIN): 942629822
a Employee's social security number: ***-**-0115

13 Statutory employee / Retirement plan / Third-party sick pay

14 Other

| | |
|---|---|
| QUAL OT | 10455.42 |
| CA-SDI | 628.65 |

e Employee's name, address and ZIP code
ANAHIT PETROSYAN
842 N SCREENLAND DR # A
BURBANK CA 91505-2809

This information is being furnished to the Internal Revenue Services. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Form **W-2** Wage and Tax Statement **2025**

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 56728470 | 52387.41 | 0.00 | 0.00 | 0.00 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | |

Copy C-For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B)

---

Department of the Treasury – Internal Revenue Service

| | | |
|---|---|---|
| d Control number: 80876 | 1 Wages, tips, other compensation: 52387.41 | 2 Federal income tax withheld: 0.00 |
| OMB NO. 1545-0008 | 3 Social security wages: 52387.41 | 4 Social security tax withheld: 3248.02 |
| | 5 Medicare wages and tips: 52387.41 | 6 Medicare tax withheld: 759.62 |

c Employer's name, address, and ZIP code
ANNA LAZDAN
PO BOX 1717
WEST SACRAMENTO CA 95691

| | | |
|---|---|---|
| 7 Social security tips: 0.00 | 8 Allocated tips: 0.00 | 9 |
| 10 Dependent care benefits: 0.00 | 11 Nonqualified plans: 0.00 | 12a See instructions for box 12: 0.00 |
| 12b | 12c | 12d |

b Employer identification number (EIN): 942629822
a Employee's social security number: ***-**-0115

13 Statutory employee / Retirement plan / Third-party sick pay

14 Other

| | |
|---|---|
| QUAL OT | 10455.42 |
| CA-SDI | 628.65 |

e Employee's name, address and ZIP code
ANAHIT PETROSYAN
842 N SCREENLAND DR # A
BURBANK CA 91505-2809

Form **W-2** Wage and Tax Statement **2025**

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 56728470 | 52387.41 | 0.00 | 0.00 | 0.00 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | |

Copy B-To Be Filed With Employee's FEDERAL Tax Return. This information is being furnished to the Internal Revenue Service.

---

Department of the Treasury – Internal Revenue Service

| | | |
|---|---|---|
| d Control number: 80876 | 1 Wages, tips, other compensation: 52387.41 | 2 Federal income tax withheld: 0.00 |
| OMB NO. 1545-0008 | 3 Social security wages: 52387.41 | 4 Social security tax withheld: 3248.02 |
| | 5 Medicare wages and tips: 52387.41 | 6 Medicare tax withheld: 759.62 |

c Employer's name, address, and ZIP code
ANNA LAZDAN
PO BOX 1717
WEST SACRAMENTO CA 95691

| | | |
|---|---|---|
| 7 Social security tips: 0.00 | 8 Allocated tips: 0.00 | 9 |
| 10 Dependent care benefits: 0.00 | 11 Nonqualified plans: 0.00 | 12a: 0.00 |
| 12b | 12c | 12d |

b Employer identification number (EIN): 942629822
a Employee's social security number: ***-**-0115

13 Statutory employee / Retirement plan / Third-party sick pay

14 Other

| | |
|---|---|
| QUAL OT | 10455.42 |
| CA-SDI | 628.65 |

e Employee's name, address and ZIP code
ANAHIT PETROSYAN
842 N SCREENLAND DR # A
BURBANK CA 91505-2809

Form **W-2** Wage and Tax Statement **2025**

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 56728470 | 52387.41 | 0.00 | 0.00 | 0.00 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | |

Copy 2-To Be Filed With Employee's State, City, or Local Income Tax Return.

---

Department of the Treasury – Internal Revenue Service

| | | |
|---|---|---|
| d Control number: 80876 | 1 Wages, tips, other compensation: 52387.41 | 2 Federal income tax withheld: 0.00 |
| OMB NO. 1545-0008 | 3 Social security wages: 52387.41 | 4 Social security tax withheld: 3248.02 |
| | 5 Medicare wages and tips: 52387.41 | 6 Medicare tax withheld: 759.62 |

c Employer's name, address, and ZIP code
ANNA LAZDAN
PO BOX 1717
WEST SACRAMENTO CA 95691

| | | |
|---|---|---|
| 7 Social security tips: 0.00 | 8 Allocated tips: 0.00 | 9 |
| 10 Dependent care benefits: 0.00 | 11 Nonqualified plans: 0.00 | 12a: 0.00 |
| 12b | 12c | 12d |

b Employer identification number (EIN): 942629822
a Employee's social security number: ***-**-0115

13 Statutory employee / Retirement plan / Third-party sick pay

14 Other

| | |
|---|---|
| QUAL OT | 10455.42 |
| CA-SDI | 628.65 |

e Employee's name, address and ZIP code
ANAHIT PETROSYAN
842 N SCREENLAND DR # A
BURBANK CA 91505-2809

Form **W-2** Wage and Tax Statement **2025**

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 56728470 | 52387.41 | 0.00 | 0.00 | 0.00 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | |

Copy 2-To Be Filed With Employee's State, City, or Local Income Tax Return.

# TAB G

Form **1120-S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

**Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.**
**Go to *www.irs.gov/Form1120S* for instructions and the latest information.**

OMB No. 1545-0123

**2025**

For calendar year 2025 or tax year beginning , 2025, ending , 20

| | | | | |
|---|---|---|---|---|
| **A** S election effective date: 05/12/2022 | Name: OPES CORP INC | | | **D Employer identification number**: 88-2371234 |
| **B** Business activity code number (see instructions): 531210 | Number and street. If a P.O. box, see instructions.: 842 N SCREENLAND | Room or suite no.: UNIT A | | **E** Date incorporated: 05/12/2022 |
| **C** Check if Sch. M-3 attached ☐ | City or town: BURBANK | State or province: CA | Country: | ZIP or foreign postal code: 91505 | **F** Total assets (see instructions): $ 4,818. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| Section | Line | Description | | | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 105,221. **b** Less returns and allowances | | **c** Balance | 1c | 105,221. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 105,221. |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 4 | |
| | 5 | Other income (loss) (see instructions—attach statement) | | | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 | | | 6 | 105,221. |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions—attach Form 1125-E) | | | 7 | |
| | 8 | Salaries and wages (less employment credits) | | | 8 | |
| | 9 | Repairs and maintenance | | | 9 | |
| | 10 | Bad debts | | | 10 | |
| | 11 | Rents | | | 11 | 12,000. |
| | 12 | Taxes and licenses | | | 12 | 3,454. |
| | 13 | Interest (see instructions) | | | 13 | |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 14 | 8,188. |
| | 15 | Depletion **(do not deduct oil and gas depletion)** | | | 15 | |
| | 16 | Advertising | | | 16 | 3,350. |
| | 17 | Pension, profit-sharing, etc., plans | | | 17 | |
| | 18 | Employee benefit programs | | | 18 | |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) | | | 19 | |
| | 20 | Other deductions (attach statement) See Statement | | | 20 | 43,419. |
| | 21 | **Total deductions.** Add lines 7 through 20 | | | 21 | 70,411. |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | | | 22 | 34,810. |
| Tax and Payments | 23a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | | | |
| | b | Tax from Schedule D (Form 1120-S) | 23b | | | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) | | | 23c | |
| | 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | | | |
| | b | Tax deposited with Form 7004 | 24b | 0. | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | | | |
| | d | Elective payment election amount from Form 3800 | 24d | | | |
| | z | Add lines 24a through 24d | | | 24z | 0. |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | | 25 | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | | 26 | 0. |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | | 27 | |
| | 28 | Enter amount from line 27: **a Credited to 2026 estimated tax** | | **b Refunded** | 28b | |
| | | **c** Routing number | **d** Type: ☐ Checking ☐ Savings | | | |
| | | **e** Account number | | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer | Date | Title CEO

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| SAMVEL VARDANYAN | SAMVEL VARDANYAN | 07/20/2026 | | P02162221 |
| Firm's name BENCHMARK TAX SOLUTIONS | | | Firm's EIN 83-1041464 | |
| Firm's address 424 W COLORADO ST STE 105 GLENDALE CA 91204 | | | Phone no. (818)956-1050 | |

Form 1120-S (2025) Page 2

## Schedule B Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [X] Cash b [ ] Accrual c [ ] Other (specify) | | |
| 2 | See the instructions and enter the: a Business activity REAL ESTATE b Product or service SERVICE | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? If "Yes," complete lines (i) and (ii) below. | | X |
| | (i) Total shares of restricted stock | | |
| | (ii) Total shares of non-restricted stock | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? If "Yes," complete lines (i) and (ii) below. | | X |
| | (i) Total shares of stock outstanding at the end of the tax year | | |
| | (ii) Total shares of stock outstanding if all instruments were executed | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ] If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $31 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | X | |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

**Schedule B** **Other Information** (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | × |
| | If "Yes," enter the amount of principal reduction . . . $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | × |
| 14a | Did the corporation make any payments that would require it to file Form(s) 1099? | | × |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 15 | Does the corporation intend to self-certify as a Qualified Opportunity Fund? | | × |
| | If "Yes," complete and attach Form 8996. Enter the amount (if any) from Form 8996, line 15 . $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | × |
| 17 | Reserved for future use | | |

**Schedule K** **Shareholders' Pro Rata Share Items**

| Section | Line | Description | | | Line | Total amount |
|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | | 1 | 34,810. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | | 3c | |
| | 4 | Interest income | | | 4 | |
| | 5 | Dividends: a Ordinary dividends | | | 5a | |
| | | b Qualified dividends | 5b | | | |
| | 6 | Royalties | | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | | 9 | |
| | 10 | Other income (loss) (see instructions) . . . Type: | | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | | 11 | |
| | 12a | Cash charitable contributions | | | 12a | |
| | b | Noncash charitable contributions | | | 12b | |
| | c | Investment interest expense | | | 12c | |
| | d | Section 59(e)(2) expenditures . . . Type: | | | 12d | |
| | e | Other deductions (see instructions) . . . Type: | | | 12e | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | | 13a | |
| | b | Low-income housing credit (other) | | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | 13c | |
| | d | Other rental real estate credits (see instructions) Type: | | | 13d | |
| | e | Other rental credits (see instructions) . . . Type: | | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | | 13f | |
| | g | Other credits (see instructions) . . . Type: | | | 13g | |
| International | 14a | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | | | |
| | b | Check this box if you qualified for an exception to filing Schedule K-2 (Form 1120-S) ☐ | | | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | | | 15a | 0. |
| | b | Adjusted gain or loss | | | 15b | |
| | c | Depletion (other than oil and gas) | | | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | | | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | | | 15e | |
| | f | Other AMT items (attach statement) | | | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | | | 16a | |
| | b | Other tax-exempt income | | | 16b | |
| | c | Nondeductible expenses | | | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | | | 16d | |
| | e | Repayment of loans from shareholders | | | 16e | |
| | f | Foreign taxes paid or accrued | | | 16f | |

**Schedule K** **Shareholders' Pro Rata Share Items** *(continued)*

| | | | | Total amount |
|---|---|---|---|---|
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| Recon-ciliation | 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f | 18 | 34,810. |

**Schedule L** **Balance Sheets per Books**

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | ( ) | | ( ) | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | | | |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | | | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | | | |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | | | |
| 25 Adjustments to shareholders' equity (attach statement) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | | | |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12e, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12e, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 46,337. | 0. | 0. | 0. |
| 2 | Ordinary income from page 1, line 22 | 34,810. | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 81,147. | 0. | 0. | 0. |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 81,147. | 0. | 0. | 0. |

671124

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1120-S)** **2025**
Department of the Treasury
Internal Revenue Service

For calendar year 2025, or tax year
beginning / / 2025 ending / /

## Shareholder's Share of Income, Deductions, Credits, etc.

**See separate instructions.**

### Part I Information About the Corporation

**A** Corporation's employer identification number
88-2371234

**B** Corporation's name, address, city, state, and ZIP code
OPES CORP INC

842 N SCREENLAND UNIT A
BURBANK CA 91505

**C** IRS Center where corporation filed return
Ogden, UT 84201-0013

**D** Corporation's total number of shares
Beginning of tax year . . . . . . ______
End of tax year . . . . . . . ______

### Part II Information About the Shareholder

**E** Shareholder's identifying number
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

**F1** Shareholder's name, address, city, state, and ZIP code
ANAHIT PETROSYAN

1001 ORANGE GROVE AVE APT 7
GLENDALE CA 91205

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:

TIN ______ Name ______

**F3** What type of entity is this shareholder? I

**G** Current year allocation percentage . . . 100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . ______
End of tax year . . . . . . . ______

**I** Loans from shareholder
Beginning of tax year . . . . . . $ ______
End of tax year . . . . . . . $ ______

For IRS Use Only

### Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | | |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 34,810. | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Schedule K-3 is attached if checked . . . . . ☐ | |
| 6 | Royalties | | 15 | Alternative minimum tax (AMT) items | |
| | | | A | | 0. |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | 16 | Items affecting shareholder basis | |
| 10 | Other income (loss) | | | | |
| | | | 17 | Other information | |
| | | | V | * STMT | |
| 11 | Section 179 deduction | | | | |
| 12 | Other deductions | | | | |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S. www.irs.gov/Form1120S Schedule K-1 (Form 1120-S) 2025 Created 4/9/25
BAA REV 04/24/25

EOIR – 66 of 81

Exh. 3 Adm.

## Statement A—QBI Pass-through Entity Reporting

Page 1

| | | | |
|---|---|---|---|
| **Corporation's name:** OPES CORP INC | | **Corporation's EIN:** 88-2371234 | |
| **Shareholder's name:** ANAHIT PETROSYAN | **Shareholder's identifying no:** 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 | | |
| **Shareholder's share of:** | 1120S, Line 21<br>☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | 34,810. | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| **W-2 wages** | | | |
| **UBIA of qualified property** | 58,799. | | |
| **Section 199A dividends** | | | |

## Statement A—QBI Pass-through Entity Reporting

| | | | |
|---|---|---|---|
| **Corporation's name:** | | **Corporation's EIN:** | |
| **Shareholder's name:** | **Shareholder's identifying no:** | | |
| **Shareholder's share of:** | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| **W-2 wages** | | | |
| **UBIA of qualified property** | | | |
| **Section 199A dividends** | | | |

REV 04/24/26 PRO

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

**(Including Information on Listed Property)**

**Attach to your tax return.**

**Go to *www.irs.gov/Form4562* for instructions and the latest information.**

OMB No. 1545-0172

**2025**

Attachment Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| OPES CORP INC | Form 1120S REAL ESTATE | 88-2371234 |

## Part I Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 2,500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 4,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| 7 | Listed property. Enter the amount from line 29 | 7 | |

| | | | |
|---|---|---|---|
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2024 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2026. Add lines 9 and 10, less line 12 | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | 5,275. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2025 | 17 | 0. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

### Section B—Assets Placed in Service During 2025 Tax Year Using the General Depreciation System

| (a) Classification of property (see instructions) | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h 50-year property | | | 50 yrs. | MM | S/L | |
| i Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| j Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2025 Tax Year Using the Alternative Depreciation System

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |
| e 50-year | | | 50 yrs. | MM | S/L | |

## Part IV Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 2,913. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 8,188. |
| 23a | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to interest costs capitalized under section 263A(f) | 23a | |
| b | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to costs capitalized under section 263A other than interest costs capitalized under section 263A(f) | 23b | |

## Part V Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No

**b** If "Yes," is the evidence written? ☒ Yes ☐ No

**c** Do you own, lease, or charter an aircraft? Check all that apply. See instructions ☐ Own ☐ Lease ☐ Charter

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| PORSCHE | 01/01/2025 | 50.00% | 58,250. | 29,125. | 5.00 | S/L-HY | 2,913. | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21 | | | | | | 28 | 2,913. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7 | | | | | | | 29 | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) *(continued)*

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** | Do you treat all use of vehicles by employees as personal use? | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2025 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2025 tax year | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

**Form 1120S** **199A Statement A Summary** **2025**

QuickZoom to Other Copy ____________ Page 1

Corporation's Name: OPES CORP INC Corporation's EIN: 88-2371234

| | 1120S, Line 21 | | |
|---|---|---|---|
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | | |
|---|---|---|---|---|
| Ordinary business inc (loss) | | 34,810. | | |
| Rental income (loss) | | | | |
| Royalty income (loss) | | | | |
| Section 1231 gain (loss) | | | | |
| Other income (loss) | | | | |
| Section 179 deduction | | | | |
| Other deductions | | | | |
| W-2 wages | | | | |
| UBIA of qualified property | | 58,799. | | |
| Section 199A dividends | | | | |

# 199A Worksheet by Activity

**2025**

► Keep for your records

| Corporation's name | Corporation's EIN |
|---|---|
| OPES CORP INC | 88-2371234 |

QuickZoom to 199A Summary . . . . ► ______

Aggregation Code: ____

Trade or Business: 1120S, Line 21
EIN: 88-2371234

Is this activity a qualified trade/business? . . . . . . . . . [X] Yes [ ] No
Specified Service Trade or Business? . . . . . . . . . . [ ] Yes [X] No

QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | | | |
|---|---|---|---|---|---|
| 1 a | Ordinary business income (loss) | 1 a | 34,810. | | |
| b | Adjustments | b | | | |
| c | Adjusted ordinary business income (loss) | | | 1 c | 34,810. |
| 2 a | Rental income (loss) | 2 a | | | |
| b | Adjustments | b | | | |
| c | Adjusted rental income (loss) | | | 2 c | |
| 3 a | Royalty income (loss) | 3 a | | | |
| b | Adjustments | b | | | |
| c | Adjusted royalty income (loss) | | | 3 c | |
| 4 a | Section 1231 gain (loss) | 4 a | | | |
| b | Adjustments | b | | | |
| c | Adjusted section 1231 gain (loss) | | | 4 c | |
| 5 | Other income (loss) | | | 5 | |
| 6 a | Section 179 deduction | 6 a | | | |
| b | Adjustments | b | | | |
| c | Adjusted section 179 deduction | | | 6 c | |
| 7 | Other deductions | | | 7 | |
| 8 a | W-2 wages | 8 a | | | |
| b | Adjustments | b | | | |
| c | Adjusted W-2 Wages | | | 8 c | |
| 9 a | UBIA of qualified property | 9 a | 58,799. | | |
| b | Adjustments | b | | | |
| c | Adjusted UBIA of qualified property | | | 9 c | 58,799. |

# Additional Information From 2025 US Form 1120S: Income Tax Return for S Corp

## Form 1120S: S-Corporation Tax Return

**Other Deductions** **Continuation Statement**

| Description | Amount |
|---|---|
| ACCOUNTING | 1,650. |
| AUTOMOBILE AND TRUCK EXPENSE | 13,616. |
| COMMISSIONS | 115. |
| DELIVERY AND FREIGHT | 1,960. |
| INSURANCE | 654. |
| LEGAL AND PROFESSIONAL | 2,500. |
| MISCELLANEOUS | 1,571. |
| OFFICE EXPENSE | 3,581. |
| OUTSIDE SERVICES/INDEPENDENT CONTRACTORS | 2,650. |
| POSTAGE | 751. |
| SUPPLIES | 5,518. |
| TELEPHONE | 2,987. |
| TOOLS | 319. |
| UNIFORMS | 2,508. |
| INTERNET | 698. |
| DUES AND MEBERSHIP | 2,341. |
| **Total** | 43,419. |

# TAB H

# RESIDENTIAL LEASE AGREEMENT

**Landlord:** AFP Enterprises
348 E. Olive Avenue, Suite C
Burbank, CA 91502
Phone: (818) 426-8153

**Tenant:** Mrs. Petrosyan

This Residential Lease Agreement ('Agreement') is entered into on July 1st, 2026.

**1. Property**

842 N. Screenland Drive
Unit A
Burbank, CA 91505

**2. Lease Term**

☐ Fixed Term ending ______________

☒ Month-to-Month tenancy unless terminated according to California law.

**3. Rent**

Monthly Base Rent: $2,504.44
Monthly Pet Fee: $50.00
Total Monthly Rent: $2,554.44

Rent is due on the first (1st) day of each month and payable to AFP Enterprises.

**4. Security Deposit**

Security Deposit: $ 2,554.44

**5. Late Fees**

Any lawful late fees shall apply as permitted by California law and the lease.

**6. Utilities**

Tenant shall pay: Electric, Gas, Internet
Landlord shall pay: Gardener

**7. Occupants**

Authorized Occupants:

- Mrs. Petrosyan
- ______________

**8. Pets**

Tenant is authorized to keep approved pet(s). Monthly pet fee: $50.00.

**9. Maintenance**

Tenant shall keep the premises clean and promptly report maintenance issues. Tenant is responsible for damage beyond normal wear and tear.

**10. Alterations**

No alterations without Landlord's prior written consent.

**11. Parking**

Only assigned parking spaces may be used.

**12. Compliance**

Tenant agrees to comply with all applicable laws and community rules.

**13. Default**

Failure to comply with this Agreement may result in termination of tenancy as permitted by law.

**14. Entire Agreement**

This document constitutes the entire agreement unless amended in writing.

**15. Governing Law**

This Agreement is governed by the laws of the State of California.

LANDLORD

AFP Enterprises

Signature: [signature] Date: 07.01.2025

TENANT

Mrs. Petrosyan

Signature: [signature] Date: 07.01.2025

AFP ENTERPRISES
348 E. Olive Avenue
Suite C
Burbank, CA 91502
818-426-8153

September 25, 2025

Mrs. Petrosyan
842 N. Screenland Drive
Unit A
Burbank, CA 91505

RE: Notification of Rent Increase

ADDENDUM to Current Lease

Dear Mrs. Petrosyan,

This addendum pertains to the rent increase to unit A which will take effect on November 1, 2025.

Your new rent as of November 1, 2025 will be $2,504.44 plus the $50.00 monthly Pet Fee agreed upon between the parties totaling $2,554.44

All other terms agreed upon in the current Residential Lease Agreement and Addendums will continue to apply between AFP Enterprises (Landlord) and Mrs. Petrosyan (Tenant).

Please keep this notice for your records.

Thank you for your attention in this matter.

Sincerely,

Anthony Pawluc
AFP Enterprises

# TAB I

SoCalGas.

ACCOUNT NUMBER 169 021 1302 2
SERVICE FOR
ANAHIT PETROSYAN
842 N SCREENLAND DR
APT A
BURBANK CA 91505-2809

DATE MAILED Jul 17, 2026 Page 1 of 3
**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available H
socalgas.com

Did you overlook paying your last bill? Please pay the total amount due to avoid collection notices. Disregard this message if payment was already made. Thank you.

You are currently receiving the CARE discount. The discount now appears as a separate credit on your bill.

| | Due By | Amount |
|---|---|---|
| Past Due | Now | $51.00 |
| Current Charges | 8/6/26 | $26.45 |
| **Total Amount Due** | | **$77.45** |

## Account Summary

| | |
|---|---|
| Amount of Last Bill | $51.00 |
| Payment Received | - .00 |
| Current Charges | + 26.45 |
| **Total Amount Due** | **$77.45** |

**Usage History** *(Total Therms used)*




| | Jul 25 | Jun 26 | Jul 26 |
|---|---|---|---|
| Total Therms used | 0 | 18 | 16 |
| Daily average Therms | .0 | .6 | .5 |
| Days in billing cycle | 0 | 32 | 30 |

This bill reflects modified gas charges due to a rate change.

## Current Charges

**Rate:** GR - Residential **Climate Zone:** 1 **Baseline Allowance:** 13 Therms
**Meter Number:** 13726913 (*Next scheduled read date Aug 14 2026*) **Cycle:** 10

| Billing Period | Days | Meter Number | Current Reading | - Previous Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|
| 06/15/26 - 07/15/26 | 30 | 13726913 | 5115 | 5099 | 16 | 1.000 | 1.027 | | 16 |

**Your Usage: 16 Therms**

| BASELINE | OVER BASELINE |
|---|---|
| 13 Therms | 3 Therms |
| $1.41552 /Therm | $1.90903 /Therm |



The pricing illustrated above represents cost per therm for Baseline and Over Baseline. Actual prices may vary as some credits, discounts and taxes are not added.

If you require extra heating at home for medical reasons, you could qualify for the Medical Baseline Allowance Program. This program provides additional natural gas at the lowest rate. Apply at socalgas.com/Medical

| **GAS CHARGES** | | Amount($) |
|---|---|---|
| Customer Charge | 30 Days x $.16438 | 4.93 |
| Gas Transportation *(Details below)* | 16 Therms | |

| | Baseline | Over Baseline | | |
|---|---|---|---|---|
| Therms used | 13 | 3 | | |
| Rate/Therm | $1.11935 | $1.61286 | | |
| Charge | $14.55 | + $4.84 | = | 19.39 |

| | | |
|---|---|---|
| Gas Commodity | 16 Therms x $.29617 | 4.74 |
| Transportation Charge Adj | 16 Therms x $.00000 | .00 |
| CARE Program Discount | | -5.81 |
| | **Total Gas Charges** | **$23.25** |

*(Continued on next page)*

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

SoCalGas.

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER
169 021 1302 2

| | Due By | Amount |
|---|---|---|
| Past Due | Now | $51.00 |
| Current Charges | 8/6/26 | $26.45 |
| Total Amount Due | | $77.45 |

Please enter amount enclosed.

$

*Write account number on check and make payable to SoCalGas*

CY 10 6636 0406 P

ANAHIT PETROSYAN
842 N SCREENLAND DR
APT A
BURBANK CA 91505-2809

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

80 1690211302 00007745 25 1690211302 0000264522

**SoCalGas**

**ACCOUNT NUMBER** 169 021 1302 2

| DATE DUE | AMOUNT DUE |
|---|---|
| Aug 6, 2026 | $77.45 |

Request a large print bill:
**1-877-238-0092**

**DATE MAILED** Jul 17, 2026



**1-800-427-2200** *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available
**socalgas.com**

*SoCalGas' gas commodity cost per therm for your billing period:*
Jul. . . . . . . . .$.32467   Jun. . . . . . . . .$.26766

| TAXES & FEES ON GAS CHARGES | | Amount($) |
|---|---|---|
| State Regulatory Fee | 16 Therms x $.00350 | .06 |
| CARE Public Purpose Surcharge | 16 Therms x $.08825 | 1.41 |
| Burbank City Users Tax | $24.72 x 7.00% | 1.73 |
| | Total Taxes and Fees on Gas Charges | $3.20 |

**Total Current Charges $26.45**

**Other Important Phone Numbers**

For the following, call
Monday - Friday, 8 a.m. - 5 p.m.:

| | |
|---|---|
| 粵語: | 1-800-427-1420 |
| 한국어: | 1-800-427-0471 |
| 國語: | 1-800-427-1429 |
| Tiếng Việt | 1-800-427-0478 |

**Self Service Options** available 24 hours a day, 7 days a week . . . . . . . **1-800-772-5050**
For information regarding payment arrangements, office locations, account balance, billing recap, duplicate bill, Residential Past Due Bill Forgiveness through the Arrearage Management Plan, and *CARE* applications for income qualified customers.

Contact 811 two days before digging to have utility-owned lines identified and marked. Visit **socalgas.com/811** or dial 811.

**Payment Options $**

**Online:** Register or sign into MyAccount at **myaccount.socalgas.com (Active accounts only).**

**Home banking:** Pay through your banking institution.

**Direct Debit:** Print application at **socalgas.com** or call 1-800-427-2200 for an application by mail.

**Pay by Phone:** If already enrolled, call **1-800-427-2700** to authorize a payment.

**By Mail:** Mail your check or money order, along with the payment stub in the enclosed envelope.

**Credit/Debit Cards or Electronic Check:** Accepts all major credit/debit cards or electronic check. A $1.50 convenience fee applies. Contact BillMatrix at 1-800-232-6629 or visit socalgas.com.

**In Person:** Visit **socalgas.com/PaymentLocations**

## SoCalGas Payment Locations

**Authorized Payment Agencies -** Call the Self Service Options number 1-800-772-5050 for the addresses of payment agencies in your area or visit socalgas.com/PaymentLocations

**Company Offices - Business Hours: Monday - Friday 9am - 5pm**

Alhambra, 333 E. Main St. Suite J
Anaheim, 716 S. State College Blvd.
Banning, 60 E. Ramsey St. #A
Commerce, 5708 E. Whittier Blvd.
Compton, 700 N. Long Beach Blvd.
Corona, 341 S. Lincoln Ave. #A
Covina, 932 N. Citrus Ave.
Delano, 1227 Jefferson St.
Dinuba, 239 E. Tulare St.
El Centro, 1111 W. Main St.
El Monte, 11912 Valley Blvd., Suite B
Fontana, 9781 Sierra Ave. #C
Glendale, 919 S. Central Ave. #B
Hanford, 420 N. 11th Ave. #105
Hemet, 280 E. Stetson Ave.
Hollywood, 1811 Hillhurst Ave.
Huntington Park, 5916 Pacific Blvd.
Indio, 45123 Towne Ave.
Inglewood, 3530 W. Century Blvd. Ste. 102
Lancaster, 2065 W. Avenue K
Lompoc, 128 S. "H" St.
Los Angeles, 3739 Crenshaw Blvd. #C
Los Angeles, 4619 S. Central Ave.
Los Angeles, 2522 N. Daly St.
Ontario, 962 N. Mountain Ave.
Oxnard, 1640 E. Gonzales Rd.
Pasadena, 1214 E. Green St. #102
Pomona, 196 E. 3rd St.
Porterville, 59 W. Thurman Ave.
Riverside, 7000 Indiana Ave. #105
San Bernardino, 1136 N. Mount Vernon Ave. #305
San Fernando, 444 S. Brand Blvd. Suite 101
San Luis Obispo, 2240 Emily St. Suite 140
San Pedro, 1851 N. Gaffey St. Suite A
Santa Ana, 738 S. Harbor Blvd.
Santa Barbara, 134 E. Victoria St.
Santa Fe Springs, 11516 Telegraph Rd.
Santa Maria, 550 E. Betteravia Rd. Suite B
South Gate, 3530 Tweedy Blvd.
Van Nuys, 6550 Van Nuys Blvd.
Visalia, 1305 E. Noble Ave.
Watts, 1665 E. 103rd St.

**Drop Box Location**
Burbank, Public Service Department,
164 W. Magnolia Blvd.

*SoCalGas: Delivering affordable, clean and increasingly renewable energy to more than 21 million Californians.*

**CERTIFICATE OF SERVICE**

Re: **TROYKALO, Vladimir M. A 216-007-248 DETAINED**

I, the undersigned, declared under penalty of perjury that the following is true and correct. I am over 18 years of age, and not a party to the within cause. My business address is 155 Montgomery Street, Suite 1405, San Francisco, CA 94104.

A copy of: **EVIDENCE OF THE SPONSOR`S FINANCIAL STABILITY**

in said action was served BY ELECTRONICALLY on:

**EOIR**
Office of the Immigration Judge
10250 Rancho Rd, Suite 201a
Adelanto, CA 92301

**DHS**
Office of the Chief Counsel (e-filed)
10250 Rancho Rd
Adelanto, CA 92301

Executed on 08/10/2026 at San Francisco, California.

Regina Jacobson, Esq.

# TAB E

| Fingerprint Notification | | | | NOTICE DATE<br>July 18, 2017 |
|---|---|---|---|---|
| CASE TYPE<br>I589 Application For Asylum | | | CODE<br>3 | USCIS A#<br>A 216 007 248 |
| RECEIPT NUMBER<br>ZLA1700138980 | RECEIVED DATE<br>July 13, 2017 | PRIORITY DATE<br>July 13, 2017 | | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
VLADIMIR TROYKALO
1212 N WEST MORELAND 205
LOS ANGELES CA 90029

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS WILSHIRE<br>1015 WILSHIRE BLVD<br>1ST FLOOR SUITE 100<br>LOS ANGELES CA 900172415 | 07/28/2017<br>to<br>08/11/2017 | Sat - Sun Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586**. If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 07/11/14 Y

# TAB F

Regina Jacobson (CA Bar No. 233127)
LAW OFFICE OF REGINA JACOBSON
155 Montgomery Street, Suite 1405
San Francisco, CA 94104
Telephone: (415) 765-0443
regie_j@hotmail.com

Attorney for Petitioner
VLADIMIR M. TROYKALO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **VLADIMIR M. TROYKALO,**<br>(A 216 007 248),<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA ARMANT, Facility Administrator, Adelanto ICE Processing Center; ERNESTO SANTACRUZ, Field Office Director of Los Angeles Office of Detention and Removal, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; and TODD BLANCHE, Attorney General,<br><br>Respondents. | Case No.<br><br>**DECLARATION OF REGINA JACOBSON IN SUPPORT OF VERIFIED PETITION AND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Immigration Detention – 8 U.S.C. § 1226(a)<br><br>IMMIGRATION HABEAS CASE |

**DECLARATION OF REGINA JACOBSON**

I, Regina Jacobson, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California (Bar No. 233127) and before this Court, and the principal of the Law Office of Regina Jacobson. I am counsel of record for Petitioner Vladimir Mihail Troykalo. I make this declaration in support of the Verified Petition for Writ of Habeas Corpus and the Ex Parte Application for a Temporary Restraining Order. I have personal knowledge of the facts stated below and could testify competently to them if called as a witness.

2. I represent Petitioner in his custody proceedings before the Adelanto Immigration Court and in this action.

3. Petitioner has been detained at the Adelanto ICE Processing Center since June 29, 2026, when, as reflected in DHS's Form I-213, officers of ICE's Foreign Fugitive Unit arrested him at the conclusion of his asylum interview at USCIS's Tustin, California office. A true and correct copy of the Form I-213 is attached as **Exhibit B**.

4. On August 11, 2026, at 10:41 p.m. — the night before Petitioner's custody hearing — DHS served by email a packet of approximately 40 pages consisting principally of Russian-language criminal-file materials concerning Petitioner, transmitted by the Investigative Committee of the Russian Federation. A true and correct copy of the packet and the service email is attached as **Exhibit C**.

5. I personally appeared with Petitioner at the custody redetermination hearing before Immigration Judge Bryan E. DePowell at the Adelanto Immigration Court on August 12, 2026. At the hearing, I objected to DHS's packet under 8 C.F.R. §§ 1003.33 and 1287.6 and on fundamental-fairness and source-reliability grounds. DHS's response to the authenticity objection was that the documents "have seals." The Immigration Judge overruled the objections, stating that bond-hearing evidentiary standards are relaxed, and admitted the packet without a finding of reliability.

6. At the hearing, the Immigration Judge made no inquiry into Petitioner's financial ability to pay any bond amount and did not address specific alternatives to detention, such as electronic monitoring or supervised release. DHS presented no witnesses.

7. On August 12, 2026, the Immigration Judge denied bond in a written order stating that the burden of proof rested on Petitioner and that he presents a flight risk for which no amount of bond or alternatives to detention would be sufficient, citing *Matter of C-M-M-* and *Matter of Akhmedov*. A true and correct copy of the order is attached as **Exhibit A**.

8. Petitioner reserved appeal of the bond denial. The deadline for his protective appeal to the Board of Immigration Appeals is September 11, 2026.

9. Attached as Exhibits A through E are true and correct copies of documents from my file and from government productions, including Petitioner's Form I-589 receipt notice, and the sponsorship declaration of Anahit Petrosyan.

11. Notice under Local Rule 7-19.1: On August 24, 2026, at 11:00 PM, I gave notice of this Application to United States Attorney's Office via email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 8/25/2026, at San Francisco, California.

/s/ Regina Jacobson

Regina Jacobson

Attorney for Petitioner