JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR M. TROYKALO,<br>Petitioner,<br>v.<br>CYNTHIA ARMANT, et al.,<br>Respondents. | Case No. 5:26-cv-04875-KK-PD<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting a preliminary injunction (Dkt. No. 10), and Respondents are ENJOINED from re-detaining Petitioner under 8 U.S.C. § 1226 without providing him with a pre-detention hearing before a neutral decisionmaker where Respondents bear

///

///

the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.

Dated: September 14, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge